# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEDDY J. SAYE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NIO INC., BIN LI, and WEI FENG,<br><br>Defendants. | Case No. 1:22-cv-07252-VSB |
| TARAS CEGLIA BOHONOK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NIO INC., BIN LI, and WEI FENG,<br><br>Defendants. | Case No. 1:22-cv-07666-VSB |

**NOTICE OF MOTION AND MOTION OF PRAKASH SAMBATH
FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND
<u>APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

2467352.1

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that class member Prakash Sambath ("Movant) will, and hereby does, move this Court, on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, NY, 10007, for an Order: (1) consolidating the above-captioned related actions; (2) appointing Movant as Lead Plaintiff for the class pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995; (3) approving Lead Plaintiff's selection of Lieff Cabraser Heimann & Bernstein LLP as Lead Counsel for the class; and (4) granting such other and further relief as the Court may deem just and proper.

Dated:   October 24, 2022           Respectfully submitted,
         Sleepy Hollow, New York

                                    **LIEFF CABRASER HEIMANN
                                        & BERNSTEIN, LLP**


                                    By: /s/ *Daniel P. Chiplock*
                                    Daniel P. Chiplock (DC-1137)
                                    Steven E. Fineman (SF-8481)
                                    Sharon M. Lee (SL-5612)
                                    250 Hudson Street, 8th Floor
                                    New York, NY   10013-1413
                                    Telephone: (212) 355-9500
                                    Facsimile: (212) 355-9592

                                    **LIEFF CABRASER HEIMANN
                                        & BERNSTEIN, LLP**
                                    Richard M. Heimann
                                    275 Battery Street, 29th Floor
                                    San Francisco, CA   94111-3339
                                    Telephone: (415) 956-1000
                                    Facsimile: (415) 956-1008

                                    *Counsel for Movant Prakash Sambath and
                                    Proposed Lead Counsel for the Class*

- 1 -

2467352.1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TEDDY J. SAYE, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>NIO INC., BIN LI, and WEI FENG,<br><br>        Defendants. | Case No. 1:22-cv-07252-VSB |
| TARAS CEGLIA BOHONOK, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>NIO INC., BIN LI, and WEI FENG,<br><br>        Defendants. | Case No. 1:22-cv-07666-VSB |

**CERTIFICATE OF SERVICE**

2692953.1

I, Daniel P. Chiplock, am employed in the County of New York, State of New York.  I am over the age of eighteen (18) years and not a party to the within action; my business address is 250 Hudson Street, 8th Floor, New York, New York 10013-1413.  I hereby certify that on October 24, 2022, I caused to be served via electronic transmission through the website for the U.S. District Court, Southern District of New York:

- **NOTICE OF MOTION AND MOTION OF PRAKASH SAMBATH FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL;**

- **MEMORANDUM OF LAW IN SUPPORT OF PRAKASH SAMBATH FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL;**

- **DECLARATION OF DANIEL P. CHIPLOCK IN SUPPORT OF THE MOTION OF PRAKASH SAMBATH FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL; and**

- **[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record who are registered users of CM/ECF.

I hereby certify that I am personally and readily familiar with the business practice of Lieff, Cabraser, Heimann & Bernstein, LLP for collection and processing of correspondence for mailing with the United States Postal Service, and on October 24, 2022, I caused a copy of the above documents to be served via the United States Postal Service upon those listed for service via U.S. Mail in the attached Service List.

2692953.1

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Sleepy Hollow, New York on October 24, 2022.

_/s/ Daniel P. Chiplock_
Daniel P. Chiplock

2692953.1

# <u>SERVICE LIST</u>

## Via U.S. Mail

<u>Counsel for Plaintiff Taras Ceglia Bohonok, 1:22-cv-07666-VSB (S.D.N.Y.)</u>

Jeremy A. Lieberman
J. Alexander Hood II
Thomas Przybylowski
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100

2692953.1