**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TEDDY J. SAYE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NIO INC., BIN LI, and WEI FENG, <br><br> Defendants. | Case No.: 1:22-cv-07252-VSB <br><br> Hon. Vernon S. Broderick |
| TARAS CEGLIA BOHONOK, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NIO INC., BIN LI, and WEI FENG, <br><br> Defendants. | Case No.: 1:22-cv-07666-VSB <br><br> Hon. Vernon S. Broderick |

**NOTICE OF MOTION OF ARTHUR WHITE FOR CONSOLIDATION OF**
**THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND**
**APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE**

**ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Arthur White ("Movant") respectfully moves this Court

for an order: (1) consolidating the above-captioned actions (the "Actions"); (2) appointing Movant

as Lead Plaintiff pursuant to § 21D of the Securities Exchange Act of 1934 ("Exchange Act"), as

amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (3)

approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

Movant seeks consolidation of the Actions, appointment as lead plaintiff, and approval of

his choice of counsel pursuant to the Exchange Act, the Federal Rules of Civil Procedure, and the

PSLRA. This motion is based on this notice, the attached Memorandum of Law, the Declaration

of Adam M. Apton in support thereof, and the Court's complete files and records in these actions,

as well as such further argument as the Court may allow at a hearing on this motion.


Dated: October 24, 2022                          Respectfully Submitted,

                                                 **LEVI & KORSINSKY, LLP**

                                                 By: */s/ Adam M. Apton*
                                                 Adam M. Apton (AS-8383)
                                                 55 Broadway, 10th Floor
                                                 New York, NY 10006
                                                 Tel: (212) 363-7500
                                                 Fax: (212) 363-7171
                                                 Email: aapton@zlk.com

                                                 *Lead Counsel for Arthur White and*
                                                 *[Proposed] Lead Counsel for the Class*

2