**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TEDDY J. SAYE, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:22-cv-07252-VSB |
| Plaintiff, | |
| v. | |
| NIO INC., BIN LI, and WEI FENG, | |
| Defendants. | |
| TARAS CEGLIA BOHONOK, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:22-cv-07666-VSB |
| Plaintiff, | |
| v. | |
| NIO INC., BIN LI, and WEI FENG, | |
| Defendants. | |

**[PROPOSED] ORDER**

Having considered Michael Lyon's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re NIO Inc. Securities Litigation*, Master File No. 1:22-cv-07252-VSB;

3.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Michael Lyon as Lead Plaintiff; and

4.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class.


**IT IS SO ORDERED.**


Dated: _____, 2022       _____
                                          HON. VERNON S. BRODERICK
                                          UNITED STATES DISTRICT JUDGE

1