**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TEDDY J. SAYE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NIO INC., BIN LI, and WEI FENG,<br><br>Defendants. | Case No. 1:22-cv-07252-VSB |
| TARAS CEGLIA BOHONOK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NIO INC., BIN LI, and WEI FENG,<br><br>Defendants. | Case No. 1:22-cv-07666-VSB |

**NOTICE OF GARY DARLAND'S MOTION FOR:**
**(1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF;**
**AND (3) APPROVAL OF LEAD COUNSEL**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, Gary Darland ("Movant") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), for entry of an Order: (1) consolidating the above-captioned actions; (2) appointing Movant as Lead Plaintiff in the above-captioned actions; and (3) approving Movant's selection of Faruqi & Faruqi, LLP as Lead Counsel for the Class.

This motion is based on the accompanying Memorandum of Law in support hereof, the Declaration of James M. Wilson, Jr. and exhibits filed therewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

For the foregoing reasons, Movant respectfully requests that the Court: (1) consolidate the above-captioned actions; (2) appoint Movant as Lead Plaintiff pursuant to the PSLRA; (3) approve Faruqi & Faruqi, LLP as Lead Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated:  October 24, 2022                    Respectfully submitted,


                                            **FARUQI & FARUQI, LLP**

                                            By:    */s/ James M. Wilson, Jr.*
                                                   James M. Wilson, Jr.

                                            James M. Wilson, Jr.
                                            Robert W. Killorin (*pro hac vice* forthcoming)
                                            **FARUQI & FARUQI, LLP**
                                            685 Third Avenue, 26th Floor
                                            New York, NY 10017
                                            Telephone: 212-983-9330
                                            Facsimile: 212-983-9331
                                            Email:  jwilson@faruqilaw.com
                                                     rkillorin@faruqilaw.com

                                            *Attorneys for [Proposed] Lead Plaintiff and*
                                            *[Proposed] Lead Counsel for the putative Class*