**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TEDDY J. SAYE, Individually and On Behalf of All Others Similarly Situated, | Case No: 1:22-cv-07252-VSB |
| Plaintiff, | CLASS ACTION |
| v. | |
| NIO INC., BIN LI, and WEI FENG, | |
| Defendants. | |
| | |
| TARAS CEGLIA BOHONOK, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:22-cv-07666-VSB |
| Plaintiff, | CLASS ACTION |
| v. | |
| NIO INC., BIN LI, and WEI FENG, | |
| Defendants. | |

**NOTICE OF MOTION AND MOTION OF JUAN HERRERAMORO GOMEZ FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Juan Herreramoro Gomez ("Movant") will and hereby does respectfully move this Court for an Order:  (1) consolidating the above-captioned actions; (2) appointing Movant as Lead Plaintiff pursuant to the lead plaintiff provisions of the Private Securities Litigation Reform Act of 1995, codified as Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), on behalf of a putative "Class" consisting of all persons and entities, other than defendants, that purchased or otherwise acquired NIO Inc. securities between August 20, 2020 and July 11, 2022, inclusive; (3) approving Movant's selection of the law firm Bragar Eagel & Squire, P.C. ("BES") as Lead Counsel for the putative class; and (4) granting such other and further relief as the Court may deem just and proper.

This Motion is made and based on this Notice, the accompanying Memorandum of Law, the Declaration of Melissa A. Fortunato, the [Proposed] Order Consolidating Actions, Appointing Movant as Lead Plaintiff, and Approving Movant's Selection of BES as Lead Counsel, and such other materials, evidence, and argument as may be presented at or prior to a hearing on the Motion.

DATED: October 24, 2022                          Respectfully submitted,

**BRAGAR EAGEL & SQUIRE, P.C.**

By: */s/ Melissa A. Fortunato*
Melissa A. Fortunato
Marion C. Passmore
810 Seventh Avenue, Suite 620
New York, NY 10019
Telephone:  (212) 308-5858
Facsimile:  (212) 214-0506
Email:  fortunato@bespc.com
            passmore@bespc.com

*Counsel for Movant and Proposed*
*Lead Counsel for the Class*

1

## CERTIFICATE OF SERVICE

I, Melissa A. Fortunato, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 24th day of October, 2022.

*/s/ Melissa A. Fortunato*
Melissa A. Fortunato

2