UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TEDDY J. SAYE, individually and on behalf :   22-cv-7252 (VSB)
of all others similarly situated,            :

                        :

            Plaintiff,     :

                        :

        v.        :

                        :

NIO INC., BIN LI, and WEI FENG,     :

                        :

          Defendants.    :

                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

TARAS CEGLIA BOHONOK, individually :   22-cv-7666 (VSB)
and on behalf of all others similarly situated,   :

                        :

            Plaintiff,     :

                        :

        v.        :   **Oral Argument Requested**

                        :

NIO INC., BIN LI, and WEI FENG,     :

                        :

          Defendants.    :

                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF ROBERT A. FUMERTON
IN SUPPORT OF DEFENDANT NIO INC.'S
<u>MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT</u>**

I, Robert A. Fumerton, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a member of the bar of this Court and of the firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendant NIO Inc. ("NIO") in this Action.

2.      I respectfully submit this declaration in support of Defendant NIO's Motion to Dismiss the Amended Class Action Complaint, filed concurrently herewith, and to transmit true and correct copies of the following documents:

Exhibit A....................Amended Class Action Complaint, ECF. No. 51 (Feb. 28, 2023)

Exhibit B ....................Excerpts from NIO, Annual Report for the Fiscal Year Ended December 31, 2020 (Form 20-F) (Apr. 6, 2021)

Exhibit C ....................NIO, Press Release—NIO Inc. Reports Unaudited Second Quarter 2020 Financial Results (Form 6-K) (Aug. 13, 2020)

Exhibit D....................Excerpts from NIO, Annual Report for the Fiscal Year Ended December 31, 2021 (Form 20-F) (Apr. 29, 2022)

Exhibit E ....................NIO, Third Quarter 2020 Earnings Call Transcript (Nov. 18, 2020)

Exhibit F....................Excerpts from NIO, Listing Document for Stock Exchange of Hong Kong Ltd. ("NIO Hong Kong Prospectus") (Feb. 28, 2022)

Exhibit G....................Excerpts from Wuhan Weineng Battery Asset Co., Ltd., 2022 First Phase Green Battery Asset-Backed Notes Prospectus ("Weineng ABN Prospectus") (translation) (Apr. 2022)

Exhibit H....................Phate Zhang, *What the Four Investors Involved in Investing in NIO Battery Asset Firm Might Be Thinking About*, CN Tech Post (Aug. 21, 2020)

Exhibit I ....................Letter from NIO to SEC re Responses to SEC Comments on Form 20-F for the Period Ended December 31, 2021 (Oct. 21, 2022)

Exhibit J ....................Excerpts from NIO, Annual Report for the Fiscal Year Ended December 31, 2022 (Form 20-F) (Apr. 28, 2023)

Exhibit K....................*We Believe NIO Plays Valeant-esque Accounting Games to Inflate Revenue and Boost Net Income Margins to Meet Targets*, Grizzly Research LLC ("Grizzly Report") (June 28, 2022)

Exhibit L ....................NIO Historical Stock Price Chart (August 11, 2020 to February 28, 2023)

Exhibit M ....................NIO, Press Release-NIO Inc. Responds to Short Seller Report (Form 6-K) (June 29, 2022)

Exhibit N....................Letter from SEC to NIO re Comments on Form 20-F for the Period Ended December 31, 2021 ("SEC Comments") (Sept. 22, 2022)

Exhibit O....................Letter from SEC to NIO re Review Complete for Form 20-F for the period ended December 31, 2021 ("SEC Letter") (Nov. 29, 2022)

Exhibit P....................GAAP, Accounting Standards Codification 810-10-20

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2023, in New York, New York.

/s/ Robert A. Fumerton
Robert A. Fumerton

3