# Exhibit G

# LIONBRIDGE

STATE OF NEW YORK            )
                                     )
                                     )    ss

COUNTY OF NEW YORK      )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English of the attached Wuhan Weineng Battery Asset Co., Ltd.'s 2022 First Phase Green Battery Asset-Backed Notes Prospectus.

_____

Laura Musich, Managing Editor
Lionbridge

Sworn to and subscribed before me

this 25th day of April , 20 23 .

_____

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6323702
Qualified in New York County
My Commission Expires 04-27-2023

259 W 30th Street, 11th Floor  New York, NY 10001  +1.212.631.7432

# Wuhan Weineng Battery Asset Co., Ltd.'s 2022 First Phase Green Battery Asset-Backed Notes Prospectus

| | |
|---|---|
| Issuer/promisor of difference payment: | Wuhan Weineng Battery Asset Co., Ltd. |
| Issuing carrier management agency: | Western Trust Co., Ltd. |
| Guarantee institution: | China Investment and Guarantee Corporation |
| Lead underwriter/bookrunner: | China International Capital Corporation Limited |
| Joint lead underwriter: | Bank of Communications Co., Ltd. |
| Registered amount: | RMB 400 million |
| Issuance amount: | RMB 400 million |
| Issuance period: | 2 years |
| Basic asset type: | Accounts receivable |
| Credit enhancement arrangement: | Senior/subordinated classification, credit trigger mechanism, security deposit, difference payment, third-party guarantee, and pledge guarantee |

| Asset backed notes | Senior asset-backed Notes | Subordinated asset-backed notes |
|---|---|---|
| Issuance size | 390 million yuan | 10 million yuan |
| Proportion | 97.5% | 2.5% |
| Asset-backed note rating | $AAA_{sf}$ | N/A |
| Interest rate type | Fixed rate | N/A |
| Repayment method | Quarterly repayment of interest and amortization of Principal | Distribution of remaining funds/assets at maturity |
| Expected maturity date | 8th payment date after the trust effective date | The 9th payment date after the effective date of the trust |

April 2022

I

**Table of contents**

**Important Note** …………………………………………………………………………II

**Chapter 1 Interpretation** ………………………………………………………… 4

**Chapter 2 Basic Information on Asset-Backed Notes** ………………………………………... 27

**Chapter 3 Risk Warning and Risk Prevention Measures** …………………..………………… 32

**Chapter 4 Transaction Structure of Asset-Backed Notes** …………………………………….. 41

**Chapter 5 Credit Enhancement Methods for Asset-Backed Notes** ………………..…………….. 62

**Chapter 6 Basic Information of Issuer, Guarantee Institution, Issuing Carrier and Related Intermediaries**………………………………………………………………………… 70

**Chapter 7 Basic Assets and Cash Flow Forecast Analysis** …………………………………… 176

**Chapter 8 Cash Flow Collection and Management Mechanism, Investment and Distribution Mechanism**…………………………………………………………………………...208

**Chapter 9 Relevant Circumstances of Risk Retention** …………………………………….. 219

**Chapter 10 Use of Raised Funds and Legal Compliance Statement**……………………………… 220

**Chapter 11 Information Disclosure Arrangements**……………………………………………… 221

**Chapter 12 Investor Protection Mechanism**……………………………………………….... 230

**Chapter 13 Application of Law and Dispute Resolution Mechanism**…………………………... 250

**Chapter 14 Relevant Tax Expense Arrangements** …………………………………………........ 251

**Chapter 15 Summary of Key Transaction Documents** …………………………………..… 253

**Chapter 16 Rating Status** …………………………………………………………….. 276

**Chapter 17 Method for Storage and Inspection of Documents for Reference** …………………… 278

**Chapter 18 Relevant Institutions for this Issuance** …………………………………………....... 281

# Chapter 1 Interpretation

In this Prospectus, unless the context otherwise requires, the following words have the following meanings:

## 1. Relevant Institutions

### (I) Trust Parties

(1) **Wuhan Weineng / Principal / Issuer**: refers to Wuhan Weineng Battery Asset Co., Ltd.

(2) **Trustee /Trustee Institution /Western Trust**: refers to Western Trust Co., Ltd. and any permitted successor institution.

(3) **Beneficiaries**: collectively refer to the "holders of asset-backed notes."

(4) **Asset-Backed Note Holder**: refers to any holder of "asset-backed notes" including "senior noteholders" and "subordinated noteholders."

(5) **Senior Asset-Backed Note Holder**: refers to any holder of "Senior Asset-Backed Notes."

(6) **Subordinated Note Holder**: refers to any holder of a "Subordinated Note."

### (II) Participating Institutions

(7) **Issuing Carrier Management Agency**: Refers to Western Trust Co., Ltd.

(8) **CICC / Lead Underwriter / Bookrunner**: refers to China International Capital Corporation Limited.

(9) **Joint Lead Underwriter**: Refers to Bank of Communications Co., Ltd.

(10) **Lead Underwriters**: refers to the collective name of "Lead Underwriter" and "Joint Lead Underwriter."

(11) **Asset Servicer I**: refers to "Asset Servicer I," "Wuhan Weineng," under the "Service Contract" or the successor organization permitted by the "Service Contract."

(12) **Asset Servicer II/NIO Finance**: refers to "Asset Servicer II," Shanghai NIO Financial Leasing Co., Ltd. under the "Service Contract" or the successor organization permitted by the "Service Contract."

(13) **Asset Servicers**: refers to the collective name of "Asset Servicer I" and "Asset Servicer II."

(14) **Back-up Asset Servicer**: refers to the "Back-up Asset Servicer" appointed by the "trustee" in accordance with the provisions of the "Service Contract" and any permitted successor agency.

**(15) Alternative Asset Servicer**: refers to the "alternative asset servicer" appointed by the "Trustee" in accordance with the provisions of the "Service Contract" and any permitted successor.

**(16) Fund Custodian**: refers to the Hubei Branch of the Bank of Communications Co., Ltd. or the successor institution permitted by the "Fund Custody Contract."

**(17) Alternative Fund Custodian**: refers to the "alternative fund custodian" appointed by the "Trustee" in accordance with the provisions of the "Fund Custody Contract" and any permitted successor.

**(18) Regulatory Bank**: refers to Bank of Communications Co., Ltd. Hubei Branch and any permitted successor institution.

**(19) Difference Payment Promisor**: refers to Wuhan Weineng Battery Asset Co., Ltd.

**(20) Pledgor**: refers to Wuhan Weineng Battery Asset Co., Ltd.

**(21) Guarantee institution**: refers to China Investment and Financing Guarantee Corporation.

**(22) Shanghai Clearinghouse**: refers to Interbank Market Clearing House Co., Ltd.

**(23) Beijing Financial Assets Exchange**: refers to Beijing Financial Assets Exchange Co., Ltd.

**(24) Registration and Custodian Institution**: refers to the "Shanghai Clearinghouse" or other institutions designated by the regulatory authority to provide registration and custodial services for "asset-backed notes."

**(25) Payment Agency**: refers to the "Shanghai Clearinghouse" or other institutions designated by the regulatory authority that provide Principal and interest payment services for "asset-backed notes."

**(26) Rating Agency**: refers to Lianhe Credit Rating Co., Ltd.

**(27) Environmental Assessment Agency**: refers to Lianhe Equator Environmental Impact Assessment Co., Ltd.

**(28) Legal Advisor**: refers to Beijing Dacheng Law Offices.

**(29) Cash Flow Forecasting Agency**: refers to BDO China Shu Lun Pan Certified Public Accountants (special general partnership).

**(30) Accountant**: refers to the accounting firm entrusted by the "Trustee" to provide accounting services for the "Trust."

**(31) Auditor**: refers to the audit institution entrusted by the "Trustee" to provide follow-up audits for the "Trust."

**(III) Related Institutions**

**(32) Banking and Insurance Regulatory Commission**: refers to the China Banking and Insurance Regulatory Commission.

right.

**(50) Underlying asset**: refers to the specific creditor's rights that the "Principal" as the service provider continues to enjoy against the "Lessee" in accordance with the "Battery Leasing Agreement" as the ultimate source of repayment of the "Basic Assets," including the right to charge the "Lessee" the leasing service fee within the "specific period" (for the avoidance of doubt, it does not include any additional fees that the "Lessee" has to pay under the "Battery Leasing Agreement" because the new energy vehicle service worry-free package has exceeded the effective period, liquidated damages collected by the "Principal" from the "Lessee" for overdue payment, liquidated damages for early termination, and power battery disassembly fees, as well as fees other than leasing service fees obtained by taking corresponding guarantees or remedial measures or pursuing liability for breach of contract in order to realize the rights and benefits under the "Battery Leasing Agreement"), as well as the right to take corresponding guarantee or remedial measures or to pursue liability for breach of contract in order to realize the aforementioned rights and benefits.

The "underlying assets" under this "trust" correspond to the "underlying assets" according to the "Underlying Asset List." For the avoidance of doubt, in the case where the ownership of the new energy vehicle under the "Battery Lease Agreement" corresponding to the "underlying asset" has been transferred and the "Battery Leasing Agreement" signed by the "Lessee" and the "Principal" is terminated as a result, the vehicle transferee, as the new "Lessee," will enter into a "Battery Leasing Agreement" with the "Principal" and the leasing service fee for the "specified period" under the new "Battery Leasing Agreement" is also considered an "underlying asset."

**(51) Specified period**: refers to the period used to calculate all the "underlying asset recovery payments" that should be generated by the "underlying assets," that is, from [March] [15], [2022] (including that day) to [March] [15], [2024] (including that day). For the avoidance of doubt, the recovery payment of the underlying asset that has been incurred within the specified period but received after the expiry date of the specified period (including that day) also belongs to the underlying assets.

**(52) Asset pool**: refers to the sum of the "underlying assets" at any point in time.

**(53) Leased assets**: refers to the subject matter of the lease service provided by the "Principal" to the "Lessee" under the "Battery Leasing Agreement," that is, the power battery loaded in the new energy vehicles.

**(54) Pledge/pledged property**: refers to the Pledgor's lawful entitlement and pledge to the "Trustee" (representing "Trust") all existing and possible future accounts receivable from the battery leasing agreement corresponding to the underlying assets of the trust and all updated and modified supplementary agreements (including but not limited to the right to collect leasing service fees, liquidated damages due to late payment, liquidated damages due to early termination, power battery disassembly fees and other payables under the battery leasing agreement from the Lessee), and the right to take corresponding guarantees or remedial measures to realize the aforementioned rights and benefits or to pursue liability for breach of contract. The details are subject to the List of Pledge Rights appended to the "Pledge Contract."

**(55) Pledged property**: refers to the power battery assets legally held by the "Principal" (as the mortgagor) and mortgaged to the "guarantee institution."

8

the details are subject to the List of Mortgaged Property appended to the "Mortgage Counter-guarantee Contract" signed separately by the "Principal" and the "Guarantee Institution."

**(56) Mortgage Counter-guarantee Contract**: refers to the "mortgage counter-guarantee contract" signed by the "Principal" (as the mortgagor) and the "Guarantee Institution" numbered [2021-A010103-ZTB-001-DY] and any amendments or supplements to the contract.

**(57) List of Underlying Assets**: In terms of "underlying assets," it refers to a list of information about each "underlying asset" prepared by the "Principal" as of the "commencement Date" (including that day) (the form and content of such information should be acceptable to the "Trustee" and the list can be a computer file or microfilm). See Appendix 1 to the "Trust Contract" for the minimum required information in the "List of Underlying Assets."

**(58) Asset Guarantee**: refers to all representations and guarantees made by the "Principal" in Article 5.4 of the "Trust Contract" regarding the status of the "Asset Pool" on the "commencement Date" and "Trust Effective Date."

**(59) Eligibility Criteria**: For each "underlying asset," unless otherwise specified in the following specific terms, it refers to the "commencement Date" and the "Trust Asset Delivery Date" and the corresponding "underlying asset" should meet the following criteria:

(a) The applicable law of the "Battery Leasing Agreement" corresponding to the "underlying asset" is "Chinese" "Law," and it is legal and valid under "Chinese" "Law," and constitutes the relevant valid and binding obligations of the Lessee, and the right of the "Principal" to make a claim against the "Lessee" according to its terms;

(b) The "Principal" has performed and complied with its obligations in accordance with the terms in the "Battery Leasing Agreement" and the "Leased Assets" have been delivered to the "Lessee";

(c) The Lessee is a Chinese citizen or permanent resident and is at least 18 years old (including 18 years old) at the time the Battery Leasing Agreement is signed;

(d) The "Lessee" has not violated its repayment obligations or other major obligations under the "Battery Leasing Agreement" or other relevant documents nor has it failed to cure (except for the above-mentioned circumstances (if any) within the "Cure Period for Breach" in the Battery Leasing Agreement);

(e) The "Lessee" does not have any right to claim deduction or relief of payables under the "Battery Leasing Agreement" (except for the statutory right of set-off;

9

(f) Circumstances where the "Lessee" legally assigns its rights or obligations under the "Battery Leasing Agreement" to a third party do not exist;

(g) All payable amounts under the "underlying assets" are in "RMB";

(h) There are no restrictions on the transfer of "Basic Assets" and "Underlying Assets" in the "Battery Leasing Agreement";

(i) None of the Underlying Assets and Leased Assets are subject to any controversy, dispute, administrative case, litigation, arbitration, bankruptcy or enforcement proceeding; and none is involved in national defense, military or other national secrets;

(j) Except for the establishment of mortgage rights for the "Guarantee Institution," the Leased Assets" are not subject to other mortgages, pledges and other guarantee burdens or other restrictions on rights;

(k) Except for the establishment of mortgage rights for the "Trust," the "Underlying Assets" are not subject to other mortgages, pledges and other guarantee burdens or other restrictions on rights;

(l) The "Battery Leasing Agreement" prohibits or restricts the relevant "Lessee" from disposing of the "Leased Assets" in any way without the consent of "Wuhan Weineng";

(m) The "Principal" legally owns the rights to the "Underlying Assets" and the corresponding "Leased Assets."

**(60) Battery Leasing Agreement**: refers to the "Power Battery Leasing and Service Agreement" signed by the "Principal" and the "Lessee" and all changes or supplementary agreement and related agreements.

**(61) Cure Period for Breach**: refers to the period within 7 days starting from the date when the "Lessee" fails to pay the leasing service fee on time or breaches other obligations under the "Battery Leasing Agreement" as stipulated in the "Battery Leasing Agreement." The "Lessee" needs to make up or rectify the breach within the above-mentioned Cure Period for Breach.

**(62) Lessee**: With regard to each "asset," it refers to the Lessee and/or its successor who is obliged to pay the leasing service fee according to each "Battery Leasing Agreement."

**(63) Asset Document**: With regard to "assets," it refers to all documents, forms, certificates and other agreements of any nature in physical or electronic form, including but not limited to the "Battery Leasing Agreement" and relevant records or vouchers for leasing service fees, "asset service [cut-off] that guarantee the repayment of the "underlying assets" or are related to the "underlying assets" and the assets held or maintained by the "Principal" or its agent before the "Trust Property Delivery Date" or by "Asset Servicer I" or its agent after the "Trust Property Delivery Date" for support or guarantee.

10

**Chapter 2 Basic Information on Asset-Backed Notes**

**1. Key terms of issuance**

The current asset-backed notes are real name book-entry bonds, and their custody, redemption, and trading must be carried out in accordance with the relevant self-regulatory rules of the National Association of Financial Market Institutional Investors and the relevant regulations of the Interbank Market Clearing House Co., Ltd., China Foreign Exchange Trading Center and National Interbank Funding Center.

The issuance of the current asset-backed notes is organized and coordinated by the lead underwriter.

**Table 2-1 Key terms of issuance**

| | |
|---|---|
| Name of asset-backed note | Wuhan Weineng Battery Asset Co., Ltd. 2022 Phase I Green Battery Asset-Backed Notes |
| Issuer | Wuhan Weineng Battery Asset Co., Ltd. |
| Outstanding debt financing balance of issuer | As of the signing date of the Prospectus, the financing balance to be repaid is 0 billion yuan |
| Registration notice number | No. Zhong Shi Xie Zhu [2022] ABN39 |
| Classification of asset-backed notes in the current period | The current asset-backed notes are classified into senior asset-backed notes and subordinated asset-backed notes. The senior asset-backed notes represent senior trust beneficiary rights, and the subordinate asset-backed notes represent subordinated trust beneficiary rights. |
| Underlying assets | 2-year beneficiary rights of the power battery leasing service fee under the "Power Battery Leasing and Service Agreement" |
| Registered amount | RMB 400 million (four hundred million yuan) |
| Issuance amount | RMB 400 million (four hundred million yuan) |
| Term | Not to exceed 2 years |
| Face value | RMB 100 |
| Expected maturity date of senior asset-backed notes | May 20, 2024 |
| Statutory maturity date | August 20, 2026 |
| Pricing method | Determined by means of centralized bookkeeping |
| Lead underwriter(s) | China International Capital Corporation, Bank of Communications Co., Ltd. |
| Bookrunner | China International Capital Corporation Limited |
| Underwriting method | Standby underwriting |
| Method of issuance | The current asset-backed notes are publicly offered and issued in the inter-bank market through centralized bookkeeping and centralized placement, except for the portion held by the issuer for the purpose of self-retention of risks. |
| Issuance date | 【April】【14】, 2022 |
| Payment date | 【April】【18】, 2022 |
| Interest start date | 【April】【19】, 2022 |
| Method of interest payment | Senior asset-backed notes: quarterly repayment of interest, pass-through amortization of Principal |

27

| | |
|---|---|
| | Subordinated asset-backed notes: Distribution of remaining funds/assets at maturity |
| Issuing carrier management agency | Western Trust Co., Ltd. |
| Fund custodian | Bank of Communications Co., Ltd. Hubei Branch |
| Funds regulator | Bank of Communications Co., Ltd. Hubei Branch |
| Asset Servicer I | Wuhan Weineng Battery Assets Co., Ltd. |
| Asset Servicer II | Shanghai NIO Financial Leasing Co., Ltd. |
| Rating agency and rating result | Lianhe Credit Rating Co., Ltd., the rating result of the senior asset-backed note is AAAsf |
| Legal advisor | Beijing Dacheng Law Firm |
| Cash flow forecasting agency | Shu Lun Pan Certified Public Accountants (Special General Partnership) |
| Environmental certification agency | Lianhe Equator Environmental Assessment Co., Ltd. |
| Credit enhancement arrangement | Senior/subordinated classification, credit trigger mechanism, security deposit, difference payment, third-party guarantee, and pledge guarantee |
| Technical support organization for centralized bookkeeping and filing system | Beijing Financial Assets Exchange Co., Ltd. |
| Registration custodian | Interbank Market Clearing House, Inc. |

## II. Classification of asset-backed notes

**Table 2-2 Classification of asset-backed notes**

| Product classification | Senior asset-backed notes | Subordinated asset-backed notes |
|---|---|---|
| Issuance amount | 390 million yuan | 10 million yuan |
| Proportion | 97.5% | 2.5% |
| Expected maturity date | May 20, 2024 | August 20, 2024 |
| Rating | $AAA_{sf}$ | — |
| Interest rate type | Fixed rate | — |
| Repayment type | Pass-through repayment of Principal | — |
| Interest payment frequency | Interest paid quarterly | — |
| Pricing method | The coupon rate of senior asset-backed notes is determined by the results of centralized bookkeeping and filing | No coupon rate is set for subordinated asset-backed notes |
| Issuance target | Dedicated institutional investors and selected specific institutional investors | |
| Circulation range | Institutional investors in the national inter-bank bond market (except those prohibited by national laws and regulations) | |

## 3. Issuance arrangement

Through registration with the China Interbank Market Dealers Association, the issuer issued the first phase of the green battery asset-backed notes of Wuhan Weineng Battery Assets Co., Ltd. in 2022 in the interbank bond market.

Investors do not need to pay any additional fees when going through the subscription procedures; they must follow the relevant regulations of the bond custody institution when going through the registration and custody procedures. The issuance targets of the current asset-backed notes are specific […]

28

[…] is not as expected or cannot continue to provide various user services to car owners, it may lead to a decline in the number of BaaS service subscriptions, which in turn will adversely affect the business development of the issuer.

4. Risk of overdue payment by the Lessee

The income of the issuer is mainly derived from the leasing service fee income of its power battery assets. At present, the overdue payment ratio of car owners receiving the power battery leasing service of the issuer is about three out of a hundred thousand. In the event of economic crisis, reputation problems or payment system failures, etc., or the issuer and NIO cannot continue to provide necessary follow-up services to car owners, a large number of Lessees may have overdue payments, which will cause a certain impact on the issuer's business operations and financial conditions.

**(3) Risk management**

1. Operational risk

The issuer is a leading power battery service provider in China. Based on the characteristics of "separation of vehicle and battery" of various models of partner NIO, it provides end customers with innovative "rechargeable, replaceable, and upgradeable" power battery leasing service and it has a wide range of customers. With the expansion of the business of the issuer, customer management, word-of-mouth management, and service quality management will face greater challenges. If the issuer's market reputation declines, the ability to raise funds and management capabilities are insufficient, or major management mistakes occur, the operating efficiency of the issuer will be affected, thereby affecting rent collection and debt repayment.

2. Risks of sudden changes in governance structure caused by emergencies

If an incident occurs, it may lead to major changes in the governance system of the issuer, including the chairman, directors, supervisors and senior managers. In the future, if the issuer fails to handle emergencies properly, it may lead to the risk of sudden changes in the corporate governance structure.

3. Risk of non-controlling shareholders and actual controller

As of September 30, 2021, the equity of the issuer is relatively dispersed. The single largest shareholder, NIO Holdings Co., Ltd. holds 19.84% of the company's equity, and there is no 50% shareholding ratio above controlling shareholders. Accordingly, the issuer has no controlling shareholder or actual controller, and the dispersion of ownership in the issuer leads to a certain degree of instability in the ownership structure, which may lead to changes in the future equity structure of the issuer and in turn affects the stability and continuity of the company's operating policies.

## Chapter 6 Basic Information of Issuer, Guarantee Institution, Issuing Carrier and Relevant Intermediary Agencies

**1, Basic Information of the Principal/Issuer/Asset Servicer I**

**(1) Basic Information**

Registered Name: Wuhan Weineng Battery Asset Co., Ltd.

Legal Representative: Shen Fei

Date of establishment: August 18, 2020

Registered capital: RMB 1,832,846,400

Unified social credit code: 91420100MA49JKY15E

Registered address: Room 263 on the second floor of Building No. 2, Plant 1, Phase I, Optoelectronics Industrial Park, No. 117, Zuoling Road, Zuoling Town, East Lake New Technology Development Zone, Wuhan (Wuhan Free Trade Zone)

Business scope: General items: power battery leasing, maintenance, wholesale and retail; waste battery recycling; new energy vehicle waste power battery recycling and cascade utilization (excluding hazardous waste management); technical services, testing services and consulting services for lithium batteries and related products; electricity sales; electric power engineering; planning, R&D, and design of electric infrastructure; R&D, production, wholesale and sale, leasing, and operation management of equipment and components related to power stations, charging piles, and energy storage systems; technical development and consulting on cloud platforms and big data, technical services, and technology promotion; basic software services; mobile charging and swapping services (excluding power grid construction and operation) (the above-mentioned business scope does not involve special management measures for foreign investment access) (except for projects subject to approval according to law, business activities are carried out independently according to the law with a business license)

**2) History**

**1. Establishment of the Issuer in August 2020**

In August 17, 2020, NIO (Anhui) Holding Co., Ltd., Guotai Junan Financial Products Co., Ltd., Hubei Science and Technology Investment Group Co., Ltd., and CATL signed the "Joint Venture Contract Regarding Wuhan Weineng Battery Assets Co., Ltd.." According to the above-mentioned agreement, all parties agreed through consultation to establish Wuhan Weineng, The registered capital was 800 million yuan, of which NIO (Anhui) Holdings Co., Ltd. contributed 200 million yuan in cash in Renminbi, accounting for 25%; Guotai Junan Financial Products Co., Ltd. contributed 200 million in cash in Hong Kong dollars,

70

(4) Responsible for employee relations and labor relationship management;

(5) Responsible for administrative comprehensive public affairs management such as daily operation and maintenance of the office;

(6) Responsible for formulating and optimizing management methods in the field of personnel and comprehensive management.

**(V) Overview of important equity investment**

As of the end of September 2021, the issuer has only one wholly owned subsidiary, which is Weineng Hong Kong Co., Ltd., with a total share capital of HKD 10,000, which has not yet commenced actual business.

In addition to the above-mentioned subsidiary, the issuer has no other shareholding companies.

**(6) Basic information of personnel**

1. Directors, supervisors and senior management

As of the present, the directors, supervisors and senior management of the company are as follows:

**Table 6-1 Directors, Supervisors and Senior Executives of the Issuer:**

| | Member name | Current position | Starting and ending years of service | Whether he/she is a part-time civil servant |
|---|---|---|---|---|
| Directors | Shen Fei | Legal Representative, Chairman | August 18, 2020 to present | No |
| | Lu Ronghua | Director | April 22, 2021 to present | No |
| | Zhao Xuan | Director | August 18, 2020 to present | No |
| | Chen Weifeng | Director | August 18, 2020 to present | No |
| | Lin Feng | Director | November 23, 2021 to present | No |
| | Zhang Qian | Director | December 30, 2020 to present | No |
| | Wu Jiayi | Director | December 30, 2020 to present | No |
| | Yang Mingyan | Director | December 30, 2020 to present | No |
| | Li Yan | Director | April 22, 2021 to present | No |
| Supervisors | Tan Liu | Supervisor | August 18, 2020 to present | No |
| | Zhu Wenhui | Supervisor | November 23, 2021 to present | No |
| Senior executives | Lu Ronghua | General Manager | August 18, 2020 to present | No |
| | Feng Yun | Finance Director | September 16, 2020 to present | No |
| | Xue Tingting | Chief Operating Officer | October 1, 2020 to present | No |

2. Key work experience of directors, supervisors and senior executives

The issuer operates in accordance with relevant laws, regulations and the company's articles of association, and has established a relevant corporate governance structure in strict accordance with the *Company Law* and other relevant laws and regulations,

The directors, supervisors, and senior management of the issuer are set up in compliance with the *"Company Law"* and other relevant laws and regulations and the company's articles of association.

(1) Brief introduction of members of the board of directors

Shen Fei, male, born in February 1974, holds a doctoral degree. Mr. Shen Fei has successively worked in Tsinghua University and Siyuan Electric. Since 2015, he has been the Vice President of Power Management at NIO. He is currently the Legal Representative and Chairman of the issuer.

Lu Ronghua, male, born in June 1982, holds a master's degree. He was the Head of the Battery and Data Operation and Strategy Team at NIO Energy. He is currently the Director and General Manager of the issuer.

Zhao Xuan, male, born in October 1980, holds a master's degree. He worked at Goldman Sachs (Beijing, Hong Kong, and Singapore), UBS (Hong Kong and Beijing) and Morgan Stanley (Asia), and joined Guotai Junan International in 2020 as the Head of the Private Equity Investment Department. He is currently a director of the issuer.

Chen Weifeng, male, born in August 1982, holds a master's degree. Mr. Chen Weifeng joined CATL in 2012 and served as Chief Engineer, Director of Marketing Department and Corporate Public Affairs department. He is currently the Head of the Marketing Department at CATL and a Director of the issuer.

Lin Feng, male, born in August 1985, holds a master's degree. He worked as an engineer at the Development Planning Department of China Aerospace Sanjiang Group Corporation (Project Director at the Investment Department); Project Director of the Industrial Investment Department at Hubei Science and Technology Investment Group Co., Ltd.; Deputy Director at the Industrial Investment Department of Hubei Science and Technology Investment Group Co., Ltd. He is currently the general manager of Wuhan Optics Valley Industry Investment Co., Ltd. and a director of the issuer.

Zhang Qian, female, born in June 1979, holds a master's degree. She used to work overseas for Merrill Lynch, UBS and Delta Partners (local private equity fund in Boston in the United States), former Managing Director of Huaxia Capital, Founder of Huaxia Fund Equity Investment, and currently a founding partner of FutureX Capital. She is currently a director of the issuer.

Wu Jiayi, female, born in May 1977, holds a master's degree. Worked at Rothschild Investment Bank and New Horizon Capital. She is currently the Managing Partner of Ziming Capital and a director of the issuer.

Yang Mingyan, female, born in January 1977, holds a master's degree. She was formerly employed by Shandong Weida Machine Tool Group Corporation, and was a director of Shandong Weida Group Co., Ltd., Chairman of Shandong Weida Machinery Co., Ltd., Executive Director of Shandong Weida Saw Industry Co., Ltd., and Executive Director of Weihai Weida Precision Casting Co., Ltd. She is currently the chairman of Shandong Weida Machinery Co., Ltd., Executive director of Shandong Weida Sales Co., Ltd., Chairman of Weida (Vietnam)

Manufacturing Co., Ltd., Director of Shandong Weida Real Estate Co., Ltd., and Director of the issuer.

Li Yan, female, born in February 1977, holds a master's degree. She was formerly the Vice President of the Investment Banking Department of JP Morgan Chase, the Vice President of the Investment Banking Department of UBS, the Executive President of the Investment Banking Department of UBS, and the Chief Representative of the Beijing Representative Office of Deutsche Bank Securities Business. Joined Taiping Financial Services Co., Ltd. In August 2018, she joined Taiping Financial Services Co., Ltd. She is currently the Director of Taiping Insurance Brokers Co., Ltd., and Director of the issuer.

(2) Brief introduction of members of the supervisory committee

Tan Liu, female, born in March 1993, holds a master's degree. She formerly worked in the Bond Financing Department at Shenang Securities Co., Ltd. She currently works in the Direct Investment Department of Wuhan Optics Valley Industrial Investment Co., Ltd., and is currently the Supervisor of the issuer.

Zhu Wenhui, male, born in March 1990, holds a master's degree. He formerly worked for the Hong Kong Securities and Futures Commission and the *big four* accounting firms. He is currently working at Guotai Junan International as Senior Vice President of Private Equity Investment and Transaction Investment Management, as well as a Supervisor of the issuer.

(3) Brief introduction of senior management personnel

Lu Ronghua, male, general manager of the company, see (1) Brief introduction of board members for his resume.

Feng Yun, female, born in January 1970, holds a master's degree. She worked in the Finance and Assets Management Department of WISCO Resources Group as Director, and in the Capital Department/Audit Department/Operation Management Department of Sinopharm Holding Hubei Co., Ltd. as Director. She is currently the Financial Director of the issuer.

Xue Tingting, female, born in February 1987, holds a master's degree. She worked in NIO Energy Battery and Data Operations and Strategy Department. She is currently the Chief Operating Officer of the issuer.

3. Overview of violations of the law and regulations by current directors, supervisors, and senior executives

During the reporting period, the current directors, supervisors, and senior executives of the issuer had no major violations of laws and regulations.

**(7) Overview of corporate governance**

1. Governance structure of the issuer

The issuer has formed a relatively complete legal person governance structure, and has established a shareholders' meeting, a board of directors, supervisors and an operation and management agency. The company's governance structure complies with the provisions of the *Company Law* and the company's articles of association.

(1) Shareholders' meeting

The company's shareholders' meeting is composed of all shareholders and is the company's highest authority. *According to the Articles of Association of Wuhan Weineng Battery Assets Co., Ltd.* (hereinafter referred to as the "Articles of Association"), the powers of the shareholders meeting are as follows:

1) For the following major matters involving the company, they must be approved by more than half (1/2) of the board of directors (i.e., five (5) directors) before they can be submitted to the shareholders' meeting for deliberation, and Items ⑦, ⑨ and ⑩ must be agreed by shareholders representing more than two-thirds (2/3) of the voting rights of all shareholders (including shareholders with more than two-thirds (2/3) of the voting rights of the A-round investors and shareholders with more than two-thirds (2/3) of the voting rights of the A+ round investors) to form a resolution, Matters other than the aforementioned matters must be approved by half of the representatives of the voting rights agree to form a resolution, and other matters other than the above-mentioned matters must be agreed by shareholders representing more than half (1/2) of the voting rights to form a resolution:

① Determine the company's business policy and investment plan;

② Elect and replace directors and supervisors who are not employee representatives, and to decide on the remuneration of directors and supervisors;

③ Review and approve the reports of the board of directors;

④ Review and approve the reports of the supervisors;

⑤ Review and approve the company's annual financial budget plan and final account plan;

⑥ Review and approve the company's profit distribution plan and loss recovery plan;

⑦ Make a resolution on the increase or decrease of the registered capital of the company;

⑧ Make a resolution on the issuance of corporate bonds;

⑨ Make a resolution on the company's merger, division, dissolution, liquidation or change of company form;

⑩ Amend the Articles of Association;

⑪ Determine the company's dividend distribution;

⑫ Approve and revise any equity incentive plan.

2) For the matters listed in item 1), if the shareholders agree unanimously in writing, the resolution of the shareholders meeting may be passed in the form of a written resolution of shareholders, but the written resolution to be passed must be sent to each shareholder.

(2) Board of directors

80

1) The date the board of directors was formed

The date of incorporation of the company is the date the board of directors was formed.

2) The board of directors is composed of nine (9) directors. A round investors and A+ round investors have the right to nominate one (1) director respectively, and the remaining one (1) director is selected from the management team responsible for the daily operation and management of the company by all parties. All parties shall take all necessary actions to cause the aforementioned nominated candidates to be elected as directors at the general meeting of shareholders. For the avoidance of doubt, each shareholder does not have the right to nominate directors repeatedly.

3) The term of each director is three (3) years and he can be re-elected. Each party shall be able to nominate a replacement director for the director nominated by him to fill the vacancy due to the dismissal, resignation or death of the nominee, and the term of the successor director shall be the remaining term of the replaced director. If a director fails to be re-elected in time upon the expiration of his term of office or the number of directors falls below the quorum due to resignation during the term of office, the original director shall still perform his duties in accordance with the provisions of Chinese laws and the Articles of Association before a new director is re-elected to take office.

4) Chairman

① The board of directors shall have one (1) chairman. The chairman of the board is a director nominated by NIO.

② If for any reason the chairman is unable to perform his duties (including convening and presiding over board meetings), he shall designate a director to perform his duties on his behalf.

5) Board observers

The company has one (1) board observer appointed by Paradise Silicon Valley. Paradise Silicon Valley has the right to revoke the observers it appoints, and the notice of revocation of the observers it appoints shall take effect after being delivered to the company. All notices of board meetings shall be notified to observers of the board in the same manner. Observers of the board of directors have the right to attend all board meetings of the company and view resolution documents of the board of directors, but do not enjoy voting rights and other rights of directors.

6) Board meetings

① Board meetings are separated into regular meetings and extraordinary meetings. A regular meeting is held once a year, and within six (6) months after the end of each year, the board of directors shall hold one (1) regular meeting in accordance with normal procedures. Upon the written request of at least one (1) director, the chairman shall convene an extraordinary meeting of the board of directors within twenty (20) days after receiving the request. Board meetings can be attended by directors, and directors can also participate in board meetings through video conference or other electronic means.

② All meetings of the board of directors shall be convened and presided over by the chairman of the board of directors or a director according to the actual circumstances.

81

The chairman of the board shall send a written notice to each director and board observer ten (10) days before each regular meeting and five (5) business days before an extraordinary meeting, informing them of the time, place, agenda and relevant matters related to the meeting. documents (if any), unless all directors agree to waive the aforementioned advance notice period.

7) Quorum and passing of resolution

① At least one-half (1/2) of the directors, whether present in person (including via video conference or other electronic means) or by proxy, constitutes a quorum for a formally held board meeting. If the quorum is not met, the resolutions passed at the board meeting shall be invalid.

② If a director is unable to attend the meeting of the board of directors for any reason, he may entrust a proxy in writing to attend the meeting of the board of directors on his behalf, and the proxy may be another director. Any proxy appointed has the same rights as the director appointing him. The chairman has the same one vote as other directors.

③ Notwithstanding any other provision to the contrary, resolutions of the board of directors may be approved in writing by all or a majority of the directors (according to the actual circumstances) required to pass the resolution in accordance with the provisions of the following paragraph 8) without convening a meeting of the board of directors. Resolutions must be sent to each director.

8) Powers of the Board of Directors

① For the following matters involving the company, except for Subparagraph r., which must be agreed by all directors before a resolution can be formed, other matters should be agreed by more than one-half (1/2) (i.e., five or more) directors of the company before a resolution can be made and implemented. If relevant matters need to be submitted to the shareholders' meeting for deliberation according to the relevant laws or the articles of association, they shall be submitted to the shareholders' meeting for deliberation and approval before implementation (all parties agree that if the company intends to establish a holding subsidiary in the future, all parties have the right to negotiate and determine the voting mechanism of the company's board of directors for the holding subsidiary):

a. Convene the shareholders' meeting and report to the shareholders' meeting;

b. Implement the resolutions of the shareholders' meeting;

c. Formulate the company's business policy and investment plan;

d. Formulate the company's annual financial budget plan and final account plan;

e. Formulate the company's profit distribution plan and loss recovery plan;

f. Formulate plans for the company to increase or decrease its registered capital and issue corporate bonds;

g. Formulate plans for company merger, division, dissolution or change of company form;

h. Decide on the establishment of the company's internal management organization;

i. Decide on the appointment or dismissal of the company's general manager and his remuneration, and decide on the appointment or dismissal of the company's financial director and his remuneration according to the general manager's nomination;

j. Formulate the company's basic management;

k. Revise and approve the major accounting policies adopted or change the fiscal year, and select and replace the audit institutions among the *big four* accounting firms; sign a non-ordinary business contract with any third party for an amount exceeding RMB 20 million (twenty million yuan);

m. Other than the annual budget approved by the company's shareholders, expenditures or external payments with a cumulative amount exceeding RMB 20 million (twenty million yuan) in a fiscal year, including expenditures or external payments for construction projects, establishment of subsidiaries, or acquisition of equity in other companies;

n. Other than the approved annual budget, the company's single or cumulative non-controlling long-term equity investment or its disposal exceeding RMB 20 million (twenty million yuan);

o. Transactions between the company and shareholders or shareholders' related parties with a single amount exceeding RMB 20 million (RMB20,000,000) or accumulative amount exceeding RMB 20 million (twenty million yuan) in a fiscal year;

p. Other than the consolidated statement, assets or equity that the company sells or deals with any third party with an amount exceeding RMB 20 million (twenty million yuan);

q. Other than the annual budget approved by the company's shareholders' meeting, any single transaction of the company and/or its holding subsidiaries exceeding RMB20,000,000, or accumulated loans exceeding RMB 20 million (twenty million yuan) within a fiscal year and corresponding guarantee measures';

r. Guarantees or loans provided by the company for entities outside the actual control of the company;

s. Stipulate other matters that need to be approved by the board of directors according to laws, administrative regulations, joint venture contracts or the Articles of Association;

t. Determine and adjust the list and scope of candidates for incentive targets;

u. Make any grant of equity incentives under the equity incentive plan.

9) Director's remuneration

The remuneration of the serving directors and their agents shall be borne by the appointing party.

10) Board meeting minutes

The Board of Directors shall keep complete and correct minutes of its meetings, including copies of all notices calling for board meetings.

11) Directors' exemption from personal liability

Directors are not personally liable for their normal duties and activities within the scope of their duties and powers and the company should provide them with immunity from liability, and neither the company nor any shareholder will claim against the directors for such matters, except where it is due to the director's intentional gross negligence or omission, fraud, malfeasance or gross negligence.

12) Mechanism for dealing with deadlock

① According to the joint venture contract as amended from time to time or the Articles of Association, for matters where resolutions should be made with the approval of two-thirds (2/3) of the directors of the company and/or shareholders representing more than two-thirds (2/3) of the voting rights, that can only be carried out with the consent of shareholders with the above voting rights, if an effective resolution of the board of directors on matters that should be passed by the board of directors is unable to be formed for three (3) consecutive board meetings, or the matters that should be passed by the shareholders' meeting is unable to be formed for three (3) consecutive shareholders' meeting ("deadlocked matter"), then (for matters that should be passed by the board of directors, all parties shall continue to submit the deadlocked matters to the shareholders' meeting for consideration, and if the parties fail to pass the deadlocked matters in three (3) consecutive shareholders meetings) friendly consultations shall be conducted within a period of three hundred and sixty-five (365) days from the date of failure to approve the deadlocked matter at the third general meeting ("the deadlocked negotiation period"). As far as matters that should have been approved by the shareholders meeting, all parties should enter into a deadlock negotiation period starting from the date when they failed to pass at the third shareholders' meeting. If the parties still fail to resolve the deadlocked matters through negotiation during the deadlocked negotiation period, the company shall evaluate the fair market value of the company's equity in accordance with Article 18.6 of the joint venture contract, and retain a reputable investment bank to invite all parties to quote the company's equity with the evaluation price as the base price to determine whether there is one party willing to buy other parties' equity. If multiple parties wish to purchase the equity of the other party, the party with the highest offer has the right to purchase the equity of the other party.

② If the deadlock cannot be resolved through the aforementioned procedures, in accordance with Article 14.4 (a) of the Articles of Association, any party shall have the right to declare the company's implementation of dissolution and liquidation procedures in accordance with Article 14.7 of the Articles of Association.

[...] and other relevant laws and regulations formulated the "Administrative Measures for Related Transactions of Wuhan Weineng Battery Asset Co., Ltd." These Measures have detailed regulations on the scope of related persons of the issuer and related transactions, and the decision-making of related transactions, in order to effectively ensure that the affiliated transactions between the issuer and the related party comply with the principles of fairness and justice, and ensure that related transactions do not harm the interests of the company and all shareholders.

(7) BaaS business management measures

The main business of the issuer is to provide power battery leasing as a service (BaaS) to electric vehicle owners. In order to standardize the operation of the issuer's BaaS business and provide users with better services, the issuer formulated the "BaaS Business Management Measures of Wuhan Weineng Battery Assets Co., Ltd.," which specifies the division of responsibilities for the issuer's BaaS business management, user acquisition, battery usage, payment and invoice management, information maintenance and change, insurance management, breach of contract management, termination of the BaaS, battery disposal and other aspects of work, thus effectively ensuring the orderly development of the issuer's BaaS business.

(8) BaaS business risk management measures

In order to strengthen the risk control of the BaaS business and prevent the loss of the company's assets, the issuer formulated the "BaaS Business Risk Management Measures of Wuhan Weineng Battery Asset Co., Ltd." By making clear regulations on pre-control, in-process control, post-event relief, and file management of BaaS business, we can better prevent risks related to BaaS business.

**(VIII) Overview of independence**

The issuer maintains independence in terms of business, personnel, assets, organization and finance, and has a complete business system and the ability to operate independently in the market.

1. In terms of business, Wuhan Weineng is an independent battery asset company in a BaaS model. In terms of business operations, the company's shareholders' meeting, board of directors, general manager and other management members make decisions based on their respective authority, and operate autonomously and independently. It has business system and market-oriented independent management capabilities, and there are no obviously unfair related transactions with shareholders.

2. In terms of personnel, the issuer has signed the "Labor Contract" with the company's employees in accordance with the *Labor Law of the People's Republic of China* and the company's relevant systems; the directors, supervisors and senior managers of the issuer come into being in strict compliance with the *Company Law* and the Articles of Association, etc. and the procedures are legal and valid. Formal employees of the issuer have no part-time jobs, employees are independent from shareholders and other related parties, and the company independently implements the personnel management system.

3. In terms of assets, the assets of the issuer and the assets of shareholders are operated independently. The investment funds are in place, and as of the signing date of this prospectus, all the registered capital of the issuer has been fully paid, which is approximately 1.832 billion yuan. The issuer's assets are separated from those of shareholders and operated independently. There is no shareholder unit or other related parties illegally occupying the company's funds, assets and other resources of the issuer; the issuer has independent and complete assets necessary for production and operation, and the assets are independently registered, accounted, calculated, and managed.

4. In terms of organization, the establishment of various functional departments of the issuer is sound and complete, and a sound governance structure is established in strict accordance with the provisions of the *Company Law* and the Articles of Association, so that the work of the departments can be carried out in an orderly manner. It has a General Manager's Office (GA), Finance and Investments (FI), Legal Affairs (LA), Battery Asset (BA) Operation, and other professional functional departments that participate in the resolution of important matters of the company. All internal organizations are independent from the controlling shareholder and actual controller, and can exercise their respective functions and powers according to law, and there is no mixed operation or joint office.

5. In terms of finance, the issuer has opened an independent bank account, conducts independent accounting, sets up an independent financial department and financial personnel, and sets up a special financial management system, including monetary fund management system, reserve fund management system, purchase payment management regulations, etc. in order to regulate financial conduct.

**(IX) Information on key business**

1. Operation overview

Wuhan Weineng is a leading power battery service provider in China. Based on the characteristics of "vehicle and battery separation" of various models of the partner NIO, it provides end customers with innovative rechargeable, replaceable and upgradeable power battery leasing services, BaaS (Battery as a Service). When buying a car, the owner of NIO can choose not to purchase batteries at the same time, but choose to lease battery packs of different capacities from Wuhan NIO and pay the monthly leasing service fee in order to lower the user's car purchase threshold. Since its establishment in August 2020, Wuhan Weineng has expanded battery leasing services in many provinces and cities across the country, and has continued to expand its business scale and market coverage.

Since its establishment in August 2020, Wuhan Weineng's revenue and profit are shown in the table below:

**Table 6-2: Revenue and Profit of Wuhan Weineng**

Unit: ten thousand yuan

| Item | January–September 2021 | 2020 |
|---|---|---|
| Operating revenue | 19,167.82 | 512.12 |

90

| Item | January-September 2021 | 2020 |
|---|---:|---:|
| Operating cost | 13,037.63 | 270.89 |
| Taxes and surcharges | 143.51 | 23.06 |
| Management costs | 912.01 | 118.91 |
| R&D costs | 689.36 | 5.09 |
| Financial expenses | 208.04 | -267.25 |
| Gross profit | 4,930.26 | 544.97 |
| Net profit | 3,703.23 | 408.43 |

2. Business model

Starting from August 2020, NIO will provide car owners with battery leasing service options. Under these services, car owners will not purchase power batteries from NIO when purchasing a car, but will choose Wuhan NIO to lease batteries, obtain the right to use the power battery by paying the battery usage fee every month, and continue to enjoy battery upgrades, maintenance and other services in the future.

The flow chart of Wuhan Weineng's battery leasing service is as follows:

**Figure 6-3: Wuhan Weineng Leasing Service Flow Chart**



Wuhan Weineng purchases batteries from NIO and entrusts NIO to provide battery operation services. After the car owner places an order to buy a car and chooses the battery leasing model, Wuhan Wei Neng will sign a power battery leasing agreement with the car owner, and purchase comprehensive product liability insurance and property insurance from the insurance company for the power battery purchased from NIO and lease them to the car owner. When NIO delivers the vehicle to the owner, Wuhan Weineng will deliver the power battery along with the vehicle to the owner (that is, the Lessee).

After the battery is delivered, Wuhan Weineng will entrust NIO to provide BaaS users with subsequent battery upgrades, battery quality assurance and maintenance services. From the date of delivery of the car, a car owner who purchases the car through BaaS needs to pay the power battery leasing service fee to Wuhan Weineng on a monthly basis according to the specifications of the selected leased power battery (the current fee for Wuhan Weineng's leasing service is: 70kWh/75kWh battery: RMB 980/month; 100kWh battery: RMB 1,480/month).

The leasing service period of Wuhan Weineng is the period during which the owner of NIO enjoys the ownership of the car. If the car is

91

damaged, lost or scrapped, etc., rendering the owner unable to continue to use the car, the lease term will be terminated simultaneously. In the event that the car owner has overdue payment of the leasing service fee, Wuhan Weineng will collect the money through manual intervention by phone and automatic system deduction, and can take measures such to constrict the overdue car owner such as restricting the use of the battery, disassembling and retrieving it.

3. Regional distribution

In terms of regional distribution, the Lessees of Wuhan Weineng's battery leasing service are mainly located in the Yangtze River Delta and Guangdong. In the past year and the first phase, Wuhan Weineng's leasing business is divided according to customer regions as follows:

**Table 6-3 Major areas of Wuhan Weineng's leasing business in the past year and the first phase**

Unit: ten thousand yuan

| No. | January-September 2021 | | | 2020 | | |
|---|---|---|---|---|---|---|
| | Region | Revenue amount | Percentage | Region | Revenue amount | Percentage |
| 1 | Shanghai | 5,078.60 | 26.50% | Shanghai | 91.51 | 17.87% |
| 2 | Guangdong Province | 3,164.55 | 16.51% | Guangdong Province | 74.46 | 14.54% |
| 3 | Jiangsu Province | 2,125.51 | 11.09% | Jiangsu Province | 41.43 | 8.09% |
| 4 | Zhejiang Province | 1,972.39 | 10.29% | Zhejiang Province | 34.73 | 6.78% |
| 5 | Beijing | 1,551.75 | 8.10% | Beijing | 32.69 | 6.38% |
| 6 | Other | 2780.14 | 14.50% | Other | 61.03 | 11.92% |

4. Business development

As of the end of 2020 and the end of September 2021, the number of BaaS battery assets held by Wuhan Weineng was 4,115 and 40,053 respectively, showing a significant increase in business scale.

Wuhan Weineng leases battery usage rights to customers (i.e., NIO car owners who choose BaaS services) and charges battery leasing fees on a monthly basis. Therefore, its main customers in each period are relevant car owners and are highly dispersed. Wuhan Weineng's revenue from the largest customer accounted for less than 0.2% in each period.

**Table 6-4: Top five customers of Wuhan Weineng in the past year and the first phase**

| Cut-off time | Customer name | Customer type | Revenue amount (yuan) | Percentage | Whether it is a related party |
|---|---|---|---|---|---|
| January-September 2021 | Customer 1 | Enterprise | 76,320 | 0.04% | No |
| | Customer 2 | Enterprise | 61,480 | 0.03% | No |
| | Customer 3 | Enterprise | 49,920 | 0.03% | No |
| | Customer 4 | Enterprise | 37,440 | 0.02% | No |
| | Customer 5 | Enterprise | 32,440 | 0.02% | No |
| | Total | | **257,600** | **0.13%** | |
| **2020** | Customer 1 | Enterprise | 8,480 | 0.17% | No |

92

| Cut-off time | Customer name | Customer type | Revenue amount (yuan) | Percentage | Whether it is a related party |
|---|---|---|---|---|---|
| | Customer 2 | Individual | 5,880 | 0.11% | No |
| | Customer 3 | Individual | 3,180 | 0.06% | No |
| | Customer 4 | Individual | 3,180 | 0.06% | No |
| | Customer 5 | Individual | 3,180 | 0.06% | No |
| | Total | | **23,900** | **0.47%** | |

5. Funding sources

The main financing channel of Wuhan Weineng is bank loans. As of the end of September 2021, Wuhan Weineng held short-term loans of 455 million yuan and long-term loans of 150 million yuan.

Wuhan Weineng Company has a good credit standing. As of the end of September 2021, the issuer has established credit cooperation relationships with nine banks and other financial institutions, including state-owned banks such as Bank of Communications, Industrial and Commercial Bank of China, China Merchants Bank, and China Construction Bank, and as a number of incorporated banks, municipal commercial banks and financial leasing companies, and it has a total credit line of 850 million yuan; as of the end of September 2021, it has used 679 million yuan of the above-mentioned credit line, and it has 171 million yuan in unused credit line.

6. Business development plan and goals

At this stage, the business of Wuhan Weineng and NIO are mutually beneficial. Wuhan Weineng will start from the cooperation with NIO, continue to build a mature and advanced model of the battery management system, and create a model for the battery management industry. Through the promotion of the battery replacement model in the new energy vehicle industry, the BaaS service will be extended to the entire industry, and a battery leasing service system will be created. In 2022, it will gradually begin to try to expand the source of power batteries to other OEM users.

Wuhan Weineng will continue to expand the customer scale through the BaaS battery leasing business, further expanding the company's capital channels, and manage more battery assets. It plans to complete the asset scale target of 100GWh+ by 2025. At the same time, Wuhan Weineng plans to establish an industry-oriented battery recycling channel through the BaaS resource recycling business, and effectively manage the battery resource recycling process, in order to achieve a certain degree of internal recycling of resources.

**(10) Analysis of main financial conditions and financial indicators**

1. financial statements

The issuer has retained Ernst & Young Hua Ming Accounting Firm (Special General Partnership) Wuhan Branch to review the company's financial statements in accordance with the Chinese Certified Public Accountant Auditing Standards, including the audit of the balance sheet on December 31, 2020, and the balance sheet on August 18, 2020, income statement, statement of changes in owner's equity, statement of cash flow and notes to relevant financial statements from December 31, 2020, to December 31, 2020, and issuance of a standard

Ernst & Young Hua Ming (2021) Shen Zi No. 61624193_C01 Audit Report with unqualified opinion. The financial statements of the issuer for the third quarter of 2021 have not been audited.

**Table 6-5 Balance sheet of Wuhan Weineng in the past year and the first phase**

Unit: ten thousand yuan

| Item | End of September 2021 | End of 2020 |
|---|---|---|
| **Current assets** | | |
| Cash | 27,573.06 | 21,793.12 |
| Trading financial assets | 15,388.50 | - |
| Notes receivable and accounts receivable | 2,295.97 | 166.66 |
| Prepayments | 137.40 | 7.08 |
| Other receivables | 379.70 | 48.31 |
| Non-current assets due within one year | - | 1,000.00 |
| Other current assets | 34,673.15 | 2,349.44 |
| **Total Current Assets** | **80,447.77** | **25,364.60** |
| **Non-current assets** | | |
| Debt investment | 5,000.00 | 17,000.00 |
| Net value of fixed assets | 294,010.18 | 26,575.84 |
| Right-of-use asset value | 4,919.44 | 18.21 |
| Net intangible assets | 5.32 | 7.32 |
| Long-term prepaid expenses | 78.85 | - |
| **Total non-current assets** | **304,013.80** | **43,601.36** |
| **Total assets** | **384,461.57** | **68,965.96** |
| Current liabilities | | |
| Short-term loan | 45,500.00 | - |
| Notes Payable and Accounts Payable | 127,547.85 | 8,324.37 |
| Advance payment | 128.00 | 16.45 |
| Payroll payable | 133.90 | 37.58 |
| Taxes payable | 591.18 | 137.44 |
| Other payables | 210.64 | 261.08 |
| Non-current liabilities due within one year | - | 9.31 |
| **Total current liabilities** | **174,111.57** | **8,786.23** |
| **Non-current liabilities** | | |
| Long-term loans | 15,000.00 | - |
| Lease liability | 3,644.89 | 4.82 |
| Deferred tax liabilities | 109.24 | 7.14 |
| **Total non-current liabilities** | **18,754.13** | **11.96** |
| **Total Liabilities** | **192,865.70** | **8,798.19** |
| **Owner's Equity (or Shareholder's Equity):** | | |

| Item | End of September 2021 | End of 2020 |
|---|---|---|
| Paid-in capital (or share capital) | 170,399.52 | 60,000.00 |
| Capital reserve | 17,325.34 | |
| Surplus provident fund | 411.08 | 40.84 |
| Undistributed profit | 3,459.93 | 126.93 |
| **Total owner's equity** | 191,595.87 | 60,167.77 |
| **Total liabilities and owner's equity** | **384,461.57** | **68,965.96** |

**Table 6-6 Income statement of Wuhan Weineng for the past year and the first phase**

Unit: ten thousand yuan

| Item | January-September 2021 | 2020 |
|---|---|---|
| **Total operating income** | **19,167.82** | **512.12** |
| Operating income | 19,167.82 | 512.12 |
| **Total operating costs** | **14,237.65** | **-32.85** |
| Operating cost | 13,037.63 | 270.89 |
| Taxes and surcharges | 143.51 | 23.06 |
| Management costs | 912.01 | 118.91 |
| R&D costs | 689.36 | 5.09 |
| Financial expenses | 208.04 | -267.25 |
| Of which: interest expense | 746.51 | - |
| Less: Interest income | -634.04 | -267.43 |
| Bank fees | 90.63 | 0.18 |
| Other | 4.95 | - |
| Net investment income | 337.78 | 183.54 |
| Gains from changes in fair value | 388.50 | |
| Proceeds from disposal of assets | 26.61 | - |
| **Operating profit** | **4,930.17** | **544.97** |
| Add: Non-operating income | 0.09 | - |
| **Total profit** | **4,930.26** | **544.97** |
| Less: Income tax | 1,227.03 | 136.53 |
| **Net profit** | **3,703.23** | **408.43** |
| Net profit from continuing operations | 3,703.23 | 408.43 |
| **Total comprehensive income** | **3,703.23** | **408.43** |

**Table 6-7 Cash flow statement of Wuhan Weineng in the past year and the first phase**

Unit: ten thousand yuan

| Item | January-September 2021 | 2020 |
|---|---|---|
| **Cash flow from operating activities** | | |
| Cash received from sales of goods and provision of services | 19,267.43 | 408.50 |

95

| Item | January-September 2021 | 2020 |
|---|---|---|
| Cash received from other operating activities | 369.23 | 250.60 |
| **Subtotal of cash inflow from operating activities** | **19,636.66** | **659.09** |
| Cash paid for goods purchased and services received | 176.76 | 1.75 |
| Cash payments to and for employees | 772.20 | 49.50 |
| Taxes paid | 814.69 | 15.01 |
| Other cash payments related to operating activities | 900.67 | 44.26 |
| **Subtotal of cash outflow from operating activities** | **2,664.32** | **110.53** |
| **Net cash flow from operating activities** | **16,972.34** | **548.57** |
| **Cash flows from investing activities** | | |
| Cash received from investment income | 332.89 | 171.28 |
| Net cash received from disposal of fixed assets, intangible assets and other long-term assets | 238.30 | - |
| Other cash received relating to investing activities | - | 25,000.00 |
| **Subtotal of cash inflows from investing activities** | **571.19** | **25,171.28** |
| Cash paid for the purchase and construction of fixed assets, intangible assets and other long-term assets | 196,592.94 | 20,938.84 |
| Other cash paid relating to investing activities | 2,000.00 | 43,000.00 |
| **Subtotal of cash outflows from investing activities** | **198,592.94** | **63,938.84** |
| **Net cash flows from investing activities** | **-198,021.75** | **-38,767.56** |
| **Cash Flow from Financing Activities** | | |
| Cash received from absorption of investments | 127,650.06 | 60,017.03 |
| Cash received from borrowing | 130,290.00 | - |
| **Subtotal of cash inflows from financing activities** | **257,940.06** | **60,017.03** |
| Cash paid to service debt | 69,908.75 | - |
| Cash paid for distribution of dividends, profits, or interest payments | 661.94 | - |
| Other cash payments related to financing activities | 540.02 | 4.92 |
| **Subtotal of cash outflows from financing activities** | **71,110.71** | **4.92** |
| **Net cash flow from financing activities** | **186,829.35** | **60,012.11** |
| **Net increase in cash and cash equivalents** | **5,779.94** | **21,793.12** |
| Opening balance of cash and cash equivalents | 21,793.12 | - |
| **Balance of cash and cash equivalents at the end of the period** | **27,573.06** | **21,793.12** |

2. Analysis of assets

**Table 6-8 Asset Structure of Wuhan Weineng in the Past Year and Phase I**

Unit: ten thousand yuan

| Item | End of September 2021 | | End of 2020 | |
|---|---|---|---|---|
| | Amount | Percentage | Amount | Percentage |
| Cash | 27,573.06 | 7.17% | 21,793.12 | 31.60% |
| Trading financial assets | 15,388.50 | 4.00% | - | - |
| Notes receivable and accounts receivable | 2,295.97 | 0.60% | 166.66 | 0.24% |
| Prepayments | 137.40 | 0.04% | 7.08 | 0.01% |
| Other receivables | 379.70 | 0.10% | 48.31 | 0.07% |
| Non-current assets due within one year | - | - | 1,000.00 | 1.45% |
| Other current assets | 34,673.15 | 9.02% | 2,349.44 | 3.41% |
| **Total Current Assets** | **80,447.77** | **20.92%** | **25,364.60** | **36.78%** |
| Debt investment | 5,000.00 | 1.30% | 17,000.00 | 24.65% |
| Net value of fixed assets | 294,010.18 | 76.47% | 26,575.84 | 38.53% |
| Right-of-use asset value | 4,919.44 | 1.28% | 18.21 | 0.03% |
| Net Intangible Assets | 5.32 | 0.00% | 7.32 | 0.01% |
| Long-term prepaid expenses | 78.85 | 0.02% | - | - |
| **Total non-current assets** | **304,013.80** | **79.08%** | **43,601.36** | **63.22%** |
| **Total assets** | **384,461.57** | **100.00%** | **68,965.96** | **100.00%** |

At the end of 2020 and the end of September 2021, the total assets of the issuer were 689.6596 million yuan and 3.8446157 billion yuan respectively, and the total assets increased by 3.1549561 billion yuan. The substantial increase in the asset scale of the issuer was due to the rapid development of Wuhan Weineng's business. In terms of the internal structure of assets, the current assets at the end of 2020 and the end of September 2021 were 253.646 million yuan and 804.4777 million yuan respectively, accounting for 36.78% of the total assets. The proportions of total assets are 63.22% and 79.08% respectively. The relatively high proportion of non-current assets was mainly due to the fact that the company measured the purchased battery assets as fixed assets, and the correspondingly large amount of fixed assets.

At the end of 2020 and the end of September 2021, the current assets of the issuer were 253.646 million yuan and 804.4777 million yuan. Among them, the book balances of monetary funds were 217.9312 million yuan and 275.7306 million yuan, accounting for 85.92% of current assets, and the book balances of other current assets were 23.4944 million yuan and 346.7315 million yuan, accounting for 9.26% of current assets. and other current assets of the issuer are mainly input tax to be deducted.

97

At the end of 2020 and at the end of September 2021, the issuer's non-current assets were 436.0136 million yuan and 3,040,138,000 yuan. In terms of the composition of non-current assets of Wuhan Weineng, the net book value of its fixed assets was 265,758,400 yuan and 2,940,101,800 yuan, accounting for 60.95% and 96.71% of non-current assets. The fixed assets are mainly the power battery assets purchased and held by the issuer for the company's battery leasing business; the fixed assets of the issuer in the last year and the first phase have increased rapidly with the development and rapid expansion of its business.

**Table 6-9 Detailed List of Fixed Assets of Wuhan Weineng**

Unit: ten thousand yuan

| Item | End of September 2021 | | End of 2020 | |
|---|---|---|---|---|
| | Amount | Percentage | Amount | Percentage |
| **Battery** | 293,983.28 | 99.99% | 26,569.50 | 100.00% |
| **Office equipment** | 26.90 | 0.01% | 6.34 | 0.00% |
| **Total** | 294,010.18 | 100.00% | 26,575.84 | 100.00% |

At the end of 2020 and the end of September 2021, among the fixed assets of the issuer, the net value of power batteries was 265.6950 million yuan and 2939.8328 million yuan, accounting for 100.00% and 99.99% of the net value of fixed assets, and the remainder is the purchase of office equipment.

3. Analysis of liabilities

**Table 6-10 Liabilities Structure of Wuhan Weineng in the Last Year and the First phase**

Unit: ten thousand yuan

| Item | End of September 2021 | | End of 2020 | |
|---|---|---|---|---|
| | Amount | Percentage | Amount | Percentage |
| Short-term loans | 45,500.00 | 23.59% | - | - |
| Notes payable and accounts payable | 127,547.85 | 66.13% | 8,324.37 | 94.61% |
| Advance payment | 128.00 | 0.07% | 16.45 | 0.19% |
| Payroll payable | 133.90 | 0.07% | 37.58 | 0.43% |
| Taxes payable | 591.18 | 0.31% | 137.44 | 1.56% |
| Other payables | 210.64 | 0.11% | 261.08 | 2.97% |
| Non-current liabilities due within one year | - | - | 9.31 | 0.11% |
| **Total current liabilities** | **174,111.57** | **90.28%** | **8,786.23** | **99.86%** |
| Long term loan | 15,000.00 | 7.78% | - | - |
| Lease liability | 3,644.89 | 1.89% | 4.82 | 0.05% |
| Deferred tax liabilities | 109.24 | 0.06% | 7.14 | 0.08% |
| **Total non-current liabilities** | **18,754.13** | **9.72%** | **11.96** | **0.14%** |
| **Total liabilities** | **192,865.70** | **100.00%** | **8,798.19** | **100.00%** |

98

**Table 6-12 Cash flow statement of Wuhan Weineng for the past year and the first phase**

Unit: ten thousand yuan

| Item | January-September 2021 | 2020 |
|---|---|---|
| 1. Cash flow from operating activities | | |
| Subtotal of cash inflow from operating activities | 19,636.66 | 659.09 |
| Subtotal of cash outflow from operating activities | 2,664.32 | 110.53 |
| Net cash flow from operating activities | 16,972.34 | 548.57 |
| 2. Cash flow from investing activities | | |
| Subtotal of cash inflows from investing activities | 571.19 | 25,171.28 |
| Subtotal of cash outflows from investing activities | 198,592.94 | 63,938.84 |
| Net cash flows from investing activities | -198,021.75 | -38,767.56 |
| 3. Cash flow from financing activities | | |
| Subtotal of cash inflows from financing activities | 257,940.06 | 60,017.03 |
| Subtotal of cash outflows from financing activities | 71,110.71 | 4.92 |
| Net cash flow from financing activities | 186,829.35 | 60,012.11 |

In 2020 and January-September 2021, the net cash flow generated by the issuer's operating activities was 5.4857 million yuan and 169.7234 million yuan respectively, mainly due to the expansion of business scale, the substantial increase in the company's operating income, and the corresponding increase in battery leasing fees

In 2020 and January-September 2021, the net cash flow from institutional investment activities was -387,675,600 yuan and -1,980,217,500 yuan respectively, mainly due to the expansion of the company's business scale and the company's purchase of power batteries as fixed assets, resulting in a large cash outflow from investing activities.

In 2020 and January-September 2021, the net cash flow generated by the issuer's financing activities was 600,121,100 yuan and 1,868,293,500 yuan respectively, mainly due to the increase in cash received from company loans and investment funds received from company equity financing.

6. Analysis of solvency

**Table 6-13 Analysis of Wuhan Weineng's solvency in the past year and the first phase**

Unit: ten thousand yuan

| Financial indicators of solvency | January-September 2021 | 2020 |
|---|---|---|
| Assets and liabilities | 50.17% | 12.76% |
| Current ratio | 0.46 | 2.89 |
| Activity ratio | 0.46 | 2.89 |

As of the end of 2020 and the end of September 2021, the asset-liability ratio of the issuer was 12.76% and 50.17% respectively, showing a sharp upward trend, which is due to the company's continuous expansion of business scale with the help of external financing channels.

As of the end of 2020 and the end of September 2021, the current ratios of originators were 2.89 and 0.46, and the activity ratios were 2.89 and 0.46, respectively. As of the end of September 2021, its current ratio and activity ratio were relatively low, which was mainly caused by its business model: the issuer measured the purchased power battery assets as fixed assets, while the corresponding accounts payable and bills payable were short-term liabilities host. With the development of the issuer's business, its ability to expand through long-term liabilities is also expected to increase, and the situation of low current ratio and quick ratio is expected to be improved to a certain extent.

**(11) Credit status**

1. Credit status

As of the end of September 2021, the issuer's credit status is good. There are credits among financial institutions such as major incorporated banks, municipal commercial banks, and financial leasing companies. The total credit line is 850 million yuan, of which 679.35 million yuan of the credit line is used, and 170.65 million yuan of the credit line is unused. The credit details of the top five banks of the issuer are as follows:

**Table 6-14 Credit status of the top five banks of the issuer at the end of September 2021**

| Item | Credit line (ten thousand yuan) | Used line (ten thousand yuan) |
|---|---|---|
| Construction Bank | 30,000 | 15,000 |
| China Merchants Bank | 20,000 | 20,000 |
| Industrial Bank | 10,000 | 9,975 |
| Shanghai Pudong Development Bank | 9,000 | 8,960 |
| Bank of Communications | 5,000 | 5,000 |
| ICBC | 5,000 | 5,000 |

2. Debt default record

As of the signing date of this prospectus, Wuhan Weineng has not had any debt default since its establishment; according to the corporate credit records issued by the Credit Information Center of the People's Bank of China, the issuer has no information about borrowers evading debts, no information about being sued, no information on the borrower's arrears of interest, no information on violations, and no information on non-performing debts.

**(12) Related transactions**

1. Information on related parties of the issue

# 武汉蔚能电池资产有限公司 2022 年度第一期绿色电池资产支持票据募集说明书

| | |
|---|---|
| 发起机构/差额支付承诺人: | 武汉蔚能电池资产有限公司 |
| 发行载体管理机构: | 西部信托有限公司 |
| 担保机构: | 中国投融资担保股份有限公司 |
| 牵头主承销商/簿记管理人: | 中国国际金融股份有限公司 |
| 联席主承销商: | 交通银行股份有限公司 |
| 注册金额: | 人民币 4 亿元 |
| 发行金额: | 人民币 4 亿元 |
| 发行期限: | 2 年 |
| 基础资产类型: | 应收账款 |
| 增信安排: | 优先/次级分层、信用触发机制、保证金、差额支付、第三方担保、质押担保 |

| 资产支持票据 | 优先级资产支持票据 | 次级资产支持票据 |
|---|---|---|
| 发行规模 | 3.9 亿元 | 0.1 亿元 |
| 占比 | 97.5% | 2.5% |
| 资产支持票据评级 | $AAA_{sf}$ | 不适用 |
| 利率类型 | 固定利率 | 不适用 |
| 还本付息方式 | 每季度偿还利息、过手摊还本金 | 到期分配剩余资金/资产 |
| 预期到期日 | 信托生效日后的第 8 个支付日 | 信托生效日后的第 9 个支付日 |

二零二二年四月

I

# 目录

重要提示 ....................................................................................................................................II

第一章    释义 ...........................................................................................................................4

第二章    资产支持票据的基本情况...........................................................................27

第三章    风险提示与风险防范措施...........................................................................32

第四章    资产支持票据的交易结构...........................................................................41

第五章    资产支持票据的信用增进方式...................................................................62

第六章    发起机构、担保机构、发行载体及相关中介机构的基本情况.................70

第七章    基础资产情况及现金流预测分析...............................................................176

第八章    现金流归集与管理机制、投资及分配机制...............................................208

第九章    风险自留的相关情况...................................................................................219

第十章    募集资金用途及合法合规性声明...............................................................220

第十一章    信息披露安排...........................................................................................221

第十二章    投资者保护机制.......................................................................................230

第十三章    法律适用及争议解决机制.......................................................................250

第十四章    有关税费安排...........................................................................................251

第十五章    主要交易文件摘要...................................................................................253

第十六章    评级状况...................................................................................................276

第十七章    备查文件存放及查阅方式.......................................................................278

第十八章    本次发行的有关机构...............................................................................281

# 第一章  释义

在本募集说明书中，除非文中另有所指，下列词语具有如下含义：

## 一、相关机构

### （一）信托当事人

**(1)武汉蔚能/委托人/发起机构**：系指武汉蔚能电池资产有限公司。

**(2)受托人/受托机构/西部信托**：系指西部信托有限公司，以及任何允许的继任机构。

**(3)受益人**：统指"资产支持票据持有人"。

**(4)资产支持票据持有人**：系指任何持有"资产支持票据"的持有人，包括"优先级资产支持票据持有人"和"次级资产支持票据持有人"。

**(5)优先级资产支持票据持有人**：系指任何持有"优先级资产支持票据"的持有人。

**(6)次级资产支持票据持有人**：系指任何持有"次级资产支持票据"的持有人。

### （二）参与机构

**(7)发行载体管理机构**：系指西部信托有限公司。

**(8)中金公司/牵头主承销商/簿记管理人**：系指中国国际金融股份有限公司。

**(9)联席主承销商**：系指交通银行股份有限公司。

**(10)主承销商**：系指 "牵头主承销商"和"联席主承销商"的合称。

**(11)资产服务机构一**：系指作为"《服务合同》"项下的"资产服务机构一"的"武汉蔚能"，或"《服务合同》"允许的继任机构。

**(12)资产服务机构二/蔚来金融**：系指作为"《服务合同》"项下的"资产服务机构二"的上海蔚来融资租赁有限公司，或"《服务合同》"允许的继任机构。

**(13)资产服务机构**：系指"资产服务机构一"和"资产服务机构二"的合称。

**(14)后备资产服务机构**：系指"受托人"根据"《服务合同》"的规定任命的"后备资产服务机构"，以及任何允许的继任机构。

**(15)替代资产服务机构**：系指"受托人"根据"《服务合同》"的规定任命的"替代资产服务机构"，以及任何允许的继任机构。

**(16)资金保管机构**：系指交通银行股份有限公司湖北省分行或"《资金保管合同》"允许的继任机构。

**(17)替代资金保管机构**：系指"受托人"根据"《资金保管合同》"的规定任命的"替代资金保管机构"，以及任何允许的继任机构。

**(18)监管银行**：系指交通银行股份有限公司湖北省分行以及任何允许的继任机构。

**(19)差额支付承诺人**：系指武汉蔚能电池资产有限公司。

**(20)出质人**：系指武汉蔚能电池资产有限公司。

**(21)担保机构**：系指中国投融资担保股份有限公司。

**(22)上海清算所**：系指银行间市场清算所股份有限公司。

**(23)北金所**：系指北京金融资产交易所有限公司。

**(24)登记托管机构**：系指"上海清算所"或监管部门指定的其他提供"资产支持票据"登记托管服务的机构。

**(25)支付代理机构**：系指"上海清算所"或监管部门指定的其他提供"资产支持票据"本息兑付服务的机构。

**(26)评级机构**：系指联合资信评估股份有限公司。

**(27)绿色评估机构**：系指联合赤道环境评价有限公司。

**(28)法律顾问**：系指北京大成律师事务所。

**(29)现金流预测机构**：系指立信会计师事务所（特殊普通合伙）。

**(30)会计师**：系指经"受托人"委托为"信托"提供会计服务的会计师事务所。

**(31)审计师**：系指经"受托人"委托为"信托"提供跟踪审计的审计机构。

（三）相关机构

**(32)银保监会**：系指中国银行保险监督管理委员会。

的权利。

**(50)标的资产**：系指作为"基础资产"最终还款来源的、由"委托人"作为服务提供方依据"电池租用协议"对"承租人"所持续享有的特定债权，包括向"承租人"收取"特定期限"内租用服务费（为免疑义，不包括"电池租用协议"项下"承租人"因新能源汽车服务无忧套餐不在有效期而另行需支付的费用、"委托人"向"承租人"收取的逾期付款违约金、提前终止违约金、动力电池拆卸费等款项以及为实现"电池租用协议"项下权利及收益而采取相应担保或补救措施或追究违约责任获得的租用服务费以外款项）的权利，以及为实现前述权利及收益而采取相应担保或补救措施或追究违约责任的权利。

本"信托"项下"基础资产"对应的"标的资产"情况以"基础资产清单"所载为准。为免疑义，因"标的资产"对应的"电池租用协议"项下新能源汽车所有权转让导致"承租人"与"委托人"已签署的"电池租用协议"终止，该新能源汽车受让方作为新"承租人"与"委托人"签署的"电池租用协议"所产生的"特定期限"内租用服务费亦属于"标的资产"。

**(51)特定期限**：系指用于计算"标的资产"应产生的全部"标的资产回收款"的期限，即自【2022】年【3】月【15】日（含该日）至【2024】年【3】月【15】日（含该日）。为免疑义，在"特定期限"内已产生但在"特定期限"届满日（含该日）后收到的"标的资产回收款"亦属于"基础资产"。

**(52)资产池**：系指任一时点"标的资产"的总和。

**(53)租用资产**：系指"电池租用协议"项下"委托人"向"承租人"提供租用服务的标的物，即新能源汽车所装载的动力电池。

**(54)质押物/质押财产**：系指"出质人"合法享有并质押给"受托人"（代表"信托"）的，"标的资产"对应的"电池租用协议"及其所有更新/变更/补充协议项下现有及未来可能新增的全部应收账款（包括但不限于向"承租人"收取租用服务费、逾期付款违约金、提前终止违约金、动力电池拆卸费及电池租用协议项下其他应付款项的权利），以及为实现前述权利及收益而采取相应担保或补救措施或追究违约责任的权利，具体以"《质押合同》"所附质押权利清单记载为准。

**(55)抵押物**：系指"委托人"（作为抵押人）合法持有并抵押予"担保机构"的动

8

力电池资产，具体以"委托人"与"担保机构"另行签署的"《抵押反担保合同》"所附抵押物清单记载为准。

**(56)抵押反担保合同**：系指"委托人"（作为抵押人）与"担保机构"签署的编号为【2021-A010103-ZTB-001-DY】《抵押反担保合同》及对该合同的任何修改或补充。

**(57)基础资产清单**：就"基础资产"而言，系指由"委托人"准备的、截至"初始起算日"（含该日）的、有关每笔"基础资产"信息的一览表（该等信息的形式和内容应为"受托人"所接受，该一览表可为计算机文档或缩影胶片）。"基础资产清单"至少应载明的信息见"《信托合同》"附件一。

**(58)资产保证**：系指"委托人"在"《信托合同》"第 5.4 款中所做的关于"资产池"在"初始起算日"和"信托生效日"的状况的全部陈述和保证。

**(59)合格标准**：就每一笔"基础资产"而言，除非以下具体条款中对时间另有明确约定，系指在"初始起算日"和"信托财产交付日"，其对应的"标的资产"应当符合以下标准：

(a) "标的资产"对应的"电池租用协议"适用法律为"中国""法律"，且在"中国""法律"项下均合法有效，并构成相关"承租人"合法、有效和有约束力的义务，"委托人"可根据其条款向"承租人"主张权利；

(b) "委托人"已根据"电池租用协议"的约定履行并遵守了其在"电池租用协议"项下义务，"租用资产"均已根据"电池租用协议"的约定交付"承租人"；

(c) "承租人"为中国公民或永久居民，且在签署"电池租用协议"时年满 18 周岁（含 18 周岁）；

(d) "承租人"不存在违反其在"电池租用协议"或其他相关文件下的偿付义务或其他主要义务且尚未补救的行为（"电池租用协议"约定的"违约补救期"内的上述情形（如有）除外）；

(e) "承租人"在"电池租用协议"项下不享有任何主张扣减或减免应付款项的权利（法定抵销权除外）；

9

(f) 不存在"承租人"依法向第三人转让其在"电池租用协议"项下的权利或义务的情形；

(g) "标的资产"的所有应付数额均以"人民币"为单位；

(h) "电池租用协议"中对"基础资产"、"标的资产"的转让不存在任何限制性规定；

(i) "标的资产"、"租用资产"均不涉及任何争议、纠纷、行政案件、诉讼、仲裁、破产或执行程序；且均不涉及国防、军工或者其他国家机密；

(j) 除为"担保机构"设立抵押权之外，"租用资产"均未设定其他抵押权、质权等担保负担或其他权利限制的情况；

(k) 除为"信托"设立质权外，"标的资产"均未设定其他抵押权、质权等担保负担或其他权利限制的情况；

(l) "电池租用协议"均禁止或限制相关"承租人"在未经"武汉蔚能"同意时以任何方式处分"租用资产"；

(m) "委托人"合法拥有"标的资产"及对应"租用资产"的所有权。

**(60)电池租用协议**：系指"委托人"与"承租人"签订的《动力电池租用及服务协议》及其所有变更或补充协议及相关协议。

**(61)违约补救期**：系指"电池租用协议"约定的，自"承租人"未能按时支付租用服务费或者违反"电池租用协议"项下其他义务之日起的 7 个自然日。"承租人"需在"违约补救期"内弥补或纠正上述违约行为。

**(62)承租人**：就各笔"资产"而言，系指根据各"电池租用协议"负有支付租用服务费义务的承租人及/或其承继人。

**(63)资产文件**：就"基础资产"而言，系指在"信托财产交付日"前由"委托人"或其代理人，或在"信托财产交付日"后由"资产服务机构一"或其代理人，持有或维护的、为支持或担保"基础资产"偿付的或与"基础资产"及"标的资产"有关的、以实物形式或电子形式存在的所有文档、表单、凭证和其他任何性质的协议，包括但不限于"电池租用协议"、租用服务费收取的有关记录或凭证、"资产服务

10

# 第二章　　资产支持票据的基本情况

## 一、主要发行条款

本期资产支持票据为实名记账式债券，其托管、兑付与交易须按照交易商协会有关自律规则及银行间市场清算所股份有限公司、中国外汇交易中心暨全国银行间同业拆借中心的有关规定执行。

本期资产支持票据的发行由主承销商负责组织协调。

### 表 2-1 主要发行条款

| | |
|---|---|
| 资产支持票据名称 | 武汉蔚能电池资产有限公司 2022 年度第一期绿色电池资产支持票据 |
| 发起机构 | 武汉蔚能电池资产有限公司 |
| 发起机构待偿还债务融资余额 | 截至募集说明书签署日，待偿还融资余额为 0 亿元 |
| 注册通知书文号 | 中市协注〔2022〕ABN39 号 |
| 本期资产支持票据分层情况 | 本期资产支持票据划分为优先级资产支持票据和次级资产支持票据，优先级资产支持票据代表优先级信托受益权，次级资产支持票据代表次级信托受益权 |
| 基础资产 | 《动力电池租用及服务协议》项下动力电池租用服务费的 2 年收益权 |
| 注册金额 | 人民币 40,000 万元（人民币肆亿元） |
| 发行金额 | 人民币 40,000 万元（人民币肆亿元） |
| 期限 | 不超过 2 年 |
| 面值 | 人民币 100 元 |
| 优先级资产支持票据预期到期日 | 2024 年 5 月 20 日 |
| 法定到期日 | 2026 年 8 月 20 日 |
| 定价方式 | 通过集中簿记建档方式确定 |
| 主承销商 | 中国国际金融股份有限公司、交通银行股份有限公司 |
| 簿记管理人 | 中国国际金融股份有限公司 |
| 承销方式 | 余额包销 |
| 发行方式 | 本期资产支持票据通过集中簿记建档、集中配售的方式在银行间市场公开募集发行。发起机构以风险自留为目的持有到期的部分除外 |
| 发行日 | 2022 年【4】月【14】日 |
| 缴款日 | 2022 年【4】月【18】日 |
| 起息日 | 2022 年【4】月【19】日 |
| 付息兑付方式 | 优先级资产支持票据：每季度偿还利息、过手摊还本 |

|  | 金 |
| --- | --- |
|  | 次级资产支持票据：到期分配剩余资金/资产 |
| 发行载体管理机构 | 西部信托有限公司 |
| 资金保管机构 | 交通银行股份有限公司湖北省分行 |
| 资金监管机构 | 交通银行股份有限公司湖北省分行 |
| 资产服务机构一 | 武汉蔚能电池资产有限公司 |
| 资产服务机构二 | 上海蔚来融资租赁有限公司 |
| 评级机构及评级结果 | 联合资信评估股份有限公司，优先级资产支持票据评级结果为 $AAA_{sf}$ |
| 法律顾问 | 北京大成律师事务所 |
| 现金流预测机构 | 立信会计师事务所（特殊普通合伙） |
| 绿色认证机构 | 联合赤道环境评价有限公司 |
| 信用增进安排 | 优先/次级分层、信用触发机制、保证金、差额支付、第三方担保、质押担保 |
| 集中簿记建档系统技术支持机构 | 北京金融资产交易所有限公司 |
| 登记托管机构 | 银行间市场清算所股份有限公司 |

## 二、资产支持票据分层情况

### 表 2-2 资产支持票据分层情况

| 产品分层 | 优先级资产支持票据 | 次级资产支持票据 |
| --- | --- | --- |
| 发行金额 | 3.9 亿元 | 0.1 亿元 |
| 占比 | 97.5% | 2.5% |
| 预期到期日 | 2024 年 5 月 20 日 | 2024 年 8 月 20 日 |
| 评级情况 | $AAA_{sf}$ | —— |
| 利率类型 | 固定利率 | —— |
| 还本类型 | 过手摊还本金 | —— |
| 付息频率 | 按季度付息 | —— |
| 定价方式 | 优先级资产支持票据票面利率由集中簿记建档结果确定 | 次级资产支持票据不设票面利率 |
| 发行对象 | 专项机构投资人和经遴选的特定机构投资人 | |
| 流通范围 | 全国银行间债券市场的机构投资者（国家法律、 法规禁止购买者除外） | |

## 三、发行安排

经中国银行间市场交易商协会注册，发起机构在银行间债券市场发行武汉蔚能电池资产有限公司2022年度第一期绿色电池资产支持票据。

投资人办理认购手续时，不需缴纳任何附加费用；在办理登记和托管手续时，须遵循债券托管机构的有关规定。本期资产支持票据的发行对象为专项机

况不及预期或无法持续向车主提供各类用户服务，可能导致 BaaS 服务订阅量下降，进而对发起机构的业务发展造成不利影响。

4、承租人逾期付款风险

发起机构的收入主要来自于其动力电池资产的租用服务费收入，目前发起机构动力电池租用服务的车主逾期付款比例约为十万分之三。倘若出现经济危机、声誉问题或支付系统故障等情况，或发起机构及蔚来汽车无法持续为车主提供必要的后续服务，可能出现大量承租人逾期付款的情形，并对发起机构的业务经营及财务状况造成一定影响。

**（三）管理风险**

1、运营风险

发起机构是国内领先的动力电池服务供应商，基于合作伙伴蔚来汽车各车型"车电分离"的特性，为终端客户提供创新的"可充、可换、可升级"的动力电池租用服务，客户群体较为广泛，随着发起机构业务的扩张，客户管理、口碑管理、服务质量管理等方面将面临更大挑战。如果发起机构市场信誉下降、资金筹措能力不足、管理能力不足或管理出现重大失误，将影响发起机构运营效益，进而影响租金收缴及债务偿付。

2、突发事件引发治理结构突然变化的风险

发起机构虽然公司治理结构较为完备，但一旦发生突发事件，则可能导致发起机构包括董事长、董事、监事和高级管理人员在内的治理体系发生重大变化。未来如果发起机构对突发事件处理不当，则可能引发公司治理结构突然变化的风险。

3、无控股股东及实际控制人的风险

截至 2021 年 9 月 30 日，发起机构股权较为分散，单一第一大股东蔚来控股有限公司持有公司 19.84%的股权，不存在持股比例 50%以上的控股股东。据此，发起机构不存在控股股东及实际控制人。发起机构股权分散导致股权结构存在一定的不稳定性，可能导致发起机构未来股权结构发生变化，进而影响公司经营政策的稳定性、连续性。

# 第六章　发起机构、担保机构、发行载体及相关中介机构的基本情况

## 一、委托人/发起机构/资产服务机构一的基本情况

### （一）基本情况

注册名称：武汉蔚能电池资产有限公司

法定代表人：沈斐

成立日期：2020 年 8 月 18 日

注册资本：183,284.64 万元

统一社会信用代码：91420100MA49JKY15E

注册地址：武汉东湖新技术开发区左岭镇左岭路 117 号光电子配套产业园一期厂房 1 号楼二层 263 室（自贸区武汉片区）

经营范围：一般项目：动力电池租赁、维修、批发兼零售；废旧电池回收；新能源汽车废旧动力蓄电池回收及梯次利用（不含危险废物经营）；锂电池及相关产品的技术服务、测试服务以及咨询服务；售电；电力工程；企业管理服务；在国家允许投资的新能源、电力等能源相关产业、产品的运营及管理；电动汽车充换电基础设施的规划、研发、设计；换电站、充电桩和储能系统相关设备及零部件的研发、生产、批发兼销售、租赁、运营管理；云平台和大数据的技术开发、技术咨询、技术服务、技术推广；基础软件服务；移动充换电服务（不含电网建设和运营）。（上述经营范围不涉及外商投资准入特别管理措施）（除依法须经批准的项目外，凭营业执照依法自主开展经营活动）

### （二）历史沿革

#### 1、2020 年 8 月，发起机构设立

2020 年 8 月 17 日，蔚来（安徽）控股有限公司、国泰君安金融产品有限公司、湖北省科技投资集团有限公司、宁德时代新能源科技股份有限公司签署《关于武汉蔚能电池资产有限公司的合资经营合同》。根据上述协议，各方经协商一致设立武汉蔚能，注册资本为 8 亿元，其中蔚来（安徽）控股有限公司以人民币现金出资 2 亿元，占比 25%；国泰君安金融产品有限公司以港币现金出资 2 亿

（4）负责员工关系及劳动关系管理；

（5）负责办公室日常运维等行政综合公务管理；

（6）负责制定及优化人事及综合管理领域管理办法等。

## （五）重要权益投资情况

截至 2021 年 9 月末，发起机构只有一家全资子公司，为蔚能香港有限公司，该公司股本总额为 10000 港币，目前尚未实质开展业务。

除上述子公司外，发起机构无其他参股公司。

## （六）人员基本情况

1、董事、监事、高级管理人员情况

截至目前，公司董事、监事及高级管理人员情况如下：

### 表 6-1 发起机构董事、监事及高管人员情况

|  | 成员姓名 | 现任职务 | 任职起止年限 | 是否公务员兼职 |
|---|---|---|---|---|
| 董事会成员 | 沈斐 | 法人代表、董事长 | 2020 年 8 月 18 日至今 | 否 |
| | 陆荣华 | 董事 | 2021 年 4 月 22 日至今 | 否 |
| | 赵玄 | 董事 | 2020 年 8 月 18 日至今 | 否 |
| | 陈伟峰 | 董事 | 2020 年 8 月 18 日至今 | 否 |
| | 林枫 | 董事 | 2021 年 11 月 23 日至今 | 否 |
| | 张倩 | 董事 | 2020 年 12 月 30 日至今 | 否 |
| | 吴嘉怡 | 董事 | 2020 年 12 月 30 日至今 | 否 |
| | 杨明燕 | 董事 | 2020 年 12 月 30 日至今 | 否 |
| | 李晏 | 董事 | 2021 年 4 月 22 日至今 | 否 |
| 监事会成员 | 谭柳 | 监事 | 2020 年 8 月 18 日至今 | 否 |
| | 朱文辉 | 监事 | 2021 年 11 月 23 日至今 | 否 |
| 高管成员 | 陆荣华 | 总经理 | 2020 年 8 月 18 日至今 | 否 |
| | 封云 | 财务总监 | 2020 年 9 月 16 日至今 | 否 |
| | 薛婷廷 | 首席运营官 | 2020 年 10 月 1 日至今 | 否 |

2、董事、监事及高管人员主要工作经历

发起机构依照相关法律、法规及公司章程规范运作，严格按照《公司法》等

77

有关法律、法规要求，设置相关法人治理结构。发起机构的董事、监事、高级管理人员设置符合《公司法》等相关法律法规及公司章程要求。

（1）董事会成员简介

沈斐，男，1974年2月出生，博士学历。沈斐先生曾先后任职于清华大学和思源电气，自2015年至今担任蔚来汽车电源管理副总裁。现为发起机构法定代表人、董事长。

陆荣华，男，1982年6月出生，硕士学历。曾任蔚来能源电池和数据运营和战略团队负责人。现任发起机构董事、总经理。

赵玄，男，1980年10月出生，硕士学历。曾任职于高盛（北京、香港、新加坡）、瑞银（香港、北京）及摩根士丹利（亚洲），于2020年加入国君国际，出任私募股权投资部主管。现任发起机构董事。

陈伟峰，男，1982年8月出生，硕士学历。陈伟峰先生于2012年加入宁德时代新能源科技股份有限公司，历任主任工程师、市场部和企业公共事务部部长。现任宁德时代市场部负责人，发起机构董事。

林枫，男，1985年8月出生，硕士学历。曾任中国航天三江集团公司发展计划部工程师（投资处项目主管）；湖北省科技投资集团有限公司产业投资部项目主管；湖北省科技投资集团有限公司产业投资部副部长；武汉光谷产业投资有限公司副总经理。现任武汉光谷产业投资有限公司总经理，发起机构董事。

张倩，女，1979年6月出生，硕士学历。曾任职于海外美林证券、瑞银集团和 Delta Partners（美国波士顿本土私募基金），前华夏资本董事总经理、华夏基金股权投资创始人，现任天际资本创始合伙人。现任发起机构董事。

吴嘉怡，女，1977年5月出生，硕士学历。曾任职于罗斯柴尔德投资银行、新天域资本。现任自明资本管理合伙人、发起机构董事。

杨明燕，女，1977年1月出生，硕士学历。曾任山东威达机床工具集团总公司职员、山东威达集团有限公司董事、山东威达机械股份有限公司董事长、山东威达锯业有限公司执行董事、威海威达精密铸造有限公司执行董事。现任山东威达机械股份有限公司董事长、山东威达销售有限公司执行董事、威达（越

78

南）制造有限公司董事长、山东威达置业股份有限公司董事、发起机构董事。

李晏，女，1977 年 2 月出生，硕士学历。曾任摩根大通投行部副总裁、瑞士银行投行部副总裁、瑞士银行投行部执行总裁、德意志银行证券业务北京代表处首席代表。2018 年 8 月加入太平金融服务有限公司，现任太平金服投资总监及财务负责人、太平保险经纪有限公司董事、发起机构董事。

（2）监事会成员简介

谭柳，女，1993 年 3 月出生，硕士学历。曾就职于申港证券股份有限公司债券融资部。现就职于武汉光谷产业投资有限公司直接投资部，现任发起机构监事。

朱文辉，男，1990 年 3 月出生，硕士学历。曾就职于香港证券及期货事务监察委员会、四大会计事务所。现就职于国泰君安国际，担任私募股权投资及交易投资管理高级副总裁，并任发起机构监事。

（3）高级管理人员简介

陆荣华，男，公司总经理，简历见"（1）董事会成员简介"。

封云，女，1970 年 1 月出生，硕士学历。曾就职于武钢资源集团财务与资产管理部公司担任部长，国药控股湖北有限公司资金部/审计部/运营管理部担任部长。现任发起机构财务总监。

薛婷廷，女，1987 年 2 月出生，硕士学历。曾任职于蔚来能源电池和数据运营和战略部门。现任发起机构首席运营官。

3、现任董事、监事、高级管理人员违法违规情况

报告期内，发起机构现任董事、监事、高级管理人员不存在重大违法违规的情况。

**（七）公司治理情况**

1、发起机构治理结构

发起机构已经形成了较为完善的法人治理结构，设立了股东会、董事会、监事及经营管理机构。公司的治理结构符合公司法及公司章程的规定。

79

（1）股东会

公司的股东会由全体股东组成，是公司的最高权力机构。根据《武汉蔚能电池资产有限公司章程》（以下简称"《公司章程》"）的规定，股东会的权力如下：

1）对于下列涉及公司的重大事项，必须经董事会二分之一（1/2）以上（即五（5）名）董事同意方可提交股东会进行审议，且第⑦款、第⑨款及第⑩款必须经代表全部股东三分之二（2/3）以上表决权的股东（其中必须包括 A 轮投资方三分之二（2/3）以上表决权的股东及 A+轮投资方三分之二（2/3）以上表决权的股东）同意可形成决议，除前述事项以外的其他事项必须经代表二分之一（1/2）以上表决权的股东同意可形成决议：

①决定公司的经营方针和投资计划；

②选举和更换非由职工代表担任的董事、监事，决定有关董事、监事的报酬事项；

③审议批准董事会的报告；

④审议批准监事的报告；

⑤审议批准公司的年度财务预算方案、决算方案；

⑥审议批准公司的利润分配方案和弥补亏损方案；

⑦对公司增加或者减少注册资本作出决议；

⑧对发行公司债券作出决议；

⑨对公司合并、分立、解散、清算或者变更公司形式作出决议；

⑩修改本章程；

⑪决定公司的红利分配；

⑫批准、修订任何股权激励计划。

2）对 1）项所列事项，股东以书面形式一致表示同意的，股东会决议可以以股东书面决议的形式通过，但拟通过的书面决议必须送至每位股东。

（2）董事会

1）董事会成立的日期

公司的成立日为董事会的成立日期。

2）董事会由九（9）名董事组成，A轮投资方及A+轮投资方有权分别提名一（1）名董事，剩下一（1）名董事由各方从负责公司日常经营管理的管理层中选举产生。各方应采取所有必要行动促成前述提名的候选人在股东会上当选为董事。为免疑义，每一股东不重复享有提名董事的权利。

3）董事的每届任期为三（3）年，可以连选连任。各方应可以就其提名的董事提名替代董事以填补因其被提名人员解职、辞职或亡故等原因而出现的空缺，继任董事的任期为被替换董事的剩余任期。董事任期届满未及时改选或者董事在任期内因提出辞职导致董事成员低于法定人数的，在改选出新的董事就任前，原董事仍应当依照中国法律和章程的规定，履行董事职务。

4）董事长

①董事会应有一（1）名董事长。董事长由蔚来提名的董事担任。

②如果董事长由于任何原因不能履行其职责（包括召开并主持董事会会议），其应指定一名董事代其履行职责。

5）董事会观察员

公司设一（1）名董事会观察员，由天堂硅谷委派。天堂硅谷有权撤换其委派的观察员，撤换由其委派的观察员的通知应自送达公司后生效。董事会会议的各项通知应以同样的方式通知董事会观察员，董事会观察员有权参加公司所有董事会会议并查看董事会决议文件，但不享有投票权及其他董事权利。

6）董事会会议

①董事会会议分为定期会议和临时会议。定期会议每年召开一次，在每年度结束后的六（6）个月内，董事会应按正常程序召开一（1）次定期会议。经至少一（1）名董事书面要求，董事长应在收到该要求后二十（20）日内召开董事会临时会议。董事会会议可由董事到场参加，董事也可通过电视电话会议或其他电子方式参加董事会会议。

②所有董事会会议应根据具体情况，由董事长或一名董事召集并主持。董

81

事长应在每次定期会议召开前十（10）日，临时会议召开前五（5）个营业日，向每位董事及董事会观察员发出书面通知，通知其会议召开的时间、地点、议程及与会议有关的文件（如有），但全体董事同意放弃前述提前通知期的除外。

7）法定人数及决议的通过

①至少二分之一（1/2）以上的董事，无论是亲自出席（包括通过电视电话会议或其他电子方式出席）或派代理人出席，构成正式召开的董事会会议的法定人数。如果达不到法定人数，董事会会议通过的决议无效。

②如果一名董事由于任何原因无法出席董事会会议，其可以书面委托一名代理人代其出席董事会会议，代理人可以是另一名董事。任何受委派的代理人与委派其的董事享有同等的权利。董事长拥有与其他董事相同的一票表决权。

③尽管有任何其他相反规定，董事会决议可以不经召开董事会会议而按照以下 8）款的规定由通过有关决议所需要的全体或多数董事（视具体情况而定）书面批准通过，但拟通过的书面决议须送至每位董事。

8）董事会的权力

①对于下列涉及公司的事项，除第 r 款必须经全部董事同意方可形成决议外，其他事项应经公司二分之一（1/2）以上（即五（5）名或以上）董事同意方可作出决议并实施。如根据相关法律或章程规定相关事项需要提交股东会审议的，则需提交股东会审议通过后方可实施（各方同意，如公司后续拟设立控股子公司，各方有权协商确定公司董事会对控股子公司的表决机制）：

a. 召集股东会会议，并向股东会报告工作;

b. 执行股东会的决议;

c. 制订公司的经营方针和投资计划;

d. 制订公司的年度财务预算方案、决算方案;

e. 制订公司的利润分配方案和弥补亏损方案;

f. 制订公司增加或者减少注册资本以及发行公司债券的方案;

g. 制订公司合并、分立、解散或者变更公司形式的方案;

82

h. 决定公司内部管理机构的设置；

i. 决定聘任或者解聘公司总经理及其报酬事项，并根据总经理的提名决定聘任或者解聘公司财务负责人及其报酬事项；

j. 制定公司的基本管理制度；

k. 修改以及批准采纳的重大会计政策或更改财政年度，及在四大会计师事务所中挑选并更换审计机构；

l. 在公司股东会已经批准的年度预算外，公司与合并报表之外的任何第三方签订金额超过人民币贰仟万元（RMB20,000,000）的非日常业务经营的合同；

m. 在公司股东会已经批准的年度预算外，公司单项金额超过人民币贰仟万元（RMB20,000,000），或一个会计年度内累计金额超过人民币贰仟万元（RMB20,000,000）的开支或对外付款，包括建设项目、设立子公司或收购其他公司的股权等开支或对外付款；

n. 在公司股东会已经批准的年度预算外，公司单笔或累计金额超过人民币贰仟万元（RMB20,000,000）的非控股长期股权投资或其处置；

o. 公司与股东或股东的关联方之间发生的单笔金额超过人民币贰仟万元（RMB20,000,000）或一个会计年度内累计金额超过人民币贰仟万元（RMB20,000,000）的交易；

p. 公司向合并报表之外的任何第三方出售或处理金额超过人民币贰仟万元（RMB20,000,000）的资产或股权；

q. 在公司股东会已经批准的年度预算之外，公司和/或控股子公司发生任何单笔金额超过人民币贰仟万元（RMB20,000,000），或一个会计年度内累计超过人民币贰仟万元（RMB20,000,000）的借款以及相应的担保措施；

r. 公司为任何公司实际控制之外的主体提供担保或借款；

s. 根据法律、行政法规、合资经营合同或本章程规定其他需要董事会决议通过的事项；

t. 确定、调整激励对象人选名单及范围；

u. 根据股权激励计划作出任何股权激励的授予。

9）董事报酬

任职董事和其代理人的报酬应由委派方承担。

10）董事会会议记录

董事会对其会议应保存完整和正确的正文会议记录，包括所有召集董事会会议的通知的复印件。

11）董事个人责任的豁免

董事对其在其职责和授权范围内从事的正常职务活动不承担个人责任，公司应为其提供免责保护，公司或任何股东亦不会就该等事项向董事索赔，但由于董事故意重大过失行为或不作为、欺诈、渎职或严重失职而引起的索赔或指控除外。

12）僵局处理机制

①针对根据不时修订的合资经营合同或本章程应经过公司三分之二（2/3）以上董事同意方可作出决议的事项及/或应经代表三分之二（2/3）以上表决权的股东同意方可进行的事项，如果应由董事会通过事项连续三（3）次董事会会议仍然无法形成有效董事会决议，或应由股东会通过事项连续三（3）次在股东会会议上仍未能通过（"僵局事项"），则（就应由董事会通过事项而言，各方应将僵局事项继续提交股东会审议，且连续三(3)次在股东会会议上仍未能通过的）各方应在第三次股东会会议未能通过僵局事项之日起三百六十五（365）日的期间（"僵局协商期"）内进行友好磋商。就原应由股东会通过事项而言，各方应在第三次股东会会议未能通过之日起进入僵局协商期。如果在僵局协商期内各方仍未能通过协商解决僵局事项的，则公司应按照合资经营合同第18.6款对公司股权的公平市场价值进行评估，并聘请一家享有声誉的投行，邀请各方对公司股权以评估价为底价进行报价，以确定是否存在一方愿意购买其他方股权。如有多方均希望购买其他方股权，则报价最高的一方有权购买其他方股权。

②如经前述程序仍无法解决僵局事项的，任意一方应有权根据《公司章程》第14.4（a）款宣布公司根据《公司章程》第14.7款实施解散和清算程序。

程》及其他有关法律、法规的规定，制定了《武汉蔚能电池资产有限公司关联交易管理办法》。该办法对发起机构关联人和关联交易的范围、关联交易的决策等各方面内容做出了详细规定，从而切实保证发起机构与关联方之间发生的关联交易符合公平、公正的原则，确保了公司关联交易行为不损害公司和全体股东的利益。

（7）BaaS 业务管理办法

发起机构向电动汽车车主提供动力电池租用及服务（BaaS）是其主营业务，为规范发起机构 BaaS 业务的运营，为用户提供更好的服务，发起机构制定了《武汉蔚能电池资产有限公司 BaaS 业务管理办法》，对发起机构 BaaS 业务管理的职责分工、用户获取、电池使用、付款和发票管理、信息维护及变更、保险管理、违约管理、BaaS 服务终止、电池处置等各方面工作做出了详细规定，从而切实保障了发起机构 BaaS 业务的有序开展。

（8）BaaS 业务风险管理办法

发起机构为加强 BaaS 业务的风险控制，防止公司资产损失，根据发起机构公司章程、公司内部控制管理相关制度，制定了《武汉蔚能电池资产有限公司 BaaS 业务风险管理办法》，通过对 BaaS 业务事前预控、事中控制、事后救济、档案管理等方面做出明确规定，更好地防范 BaaS 业务相关风险。

## （八）独立性情况

发起机构在业务、人员、资产、机构和财务五方面保持独立，具有完整的业务体系和直接面向市场独立经营的能力。

1、在业务方面，武汉蔚能是 BaaS 模式中独立的电池资产公司，在企业运营上由公司股东会、董事会、总经理及其他管理层成员依据各自权限决策后，自主独立经营，具有独立的业务体系和面向市场独立的经营能力，与股东不存在显失公平的关联交易。

2、在人员方面，发起机构根据《中华人民共和国劳动法》和公司相关制度与公司员工签订《劳动合同》；发起机构董事、监事及高级管理人员严格按照《公司法》、《公司章程》等有关规定产生，程序合法有效。发起机构正式员工无兼职，员工独立于各股东和其他关联方，公司独立执行人事管理制度。

3、在资产方面，发起机构资产与股东资产独立运营。投入资金到位，截至本募集说明书签署日，发起机构所有注册资本金已缴足，约 18.32 亿元人民币。发起机构资产与股东的资产分开，并独立运营。发起机构不存在股东单位及其他关联方违规占用公司资金、资产和其他资源的情况；发起机构具有开展生产经营所必备的、独立完整的资产，且资产独立登记、建账、核算和管理。

4、在机构方面，发起机构各职能部门设置健全完善，严格按照《公司法》、《公司章程》的规定设立健全的治理结构，部门工作可以有序展开，拥有总经理办公室（GA）、财务和资金（FI）等部门参加公司重要事项的决议，拥有财务和资金（FI）、法务（LA）、电池资产运营（BA）等专业的职能部门。内部各机构均独立于控股股东和实际控制人，能够做到依法行使各自职权，不存在混合经营、合署办公的情形。

5、在财务方面，发起机构开立独立的银行账户，独立进行会计核算，设立独立的财务部门、财务人员，设立专门的财务管理制度，其中包括货币资金管理制度、备用金管理制度、采购付款管理规定等等，对财务行为进行规范。

## （九）主营业务情况

1、经营概况

武汉蔚能是国内领先的动力电池服务供应商，基于合作伙伴蔚来汽车各车型"车电分离"的特性，为终端客户提供创新的可充、可换、可升级的动力电池租用服务 BaaS（Battery as a Service）。蔚来汽车的车主购车时，可选择不同步购买电池，而根据其所购买的车型及自身对于电池容量等方面的需求，选择向武汉蔚能租用不同容量的电池包并按月支付租用服务费用，以降低用户的购车门槛。自 2020 年 8 月成立以来，武汉蔚能在全国多个省市拓展电池租用服务，并不断扩张其业务规模与市场覆盖。

自 2020 年 8 月成立以来，武汉蔚能的收入及利润如下表所示：

### 表 6-2：武汉蔚能收入及利润情况

单位：万元

| 项目 | 2021 年 1-9 月 | 2020 年度 |
| --- | --- | --- |
| 营业收入 | 19,167.82 | 512.12 |

| 项目 | 2021 年 1-9 月 | 2020 年度 |
|---|---|---|
| 营业成本 | 13,037.63 | 270.89 |
| 税金及附加 | 143.51 | 23.06 |
| 管理费用 | 912.01 | 118.91 |
| 研发费用 | 689.36 | 5.09 |
| 财务费用 | 208.04 | -267.25 |
| 利润总额 | 4,930.26 | 544.97 |
| 净利润 | 3,703.23 | 408.43 |

2、业务模式

自 2020 年 8 月起，蔚来汽车向购车车主提供电池租用服务的选择，在该等服务下，车主购车时并不向蔚来汽车购买动力电池，而是选择武汉蔚能租借电池租用服务、通过每月支付电池使用费的方式获得动力电池的使用权，并且后续可持续享受电池升级、维修等服务。

武汉蔚能的电池租用服务流程图如下：

**图 6-3：武汉蔚能租用服务流程图**

武汉蔚能向蔚来汽车购买电池，并委托蔚来汽车提供电池运营服务。在车主下单购车并选择电池租用模式后，武汉蔚能将与车主签署动力电池租用协议，并就其向蔚来汽车购买、出租予车主的动力电池向保险公司购买电池的产品责任险和财产综合险。在蔚来汽车将车辆交付予车主时，武汉蔚能会将动力电池随车一同交付给车主（即承租人）。

电池交付后，武汉蔚能委托蔚来汽车向 BaaS 用户提供后续的电池升级、电池质保及维修等服务。通过 BaaS 方式购车的车主自汽车交付之日起，需要根据所选租用动力电池的规格按月向武汉蔚能缴纳动力电池租用服务费（目前武汉蔚能租用服务的费用为：70kWh/75kWh 电池：人民币 980 元/月；100kWh 电池：人民币 1,480 元/月）。

武汉蔚能的租用服务期为蔚来车主对汽车享有所有权的期间，如汽车发生

损毁、灭失或报废等导致车主无法继续使用的情况，租用期则同步终止。在车主发生逾期支付租用服务费的情况下，武汉蔚能将通过电话进行人工介入、进行系统自动扣款等方式实现对款项的催收，并可通过限制电池使用、拆卸取回等措施对逾期车主进行约束。

3、地区分布

从地区分布情况看，武汉蔚能电池租用服务的承租人主要分布于长三角及广东等地区，近一年及一期，武汉蔚能租用业务按照客户地区划分如下：

**表 6-3  近一年及一期武汉蔚能租用业务主要区域情况**

单位：万元

| 序号 | 2021 年 1-9 月 | | | 2020 年度 | | |
|---|---|---|---|---|---|---|
| | 区域 | 收入金额 | 占比 | 区域 | 收入金额 | 占比 |
| 1 | 上海市 | 5,078.60 | 26.50% | 上海市 | 91.51 | 17.87% |
| 2 | 广东省 | 3,164.55 | 16.51% | 广东省 | 74.46 | 14.54% |
| 3 | 江苏省 | 2,125.51 | 11.09% | 浙江省 | 41.43 | 8.09% |
| 4 | 浙江省 | 1,972.39 | 10.29% | 江苏省 | 34.73 | 6.78% |
| 5 | 北京市 | 1,551.75 | 8.10% | 北京市 | 32.69 | 6.38% |
| 6 | 其他 | 2780.14 | 14.50% | 其他 | 61.03 | 11.92% |

4、业务开展情况

截至 2020 年末及 2021 年 9 月末，武汉蔚能持有 BaaS 电池资产数量分别为 4,115 块和 40,053 块，业务规模明显增长。

武汉蔚能向客户（即选择 BaaS 服务的蔚来车主）出租电池使用权并按月收取电池租用费用，因此其各期主要客户为相关车主且高度分散，2020 年度及 2021 年 1-9 月，武汉蔚能各期来自于第一大客户的收入占比均低于 0.2%。

**表 6-4：近一年及一期武汉蔚能前五大客户**

| 截至时间 | 客户名称 | 客户类型 | 收入金额（元） | 占比 | 是否为关联方 |
|---|---|---|---|---|---|
| 2021 年 1-9 月 | 客户 1 | 企业 | 76,320 | 0.04% | 否 |
| | 客户 2 | 企业 | 61,480 | 0.03% | 否 |
| | 客户 3 | 企业 | 49,920 | 0.03% | 否 |
| | 客户 4 | 企业 | 37,440 | 0.02% | 否 |
| | 客户 5 | 企业 | 32,440 | 0.02% | 否 |
| | 合计 | | 257,600 | 0.13% | |
| 2020 年度 | 客户 1 | 企业 | 8,480 | 0.17% | 否 |

92

| 截至时间 | 客户名称 | 客户类型 | 收入金额（元） | 占比 | 是否为关联方 |
|---|---|---|---|---|---|
| | 客户 2 | 个人 | 5,880 | 0.11% | 否 |
| | 客户 3 | 个人 | 3,180 | 0.06% | 否 |
| | 客户 4 | 个人 | 3,180 | 0.06% | 否 |
| | 客户 5 | 个人 | 3,180 | 0.06% | 否 |
| 合计 | | | 23,900 | 0.47% | |

5、资金来源

武汉蔚能最主要的融资渠道为银行借款，截至 2021 年 9 月末，武汉蔚能持有短期借款 45,500 万元，长期借款为 15,000 万元。

武汉蔚能公司资信良好，截至 2021 年 9 月末，发起机构与 9 家银行等金融机构建立授信合作关系，其中包括交通银行、工商银行、招商银行、建设银行等国有银行及多家股份制银行、部分城商行以及金融租赁公司，总授信额度为 8.50 亿元；截至 2021 年 9 月末，上述授信额度已使用 6.79 亿元，尚未使用的授信额度 1.71 亿元。

6、业务发展规划及目标

现阶段，武汉蔚能的业务与蔚来汽车互利，武汉蔚能将以与蔚来汽车的合作为起点，持续构建电池管理体系的成熟及先进模式，打造电池管理行业样板。通过新能源汽车行业换电模式的推广，将 BaaS 服务推广到全行业，打造电池租用服务体系，2022 年逐步开始尝试将动力电池来源拓展至其他主机厂用户。

武汉蔚能将持续通过 BaaS 电池租用业务扩大客户规模，并进一步拓展公司资金渠道，管理更多电池资产，计划在 2025 年完成 100GWh+的资产规模目标。同时，武汉蔚能计划通过 BaaS 资源循环业务，建立面向行业的电池回收渠道，有效管理电池资源回收流程，从而实现一定程度的资源内循环。

**（十）主要财务情况、财务指标分析**

1、财务报表

发起机构聘请安永华明会计师事务所（特殊普通合伙）武汉分所按照中国注册会计师审计准则对公司的财务报表，包括 2020 年 12 月 31 日的资产负债表、2020 年 8 月 18 日（公司成立日）至 2020 年 12 月 31 日期间的利润表、所有者权益变动表和现金流量表及相关财务报表附注进行了审计，并出具了标准

无保留意见的安永华明（2021）审字第 61624193_C01 号审计报告。发起机构 2021 年三季度财务报表未经审计。

**表 6-5　武汉蔚能近一年及一期资产负债表**

单位：万元

| 项目 | 2021 年 9 月末 | 2020 年末 |
|---|---|---|
| **流动资产** | | |
| 货币资金 | 27,573.06 | 21,793.12 |
| 交易性金融资产 | 15,388.50 | - |
| 应收票据及应收账款 | 2,295.97 | 166.66 |
| 预付款项 | 137.40 | 7.08 |
| 其他应收款项 | 379.70 | 48.31 |
| 一年内到期的非流动资产 | - | 1,000.00 |
| 其他流动资产 | 34,673.15 | 2,349.44 |
| **流动资产合计** | **80,447.77** | **25,364.60** |
| **非流动资产** | | |
| 债权投资 | 5,000.00 | 17,000.00 |
| 固定资产净值 | 294,010.18 | 26,575.84 |
| 使用权资产净值 | 4,919.44 | 18.21 |
| 无形资产净值 | 5.32 | 7.32 |
| 长期待摊费用 | 78.85 | - |
| **非流动资产合计** | **304,013.80** | **43,601.36** |
| **资产总计** | **384,461.57** | **68,965.96** |
| **流动负债** | | |
| 短期借款 | 45,500.00 | - |
| 应付票据及应付账款 | 127,547.85 | 8,324.37 |
| 预收款项 | 128.00 | 16.45 |
| 应付职工薪酬 | 133.90 | 37.58 |
| 应交税费 | 591.18 | 137.44 |
| 其他应付款 | 210.64 | 261.08 |
| 一年内到期的非流动负债 | - | 9.31 |
| **流动负债合计** | **174,111.57** | **8,786.23** |
| **非流动负债** | | |
| 长期借款 | 15,000.00 | - |
| 租赁负债 | 3,644.89 | 4.82 |
| 递延所得税负债 | 109.24 | 7.14 |
| **非流动负债合计** | **18,754.13** | **11.96** |
| **负债合计** | **192,865.70** | **8,798.19** |
| **所有者权益(或股东权益):** | | |

| 项目 | 2021 年 9 月末 | 2020 年末 |
|---|---|---|
| 实收资本(或股本) | 170,399.52 | 60,000.00 |
| 资本公积金 | 17,325.34 | |
| 盈余公积金 | 411.08 | 40.84 |
| 未分配利润 | 3,459.93 | 126.93 |
| 所有者权益合计 | 191,595.87 | 60,167.77 |
| 负债和所有者权益总计 | 384,461.57 | 68,965.96 |

### 表 6-6　武汉蔚能近一年及一期利润表

单位：万元

| 项目 | 2021 年 1-9 月 | 2020 年度 |
|---|---|---|
| 营业总收入 | 19,167.82 | 512.12 |
| 营业收入 | 19,167.82 | 512.12 |
| 营业总成本 | 14,237.65 | -32.85 |
| 营业成本 | 13,037.63 | 270.89 |
| 税金及附加 | 143.51 | 23.06 |
| 管理费用 | 912.01 | 118.91 |
| 研发费用 | 689.36 | 5.09 |
| 财务费用 | 208.04 | -267.25 |
| 　其中：利息费用 | 746.51 | - |
| 　　　减：利息收入 | -634.04 | -267.43 |
| 　　　银行手续费 | 90.63 | 0.18 |
| 　　　其他 | 4.95 | - |
| 投资净收益 | 337.78 | 183.54 |
| 公允价值变动收益 | 388.50 | |
| 资产处置收益 | 26.61 | - |
| 营业利润 | 4,930.17 | 544.97 |
| 加：营业外收入 | 0.09 | - |
| 利润总额 | 4,930.26 | 544.97 |
| 减：所得税 | 1,227.03 | 136.53 |
| 净利润 | 3,703.23 | 408.43 |
| 持续经营净利润 | 3,703.23 | 408.43 |
| 综合收益总额 | 3,703.23 | 408.43 |

### 表 6-7　武汉蔚能近一年及一期现金流量表

单位：万元

| 项目 | 2021 年 1-9 月 | 2020 年度 |
|---|---|---|
| 经营活动产生的现金流量 | | |
| 销售商品、提供劳务收到的现金 | 19,267.43 | 408.50 |

95

| 项目 | 2021 年 1-9 月 | 2020 年度 |
|---|---|---|
| 收到其他与经营活动有关的现金 | 369.23 | 250.60 |
| **经营活动现金流入小计** | **19,636.66** | **659.09** |
| 购买商品、接受劳务支付的现金 | 176.76 | 1.75 |
| 支付给职工以及为职工支付的现金 | 772.20 | 49.50 |
| 支付的各项税费 | 814.69 | 15.01 |
| 支付其他与经营活动有关的现金 | 900.67 | 44.26 |
| **经营活动现金流出小计** | **2,664.32** | **110.53** |
| **经营活动产生的现金流量净额** | **16,972.34** | **548.57** |
| **投资活动产生的现金流量** | | |
| 取得投资收益收到的现金 | 332.89 | 171.28 |
| 处置固定资产、无形资产和其他长期资产收回的现金净额 | 238.30 | - |
| 收到其他与投资活动有关的现金 | - | 25,000.00 |
| **投资活动现金流入小计** | **571.19** | **25,171.28** |
| 购建固定资产、无形资产和其他长期资产支付的现金 | 196,592.94 | 20,938.84 |
| 支付其他与投资活动有关的现金 | 2,000.00 | 43,000.00 |
| **投资活动现金流出小计** | **198,592.94** | **63,938.84** |
| **投资活动产生的现金流量净额** | **-198,021.75** | **-38,767.56** |
| **筹资活动产生的现金流量** | | |
| 吸收投资收到的现金 | 127,650.06 | 60,017.03 |
| 取得借款收到的现金 | 130,290.00 | - |
| **筹资活动现金流入小计** | **257,940.06** | **60,017.03** |
| 偿还债务支付的现金 | 69,908.75 | - |
| 分配股利、利润或偿付利息支付的现金 | 661.94 | - |
| 支付其他与筹资活动有关的现金 | 540.02 | 4.92 |
| **筹资活动现金流出小计** | **71,110.71** | **4.92** |
| **筹资活动产生的现金流量净额** | **186,829.35** | **60,012.11** |
| **现金及现金等价物净增加额** | **5,779.94** | **21,793.12** |
| 期初现金及现金等价物余额 | 21,793.12 | - |
| **期末现金及现金等价物余额** | **27,573.06** | **21,793.12** |

2、资产分析

### 表 6-8  武汉蔚能近一年及一期资产结构

单位：万元

| 项目 | 2021 年 9 月末 | | 2020 年末 | |
|---|---|---|---|---|
| | 金额 | 占比 | 金额 | 占比 |
| 货币资金 | 27,573.06 | 7.17% | 21,793.12 | 31.60% |
| 交易性金融资产 | 15,388.50 | 4.00% | - | - |
| 应收票据及应收账款 | 2,295.97 | 0.60% | 166.66 | 0.24% |
| 预付款项 | 137.40 | 0.04% | 7.08 | 0.01% |
| 其他应收款项 | 379.70 | 0.10% | 48.31 | 0.07% |
| 一年内到期的非流动资产 | - | - | 1,000.00 | 1.45% |
| 其他流动资产 | 34,673.15 | 9.02% | 2,349.44 | 3.41% |
| 流动资产合计 | 80,447.77 | 20.92% | 25,364.60 | 36.78% |
| 债权投资 | 5,000.00 | 1.30% | 17,000.00 | 24.65% |
| 固定资产净值 | 294,010.18 | 76.47% | 26,575.84 | 38.53% |
| 使用权资产净值 | 4,919.44 | 1.28% | 18.21 | 0.03% |
| 无形资产净值 | 5.32 | 0.00% | 7.32 | 0.01% |
| 长期待摊费用 | 78.85 | 0.02% | - | - |
| 非流动资产合计 | 304,013.80 | 79.08% | 43,601.36 | 63.22% |
| 资产总计 | 384,461.57 | 100.00% | 68,965.96 | 100.00% |

2020 年末及 2021 年 9 月末，发起机构总资产分别为 68,965.96 万元和 384,461.57 万元，资产总额增加 315,495.61 万元。发起机构资产规模大幅增长，系武汉蔚能业务快速发展所致。从资产内部结构来看，2020 年末及 2021 年 9 月末流动资产分别为 25,364.6 万元和 80,447.77 万元，占总资产的比例分别为 36.78% 和 20.92%；非流动资产分别为 43,601.36 万元和 304,013.80 万元，占总资产的比例分别为 63.22% 和 79.08%。非流动资产占比较高，主要系公司将购入的电池资产作为固定资产计量，相应地固定资产金额较大所致。

2020 年末及 2021 年 9 月末，发起机构流动资产为 25,364.6 万元和 80,447.77 万元。其中，货币资金账面余额分别为 21,793.12 万元和 27,573.06 万元，占流动资产的比例分别为 85.92% 和 34.27%；其他流动资产账面余额分别为 2,349.44 万元和 34,673.15 万元，占流动资产的比例分别为 9.26% 和 43.10%，发起机构其他流动资产主要为待抵扣进项税额。

97

2020 年末及 2021 年 9 月末，发起机构非流动资产为 43,601.36 万元和 304,013.80 万元。从武汉蔚能非流动资产构成来看，其固定资产账面净值分别为 26,575.84 万元和 294,010.18 万元，占非流动资产的比例为 60.95%和 96.71%。固定资产主要为发起机构为公司为电池租用业务开展而购入并持有的动力电池资产；最近一年及一期发起机构的固定资产随着其业务的开展及快速扩张而快速增加。

### 表 6-9 武汉蔚能固定资产明细表

单位：万元

| 项目 | 2021 年 9 月末 | | 2020 年末 | |
|---|---|---|---|---|
| | 金额 | 占比 | 金额 | 占比 |
| 电池 | 293,983.28 | 99.99% | 26,569.50 | 100.00% |
| 办公设备 | 26.90 | 0.01% | 6.34 | 0.00% |
| 合计 | 294,010.18 | 100.00% | 26,575.84 | 100.00% |

2020 年末及 2021 年 9 月末，发起机构的固定资产中，动力电池的净值为 26,569.50 万元和 293,983.28 万元，占固定资产净值的比例为 100.00%和 99.99%，其余为办公设备购置。3、负债情况分析

### 表 6-10 武汉蔚能近一年及一期负债结构

单位：万元

| 项目 | 2021 年 9 月末 | | 2020 年末 | |
|---|---|---|---|---|
| | 金额 | 占比 | 金额 | 占比 |
| 短期借款 | 45,500.00 | 23.59% | - | - |
| 应付票据及应付账款 | 127,547.85 | 66.13% | 8,324.37 | 94.61% |
| 预收款项 | 128.00 | 0.07% | 16.45 | 0.19% |
| 应付职工薪酬 | 133.90 | 0.07% | 37.58 | 0.43% |
| 应交税费 | 591.18 | 0.31% | 137.44 | 1.56% |
| 其他应付款 | 210.64 | 0.11% | 261.08 | 2.97% |
| 一年内到期的非流动负债 | - | - | 9.31 | 0.11% |
| 流动负债合计 | 174,111.57 | 90.28% | 8,786.23 | 99.86% |
| 长期借款 | 15,000.00 | 7.78% | - | - |
| 租赁负债 | 3,644.89 | 1.89% | 4.82 | 0.05% |
| 递延所得税负债 | 109.24 | 0.06% | 7.14 | 0.08% |
| 非流动负债合计 | 18,754.13 | 9.72% | 11.96 | 0.14% |
| 负债合计 | 192,865.70 | 100.00% | 8,798.19 | 100.00% |

表 6-12  武汉蔚能近一年及一期现金流量表

单位：万元

| 项目 | 2021 年 1-9 月 | 2020 年度 |
|---|---|---|
| 一、经营活动产生的现金流量 | | |
| 经营活动现金流入小计 | 19,636.66 | 659.09 |
| 经营活动现金流出小计 | 2,664.32 | 110.53 |
| 经营活动产生的现金流量净额 | 16,972.34 | 548.57 |
| 二、投资活动产生的现金流量 | | |
| 投资活动现金流入小计 | 571.19 | 25,171.28 |
| 投资活动现金流出小计 | 198,592.94 | 63,938.84 |
| 投资活动产生的现金流量净额 | -198,021.75 | -38,767.56 |
| 三、筹资活动产生的现金流量 | | |
| 筹资活动现金流入小计 | 257,940.06 | 60,017.03 |
| 筹资活动现金流出小计 | 71,110.71 | 4.92 |
| 筹资活动产生的现金流量净额 | 186,829.35 | 60,012.11 |

2020 年度和 2021 年 1-9 月，发起机构经营活动产生的现金流量净额分别为 548.57 万元和 16,972.34 万元，主要原因为业务规模扩大、公司营业收入大幅增加、电池租用费回款相应增加所致。

2020 年度和 2021 年 1-9 月，发起机构投资活动产生的现金流量净额分别为 -38,767.56 万元和-198,021.75 万元，主要系随着公司业务规模的扩张，公司购入动力电池作为固定资产导致投资活动现金流出较大所致。

2020 年度和 2021 年 1-9 月，发起机构筹资活动产生的现金流量净额分别为 60,012.11 万元和 186,829.35 万元，主要为公司借款收到的现金及公司股权融资收到的投资款增加所致。

6、偿债能力分析

表 6-13 武汉蔚能近一年及一期偿债能力分析表

单位：万元

| 偿债能力财务指标 | 2021 年 1-9 月 | 2020 年度 |
|---|---|---|
| 资产负债率 | 50.17% | 12.76% |
| 流动比率 | 0.46 | 2.89 |
| 速度比率 | 0.46 | 2.89 |

2020 年末和 2021 年 9 月末,发起机构资产负债率分别为 12.76%和 50.17%,呈大幅上升趋势，系公司借助外部融资渠道持续扩大业务规模所致。

2020 年末和 2021 年 9 月末，发起机构的流动比率分别为 2.89 和 0.46，速动比率分别为 2.89 和 0.46。2021 年 9 月末其流动比率、速动比率相对较低，主要系其业务模式所引起：发起机构将购入的动力电池资产作为固定资产计量，而相应的应付账款及应付票据以短期负债为主。随着发起机构业务的发展，其通过长期负债进行扩张的能力也有望增强，流动比率、速动比率较低的情况有望得到一定的改善。

### （十一）资信情况

1、授信情况

截至 2021 年 9 月末，发起机构资信情况良好，在各大股份制银行、城商行以及金融租赁公司等金融机构间均有授信，总授信额为 85,000 万元，其中已使用授信额度为 67,935 万元，尚未使用的授信额度为 17,065 万元，发起机构前五大银行授信明细如下：

**表 6-14 发起机构 2021 年 9 月末前五大银行授信情况表**

| 项目 | 授信额度（万元） | 已用额度（万元） |
| --- | --- | --- |
| 建设银行 | 30,000 | 15,000 |
| 招商银行 | 20,000 | 20,000 |
| 兴业银行 | 10,000 | 9,975 |
| 浦发银行 | 9,000 | 8,960 |
| 交通银行 | 5,000 | 5,000 |
| 工商银行 | 5,000 | 5,000 |

2、债务违约记录

截至本募集说明书签署日，武汉蔚能自成立以来未发生债务违约情况；根据中国人民银行征信中心所出具的企业信用记录显示，发起机构没有借款人逃废债信息，没有被起诉信息，没有借款人欠息信息，没有违规信息，没有不良负债信息。

### （十二）关联交易

1、发起机构的关联方情况