# Exhibit J

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

**FORM 20-F**

**(Mark One)**

☐ **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended December 31, 2022.**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the transition period from to .**

**OR**

☐ **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**Date of event requiring this shell company report.**
**Commission file number: 001-38638**

# NIO Inc.

**(Exact Name of Registrant as Specified in Its Charter)**

**N/A**
**(Translation of Registrant's Name Into English)**

**Cayman Islands**
**(Jurisdiction of Incorporation or Organization)**

**Building 20, No. 56 AnTuo Road, Anting Town, Jiading District**
**Shanghai 201804, People's Republic of China**
(Address of Principal Executive Offices)

**Wei Feng, Chief Financial Officer**
**Building 20, No. 56 AnTuo Road, Anting Town, Jiading District**
**Shanghai 201804, People's Republic of China**
**Telephone: +8621-6908 2018**
**Email: ir@nio.com**
(Name, Telephone, Email and/or Facsimile number and Address of Company Contact Person)
Securities registered or to be registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Trading Symbol | Name of Each Exchange On Which Registered |
|---|---|---|
| American depositary shares (each representing one Class A ordinary share),par value US$0.00025 per share | NIO | New York Stock Exchange |
| Class A ordinary shares, par value US$0.00025 per share | 9866 | The Stock Exchange of Hong Kong Limited |
| Class A ordinary shares, par value US$0.00025 per share | NIO | The Singapore Exchange Securities Trading Limited |

Securities registered or to be registered pursuant to Section 12(g) of the Act:
**None**
(Title of Class)
Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act:
**None**
(Title of Class)

Table of Contents

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report:

As of December 31, 2022, there were (i) 1,570,605,680 Class A ordinary shares outstanding, par value US$0.00025 per share, and (ii) 148,500,000 Class C ordinary shares outstanding, par value US$0.00025 per share.

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.
☒ Yes ☐ No

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934. ☐ Yes ☒ No

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. ☒ Yes ☐ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). ☒ Yes ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Emerging growth company | ☐ |

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards† provided pursuant to Section 13(a) of the Exchange Act. ☐

†The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012.

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. § 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:

| | | | | |
|---|---|---|---|---|
| U.S. GAAP | ☐ | International Financial Reporting Standards as issued by the International Accounting Standards Board | ☐ | Other |

If "Other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow. ☐ Item 17 ☐ Item 18

If this is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). ☐ Yes ☒ No

(APPLICABLE ONLY TO ISSUERS INVOLVED IN BANKRUPTCY PROCEEDINGS DURING THE PAST FIVE YEARS)

Indicate by check mark whether the registrant has filed all documents and reports required to be filed by Sections 12, 13 or 15(d) of the Securities Exchange Act of 1934 subsequent to the distribution of securities under a plan confirmed by a court. ☐ Yes ☐ No

Table of Contents

**TABLE OF CONTENTS**

| | |
|---|---|
| INTRODUCTION | 1 |
| FORWARD-LOOKING INFORMATION | 3 |
| Part I. | 4 |
| Item 1. IDENTITY OF DIRECTORS, SENIOR MANAGEMENT AND ADVISERS | 4 |
| Item 2. OFFER STATISTICS AND EXPECTED TIMETABLE | 4 |
| Item 3. KEY INFORMATION | 4 |
| Item 4. INFORMATION ON THE COMPANY | 74 |
| Item 4A. UNRESOLVED STAFF COMMENTS | 114 |
| Item 5. OPERATING AND FINANCIAL REVIEW AND PROSPECTS | 114 |
| Item 6. DIRECTORS, SENIOR MANAGEMENT AND EMPLOYEES | 130 |
| Item 7. MAJOR SHAREHOLDERS AND RELATED PARTY TRANSACTIONS | 140 |
| Item 8. FINANCIAL INFORMATION | 143 |
| Item 9. THE OFFER AND LISTING | 144 |
| Item 10. ADDITIONAL INFORMATION | 145 |
| Item 11. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK | 157 |
| Item 12. DESCRIPTION OF SECURITIES OTHER THAN EQUITY SECURITIES | 159 |
| Part II. | 168 |
| Item 13. DEFAULTS, DIVIDEND ARREARAGES AND DELINQUENCIES | 168 |
| Item 14. MATERIAL MODIFICATIONS TO THE RIGHTS OF SECURITY HOLDERS AND USE OF PROCEEDS | 168 |
| Item 15. CONTROLS AND PROCEDURES | 169 |
| Item 16A. AUDIT COMMITTEE FINANCIAL EXPERT | 170 |
| Item 16B. CODE OF ETHICS | 170 |
| Item 16C. PRINCIPAL ACCOUNTANT FEES AND SERVICES | 170 |
| Item 16D. EXEMPTIONS FROM THE LISTING STANDARDS FOR AUDIT COMMITTEES | 170 |
| Item 16E. PURCHASES OF EQUITY SECURITIES BY THE ISSUER AND AFFILIATED PURCHASERS | 170 |
| Item 16F. CHANGE IN REGISTRANT'S CERTIFYING ACCOUNTANT | 171 |
| Item 16G. CORPORATE GOVERNANCE | 171 |
| Item 16H. MINE SAFETY DISCLOSURE | 171 |
| Item 16I. DISCLOSURE REGARDING FOREIGN JURISDICTIONS THAT PREVENT INSPECTIONS | 171 |
| Part III. | 171 |
| Item 17. FINANCIAL STATEMENTS | 171 |
| Item 18. FINANCIAL STATEMENTS | 171 |
| Item 19. EXHIBITS | 172 |

Table of Contents

**ITEM 15. CONTROLS AND PROCEDURES**

**Evaluation of Disclosure Controls and Procedures**

Our management, with the participation of our chief executive officer and chief financial officer, has performed an evaluation of the effectiveness of our disclosure controls and procedures (as defined in Rule 13a-15(e) under the Exchange Act) as of the end of the period covered by this report, as required by Rule 13a-15(b) under the Exchange Act. Based upon that evaluation, our management, with the participation of our chief executive officer and chief financial officer, has concluded that, as of December 31, 2022, our disclosure controls and procedures were effective in ensuring that the information required to be disclosed by us in the reports that we file or submit under the Exchange Act is recorded, processed, summarized and reported, within the time periods specified in the SEC's rules and forms, and that the information required to be disclosed by us in the reports that we file or submit under the Exchange Act is accumulated and communicated to our management, including our chief executive officer, as appropriate, to allow timely decisions regarding required disclosure.

**Management's Annual Report on Internal Control over Financial Reporting**

Our management is responsible for establishing and maintaining adequate internal control over financial reporting as defined in Rules 13a-15(f) and 15d-15(f) under the Securities Exchange Act of 1934, as amended. Our internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of our financial reporting and the preparation of financial statements for external purposes in accordance with Generally Accepted Accounting Principles (GAAP) in the United States of America and includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of our company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of consolidated financial statements in accordance with GAAP, and that receipts and expenditures of our company are being made only in accordance with authorizations of our management and directors; and (3) provide reasonable assurance regarding prevention or timely detection of the unauthorized acquisition, use or disposition of our company's assets that could have a material effect on the consolidated financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect all potential misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risks that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

As required by Section 404 of the Sarbanes-Oxley Act of 2002 and related rules as promulgated by the SEC, our management including our Chief Executive Officer and Chief Financial Officer assessed the effectiveness of internal control over financial reporting as of December 31, 2022 using the criteria set forth in the report "Internal Control-Integrated Framework (2013)" published by the Committee of Sponsoring Organizations of the Treadway Commission. Based on this evaluation, the management concluded that our internal control over financial reporting was effective as of December 31, 2022.

**Changes in Internal Control over Financial Reporting**

As required by Rule 13a-15(d), under the Exchange Act, our management, including our chief executive officer and our chief financial officer, also conducted an assessment of our internal control over financial reporting to determine whether any changes occurred during the period covered by this report have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting. Based on that assessment, it has been determined that there has been no such change during the period covered by this annual report.

**Attestation Report of the Registered Public Accounting Firm**

Our independent registered public accounting firm, PricewaterhouseCoopers Zhong Tian LLP, has audited the effectiveness of our company's internal control over financial reporting as of December 31, 2022, as stated in its report, which appears on page F-2 of this annual report on Form 20-F.

**ITEM 16.**

Table of Contents

**ITEM 16A. AUDIT COMMITTEE FINANCIAL EXPERT**

Our board of directors has determined that Mr. Denny Ting Bun Lee, a member of our audit committee and independent director (under the standards set forth in Section 303A of the Corporate Governance Rules of the NYSE and Rule 10A-3 under the Securities Exchange Act of 1934), is an audit committee financial expert.

**ITEM 16B. CODE OF ETHICS**

Our board of directors has adopted a code of ethics that applies to all of the directors, officers and employees of us and our subsidiaries, whether they work for us on a full-time, part-time, consultative, or temporary basis. Certain provisions of the code apply specifically to our chief executive officer, chief financial officer, senior finance officer, controller, senior vice presidents, vice presidents and any other persons who perform similar functions for us. We have posted a copy of our code of business conduct and ethics on our website at https://www.nio.io/code-of-business-conduct-and-ethics.

**ITEM 16C. PRINCIPAL ACCOUNTANT FEES AND SERVICES**

The following table sets forth the aggregate fees by the categories specified below in connection with certain professional services rendered by PricewaterhouseCoopers Zhong Tian LLP and its affiliates, our principal external auditor, for the years indicated. We did not pay any other fees to our principal external auditors during the years indicated below.

| | For the Year Ended December 31, | |
| --- | --- | --- |
| | 2021 | 2022 |
| | (in RMB thousands ) | |
| Audit fees[1] | 14,820 | 17,150 |
| Audit related fees[2] | 1,000 | - |
| Tax fees[3] | 2,250 | 1,393 |
| Other fees[4] | 2,450 | 1,070 |
| **Total** | **20,520** | **19,613** |

Note:

(1) "Audit fees" means the aggregate fees billed for professional services rendered by our principal external auditor, including the audits of our annual financial statements and our internal controls over financial reporting and the quarterly reviews of our condensed consolidated financial information, statutory audits for certain of our subsidiaries, and provision of comfort letters, consents and other professional services in relation to our equity and debt offering, Hong Kong listing and Singapore listing.

(2) "Audit related fees" means the aggregate fees billed for professional services rendered by our principal external auditor that are reasonably related to the performance of the audit or review of our financial statements and are not reported under "Audit fees."

(3) "Tax fees" means the aggregate fees billed in each of the fiscal years listed for professional services rendered by our principal external auditor for tax compliance, tax advice and tax planning.

(4) "All other fees" means the aggregate fees billed for professional services rendered by our principal external auditor associated with other advisory services.

The policy of our audit committee is to pre-approve all audit and other service provided by PricewaterhouseCoopers Zhong Tian LLP and its affiliates, including audit services, tax services and other services described above, other than those for *de minimis* services which are approved by the Audit Committee prior to the completion of the audit.

**ITEM 16D. EXEMPTIONS FROM THE LISTING STANDARDS FOR AUDIT COMMITTEES**

Not applicable.

**ITEM 16E. PURCHASES OF EQUITY SECURITIES BY THE ISSUER AND AFFILIATED PURCHASERS**

None.

Table of Contents

**ITEM 16F. CHANGE IN REGISTRANT'S CERTIFYING ACCOUNTANT**

Not applicable.

**ITEM 16G. CORPORATE GOVERNANCE**

As a Cayman Islands company listed on the New York Stock Exchange, we are subject to the NYSE corporate governance listing standards. However, NYSE rules permit a foreign private issuer like us to follow the corporate governance practices of its home country. Certain corporate governance practices in the Cayman Islands, which is our home country, may differ significantly from the NYSE corporate governance listing standards.

Pursuant to Sections 303A.01, 303A.04, 303A.05, 303A.07 and 302.00 of the New York Stock Exchange Listed Company Manual, a company listed on the New York Stock Exchange must have a majority of independent directors, a nominating and corporate governance committee composed entirely of independent directors, a compensation committee composed entirely of independent directors and an audit committee with a minimum of three members, and must hold an annual shareholders' meeting during each fiscal year. We currently follow our home country practice in lieu of these requirements. We may also continue to rely on these and other exemptions available to foreign private issuers in the future. See "Item 3. Key Information-D. Risk Factors-Risks related to our ADSs and Class A Ordinary Shares-Our shareholders may face difficulties in protecting their interests, and ability to protect their rights through U.S. courts may be limited, because we are incorporated under Cayman Islands law."

Other than the home country practice described above, we are not aware of any significant differences between our corporate governance practices and those followed by U.S. domestic companies under the NYSE corporate governance listing standards.

**ITEM 16H. MINE SAFETY DISCLOSURE**

Not applicable.

**ITEM 16I.          DISCLOSURE REGARDING FOREIGN JURISDICTIONS THAT PREVENT INSPECTIONS**

On December 16, 2021, the PCAOB issued a report to notify the SEC of its determination that the PCAOB was unable to inspect or investigate completely registered public accounting firms headquartered in mainland China and Hong Kong, and our auditor was subject to that determination. In May 2022, NIO Inc. was conclusively listed by the SEC as a Commission-Identified Issuer under the HFCAA following the filing of our annual report on Form 20-F for the fiscal year ended December 31, 2021. On December 15, 2022, the PCAOB removed mainland China and Hong Kong from the list of jurisdictions where it is unable to inspect or investigate completely registered public accounting firms. As a result, we do not expect to be identified as a Commission-Identified Issuer under the HFCAA after we file this annual report for the fiscal year ended December 31, 2022.

To our knowledge, as of the date of this annual report, (i) no governmental entities in the Cayman Islands or in China owns shares of NIO Inc. or the VIEs; (ii) the governmental entities in China do not have a controlling financial interest in NIO Inc. or the VIEs; (iii) none of the members of the board of directors of NIO Inc. or our operating entities, including the VIEs, is an official of the Chinese Communist Party as of the date of this annual report; (iv) none of the currently effective memorandum and articles of association (or equivalent organizing document) of NIO Inc. or the VIEs contains any charter of the Chinese Communist Party.

**PART III.**

**ITEM 17. FINANCIAL STATEMENTS**

We have elected to provide financial statements pursuant to "Item 18. Financial Statements."

**ITEM 18. FINANCIAL STATEMENTS**

The consolidated financial statements of NIO Inc. and its subsidiaries and the related notes are included at the end of this annual report.

171

Table of Contents

**ITEM 19. EXHIBITS**

| Exhibit Number | Description of Document |
| --- | --- |
| 1.1 | Thirteenth Amended and Restated Memorandum and Articles of Association of the Registrant (incorporated herein by reference to Exhibit 3.1 to the current report on Form 6-K (File No. 001-38638), furnished with the SEC on August 25, 2022) |
| 2.1 | Registrant's Specimen American Depositary Receipt (included in Exhibit 2.3) |
| 2.2 | Registrant's Specimen Certificate for Class A ordinary shares (incorporated herein by reference to Exhibit 4.2 to the registration statement on Form F-1 (File No. 333-226822), as amended, initially filed with the SEC on August 13, 2018) |
| 2.3 | Deposit Agreement, dated as of September 11, 2018, among the Registrant, Deutsche Bank Trust Company Americas, as the depositary, and all holders and beneficial owners of the American Depositary Shares issued thereunder (incorporated herein by reference to Exhibit 4.3 to the registration statement on Form S-8 (File No. 333-229952), filed with the SEC on February 28, 2019) |
| 2.4 | Fifth Amended and Restated Shareholders' Agreement, dated as of November 10, 2017, among the Registrant and the other signatories thereto (incorporated herein by reference to Exhibit 4.4 to the registration statement on Form F-1 (File No. 333-226822), as amended, initially filed with the SEC on August 13, 2018) |
| 2.5 | Description of American Depositary Shares of the Registrant (incorporated herein by reference to Exhibit 2.5 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on May 14, 2020) |
| 2.6 | Description of Class A ordinary shares of the Registrant (incorporated herein by reference to Exhibit 2.6 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on May 14, 2020) |
| 4.1 | 2015 Share Incentive Plan (incorporated herein by reference to Exhibit 10.1 to the registration statement on Form F-1 (File No. 333-226822), as amended, initially filed with the SEC on August 13, 2018) |
| 4.2 | 2016 Share Incentive Plan (incorporated herein by reference to Exhibit 10.2 to the registration statement on Form F-1 (File No. 333-226822), as amended, initially filed with the SEC on August 13, 2018) |
| 4.3 | 2017 Share Incentive Plan (incorporated herein by reference to Exhibit 10.3 to the registration statement on Form F-1 (File No. 333-226822), as amended, initially filed with the SEC on August 13, 2018) |
| 4.4 | 2018 Share Incentive Plan (incorporated herein by reference to Exhibit 10.4 to the registration statement on Form F-1 (File No. 333-226822), as amended, initially filed with the SEC on August 13, 2018) |
| 4.5 | Form of Indemnification Agreement, between the Registrant and its directors and executive officers (incorporated herein by reference to Exhibit 10.5 to the registration statement on Form F-1 (File No. 333-226822), as amended, initially filed with the SEC on August 13, 2018) |
| 4.6† | English translation of Manufacture Cooperation Agreement, dated as of May 23, 2016, between the registrant and Anhui Jianghuai Automobile Co., Ltd. (incorporated herein by reference to Exhibit 10.10 to the registration statement on Form F-1 (File No. 333-226822), as amended, initially filed with the SEC on August 13, 2018) |
| 4.7 | Form of Employment Agreement, between the Registrant and its executive officers (Non-PRC citizens) (incorporated herein by reference to Exhibit 10.6 to the registration statement on Form F-1 (File No. 333-226822), as amended, initially filed with the SEC on August 13, 2018) |
| 4.8 | Form of Employment Agreement, between the Registrant and its executive officers (PRC citizens) (incorporated herein by reference to Exhibit 10.7 to the registration statement on Form F-1 (File No. 333-226822), as amended, initially filed with the SEC on August 13, 2018) |
| 4.9 | Employment Agreement and Severance Agreement, between the Registrant and Padmasree Warrior, dated as of November 23, 2015 and December 16, 2015, respectively (incorporated herein by reference to Exhibit 10.9 to the registration statement on Form F-1 (File No. 333-226822), as amended, initially filed with the SEC on August 13, 2018) |
| 4.10 | English translation of Power of Attorney, dated as of April 12, 2021, executed by the shareholders of Beijing NIO, Beijing NIO and Shanghai NIO (incorporated herein by reference to Exhibit 4.10 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on April 29, 2022) |
| 4.11 | English translation of Loan Agreements, dated April 12, 2021, between shareholders of Beijing NIO and Shanghai NIO (incorporated herein by reference to Exhibit 4.11 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on April 29, 2022) |
| 4.12 | English translation of Equity Pledge Agreements, dated as of April 12, 2021, among shareholders of Beijing NIO, Beijing NIO and Shanghai NIO (incorporated herein by reference to Exhibit 4.12 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on April 29, 2022) |

172

Table of Contents

4.13    English translation of Exclusive Business Cooperation Agreement, dated as of April 12, 2021, between Beijing NIO and Shanghai NIO (incorporated herein by reference to Exhibit 4.13 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on April 29, 2022)

4.14    English translation of Exclusive Option Agreements, dated as of April 12, 2021, among shareholders of Beijing NIO, Beijing NIO and Shanghai NIO (incorporated herein by reference to Exhibit 4.14 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on April 29, 2022)

4.15    English translation of Confirmation and Undertaking Letters, dated as of April 12, 2021, executed by shareholders of Beijing NIO (incorporated herein by reference to Exhibit 4.15 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on April 29, 2022)

4.16    English translation of Consent Letters, dated as of April 12, 2021, executed by the spouses of the shareholders of Beijing NIO (incorporated herein by reference to Exhibit 4.16 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on April 29, 2022)

4.17    Indenture, dated as of February 4, 2019, by and between the Registrant, as issuer, and The Bank of New York Mellon, as trustee (incorporated herein by reference to Exhibit 4.22 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on April 2, 2019)

4.18    Form of 4.50% Convertible Senior Notes due 2024 (included in Exhibit 4.20) (incorporated herein by reference to Exhibit 4.22 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on April 2, 2019)

4.19    Deposit Agreement for Restricted Securities, dated as of February 4, 2019, among the Registrant, Deutsche Bank Trust Company Americas, as the depositary, and all holders and beneficial owners of the American Depositary Shares issued thereunder (incorporated herein by reference to Exhibit 4.24 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on April 2, 2019)

4.20†   English translation of NIO ES6 Manufacture Cooperation Agreement, dated as of April 30, 2019, between the registrant and Anhui Jianghuai Automobile Co., Ltd. (incorporated herein by reference to Exhibit 4.23 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on May 14, 2020)

4.21†   English translation of NIO Fury (EC6) Manufacture Cooperation Agreement, dated as of March 10, 2020, between the registrant and Anhui Jianghuai Automobile Co., Ltd. (incorporated herein by reference to Exhibit 4.24 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on May 14, 2020)

4.22    Convertible Notes Subscription Agreement, dated September 4, 2019, between the Registrant and Huang River Investment Limited (incorporated herein by reference to Exhibit 4.25 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on May 14, 2020)

4.23    Convertible Notes Subscription Agreement, dated September 4, 2019, between the Registrant and Serene View Investment Limited (incorporated herein by reference to Exhibit 4.26 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on May 14, 2020)

4.24    Form of 0% Convertible Senior Notes due 2020 (included in Exhibit 4.22) (incorporated herein by reference to Exhibit 4.25 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on May 14, 2020)

4.25    Form of 0% Convertible Senior Notes due 2022 (included in Exhibit 4.22) (incorporated herein by reference to Exhibit 4.25 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on May 14, 2020)

4.26    Indenture, dated as of February 10, 2020, among the Registrant, The Bank of New York Mellon, London Branch, as trustee, The Bank of New York Mellon, London Branch, as paying agent and conversion agent, and The Bank of New York Mellon SA/NV, Luxembourg Branch, as registrar and transfer agent (incorporated herein by reference to Exhibit 4.29 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on May 14, 2020)

4.27    Form of 0% Convertible Senior Notes due 2021 (included in Exhibit 4.26) (incorporated herein by reference to Exhibit 4.29 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on May 14, 2020)

4.28    Indenture, dated as of February 19, 2020, among the Registrant, The Bank of New York Mellon, London Branch, as trustee, The Bank of New York Mellon, London Branch, as paying agent and conversion agent, and The Bank of New York Mellon SA/NV, Luxembourg Branch, as registrar and transfer agent (incorporated herein by reference to Exhibit 4.31 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on May 14, 2020)

4.29    Form of 0% Convertible Senior Notes due 2021 (included in Exhibit 4.28) (incorporated herein by reference to Exhibit 4.31 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on May 14, 2020)

4.30    Indenture, dated as of March 11, 2020, among the Registrant, The Bank of New York Mellon, London Branch, as trustee, The Bank of New York Mellon, London Branch, as paying agent and conversion agent, and The Bank of New York Mellon SA/NV, Luxembourg Branch, as registrar and transfer agent (incorporated herein by reference to Exhibit 4.33 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on May 14, 2020)

4.31    Form of 0% Convertible Senior Notes due 2021 (included in Exhibit 4.30) (incorporated herein by reference to Exhibit 4.33 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on May 14, 2020)

Table of Contents

| | |
|---|---|
| 4.32 | English translation of Investment Agreement, dated April 29, 2020, among Hefei Construction Investment Holdings (Group) Co., Ltd., the Registrant, Nio Nextev Limited, NIO Power Express Limited, NIO (Anhui) Holding Co., Ltd. and other parties thereto (incorporated herein by reference to Exhibit 4.35 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on May 14, 2020) |
| 4.33 | English translation of Shareholders' Agreement, dated April 29, 2020, among Hefei Construction Investment Holdings (Group) Co., Ltd., the Registrant, Nio Nextev Limited, NIO Power Express Limited, NIO (Anhui) Holding Co., Ltd. and other parties thereto (incorporated herein by reference to Exhibit 4.36 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on May 14, 2020) |
| 4.34 | English translation of Amendment and Supplementary Agreement to Investment Agreement, dated May 29, 2020, among Hefei Construction Investment Holdings (Group) Co., Ltd., the Registrant, Nio Nextev Limited, NIO Power Express Limited, NIO (Anhui) Holding Co., Ltd. and other parties thereto (incorporated herein by reference to Exhibit 99.1 to the Company's Current Report on Form 6-K (File No. 001-38638), filed with the SEC on June 9, 2020) |
| 4.35 | English translation of Amendment and Supplementary Agreement to Shareholders' Agreement, dated May 29, 2020, among Hefei Construction Investment Holdings (Group) Co., Ltd., the Registrant, Nio Nextev Limited, NIO Power Express Limited, NIO (Anhui) Holding Co., Ltd. and other parties thereto (incorporated herein by reference to Exhibit 99.2 to the Company's Current Report on Form 6-K (File No. 001-38638), filed with the SEC on June 9, 2020) |
| 4.36 | English translation of Amendment and Supplementary Agreement II to Investment Agreement, dated June 18, 2020, among Hefei Construction Investment Holdings (Group) Co., Ltd., the Registrant, Nio Nextev Limited, NIO Power Express Limited, NIO (Anhui) Holding Co., Ltd. and other parties thereto (incorporated herein by reference to Exhibit 99.1 to the Company's Current Report on Form 6-K (File No. 001-38638), filed with the SEC on June 30, 2020) |
| 4.37 | English translation of Amendment and Supplementary Agreement II to Shareholders' Agreement, dated June 18, 2020, among Hefei Construction Investment Holdings (Group) Co., Ltd., the Registrant, Nio Nextev Limited, NIO Power Express Limited, NIO (Anhui) Holding Co., Ltd. and other parties thereto (incorporated herein by reference to Exhibit 99.2 to the Company's Current Report on Form 6-K (File No. 001-38638), filed with the SEC on June 30, 2020) |
| 4.38 | English translation of Amendment and Supplementary Agreement III to the NIO China Shareholders Agreement, dated September 16, 2020, among Hefei Construction Investment Holdings (Group) Co., Ltd., the Registrant, Nio Nextev Limited, NIO Power Express Limited, NIO (Anhui) Holding Co., Ltd. and other parties thereto (incorporated herein by reference to Exhibit 4.36 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on April 6, 2021) |
| 4.39 | English translation of Amendment and Supplementary Agreement IV to the NIO China Shareholders Agreement, dated September 25, 2020, among Hefei Construction Investment Holdings (Group) Co., Ltd., the Registrant, Nio Nextev Limited, NIO Power Express Limited, NIO (Anhui) Holding Co., Ltd. and other parties thereto (incorporated herein by reference to Exhibit 4.37 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on April 6, 2021) |
| 4.40 | English translation of Amendment and Supplementary Agreement V to the NIO China Shareholders Agreement, dated January 26, 2021, among Hefei Construction Investment Holdings (Group) Co., Ltd., the Registrant, Nio Nextev Limited, NIO Power Express Limited, NIO (Anhui) Holding Co., Ltd. and other parties thereto (incorporated herein by reference to Exhibit 4.38 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on April 6, 2021) |
| 4.41 | Indenture, dated as of January 15, 2021, by and between the Registrant, as issuer, and Deutsche Bank Trust Company Americas, as trustee, constituting US$750 million 0.00% Convertible Senior Notes due 2026 (incorporated herein by reference to Exhibit 4.39 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on April 6, 2021) |
| 4.42 | Form of 0.00% Convertible Senior Notes due 2026 (included in Exhibit 4.41) |
| 4.43 | Indenture, dated as of January 15, 2021, by and between the Registrant, as issuer, and Deutsche Bank Trust Company Americas, as trustee, constituting US$750 million 0.50% Convertible Senior Notes due 2027 (incorporated herein by reference to Exhibit 4.41 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on April 6, 2021) |
| 4.44 | Form of 0.50% Convertible Senior Notes due 2027 (included in Exhibit 4.43) |
| 4.45† | English translation of Renewal Joint Manufacturing Agreement, by and between the Registrant, Anhui Jianghuai Automobile Co., Ltd. and Jianglai Advanced Manufacturing Technology (Anhui) Co., Ltd., dated May 22, 2021 (incorporated herein by reference to Exhibit 4.45 to the Company's Report on Form 20-F (File No. 001-38638), filed with the SEC on April 29, 2022) |

Table of Contents

| | |
|---|---|
| 4.46*† | English translation of Manufacturing Cooperation Agreement, by and among NIO Technology (Anhui) Co., Ltd., NIO (Anhui) Co., Ltd., and Anhui Jianghuai Automobile Co., Ltd. dated September 2022 |
| 4.47* | English translation of NIO Park (Phase I) Assets Transfer Agreement and its supplementary agreement, each dated December 23, 2022, executed by and between NIO (Anhui) Co., Ltd. and Anhui Jianghuai Automobile Co., Ltd. |
| 4.48* | English translation of Power of Attorney, dated November 30, 2022, executed by the shareholders of Anhui NIO AT, Anhui NIO AT and Anhui NIO AD. |
| 4.49* | English translation of Loan Agreements, dated November 30, 2022, between shareholders of Anhui NIO AT and Anhui NIO AD |
| 4.50* | English translation of Equity Pledge Agreements, dated November 30, 2022, among shareholders of Anhui NIO AT, Anhui NIO AT and Anhui NIO AD |
| 4.51* | English translation of Exclusive Business Cooperation Agreement, dated November 30, 2022, between Anhui NIO AT and Anhui NIO AD |
| 4.52* | English translation of Exclusive Option Agreements, dated November 30, 2022, among shareholders of Anhui NIO AT, Anhui NIO AT and Anhui NIO AD |
| 4.53* | English translation of Confirmation and Undertaking Letters, dated November 30, 2022, executed by shareholders of Anhui NIO AT |
| 4.54* | English translation of Consent Letters, dated November 30, 2022, executed by the spouses of the shareholders of Anhui NIO AT |
| 4.55* | English translation of Power of Attorney, dated December 12, 2022, executed by the shareholders of Anhui NIO DT, Anhui NIO DT and NIO China |
| 4.56* | English translation of Loan Agreements, dated December 12, 2022, between shareholders of Anhui NIO DT and NIO China |
| 4.57* | English translation of Equity Pledge Agreements, dated December 12, 2022, among shareholders of Anhui NIO DT, Anhui NIO DT and NIO China |
| 4.58* | English translation of Exclusive Business Cooperation Agreement, dated December 12, 2022, between Anhui NIO DT and NIO China |
| 4.59* | English translation of Exclusive Option Agreements, dated December 12, 2022, among shareholders of Anhui NIO DT, Anhui NIO DT and NIO China |
| 4.60* | English translation of Confirmation and Undertaking Letters, dated December 12, 2022, executed by shareholders of Anhui NIO DT |
| 4.61* | English translation of Consent Letters, dated December 12, 2022, executed by the spouses of the shareholders of Anhui NIO DT |
| 8.1* | List of Principal Subsidiaries and Consolidated Variable Interest Entities |
| 11.1 | Code of Business Conduct and Ethics of the Registrant (incorporated herein by reference to Exhibit 99.1 to the registration statement on Form F-1 (File No. 333-226822), as amended, initially filed with the SEC on August 13, 2018) |
| 12.1* | CEO Certification Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 12.2* | CFO Certification Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 13.1** | CEO Certification Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 13.2** | CFO Certification Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 15.1* | Consent of PricewaterhouseCoopers Zhong Tian LLP |
| 15.2* | Consent of Han Kun Law Offices |
| 101.INS* | Inline XBRL Instance Document-this instance document does not appear in the Interactive Data File because its XBRL tags are embedded within the Inline XBRL document |
| 101.SCH* | Inline XBRL Taxonomy Extension Schema Document |
| 101.CAL* | Inline XBRL Taxonomy Extension Calculation Linkbase Document |
| 101.DEF* | Inline XBRL Taxonomy Extension Definition Linkbase Document |
| 101.LAB* | Inline XBRL Taxonomy Extension Label Linkbase Document |
| 101.PRE* | Inline XBRL Taxonomy Extension Presentation Linkbase Document |
| 104* | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

* Filed herewith.

** Furnished herewith.

175

Table of Contents

† Confidential treatment has been requested for certain portions of this exhibit pursuant to Rule 406 under the Securities Act and Division of Corporation Finance Staff Legal Bulletin No. 1. In accordance with Rule 406 and Staff Legal Bulletin No. 1, these confidential portions have been omitted and filed separately with the SEC.

**SIGNATURES**

The registrant hereby certifies that it meets all of the requirements for filing its annual report on Form 20-F and that it has duly caused and authorized the undersigned to sign this annual report on its behalf.

NIO Inc.

By: /s/ Bin Li

Name: Bin Li

Title: Chairman of the Board of Directors and Chief Executive Officer

Date: April 28, 2023

176

Table of Contents

**INDEX TO CONSOLIDATED FINANCIAL STATEMENTS**

|  | Page |
|---|---|
| **Consolidated Financial Statements** |  |
| Report of Independent Registered Public Accounting Firm (PCAOB ID: 1424) | F-2 |
| Consolidated Balance Sheets as of December 31, 2021 and 2022 | F-4 |
| Consolidated Statements of Comprehensive Loss for the Years Ended December 31, 2020, 2021 and 2022 | F-6 |
| Consolidated Statements of Shareholders' (Deficit)/Equity for the Years Ended December 31, 2020, 2021 and 2022 | F-7 |
| Consolidated Statements of Cash Flows for the Years Ended December 31, 2020, 2021 and 2022 | F-10 |
| Notes to Consolidated Financial Statements | F-11 |

F-1

Table of Contents

**NIO INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(All amounts in thousands, except for share and per share data)**

**1. Organization and Nature of Operations**

NIO Inc. ("NIO", or the "Company") was incorporated under the laws of the Cayman Islands in November 2014, as an exempted company with limited liability. The Company was formerly known as NextCar Inc.. It changed its name to NextEV Inc. in December 2014, and then changed to NIO Inc. in July 2017. The Company, its subsidiaries and consolidated variable interest entities (the "VIEs") are collectively referred to as the "Group".

The Group designs and develops electric vehicles and jointly manufactures its vehicles through strategic collaboration with other Chinese vehicle manufacturers. The Group also offers power solutions and comprehensive value-added services to its users. As of December 31, 2022, the Group's primary operations are conducted in the People's Republic of China (the "PRC") and the Company's principal subsidiaries and VIEs are as follows:

| Subsidiaries | Equity interest held | Place and Date of incorporation or date of acquisition | Principal activities |
|---|---|---|---|
| NIO Nextev Limited ("NIO HK") (formerly known as Nextev Limited) | 100% | Hong Kong, February 2015 | Investment holding |
| NIO GmbH (formerly known as NextEV GmbH) | 100% | Germany, May 2015 | Design and technology development |
| NIO Co., Ltd. ("NIO SH") (formerly known as NextEV Co., Ltd.) | 100% | Shanghai, PRC, May 2015 | Headquarter and technology development |
| NIO USA, Inc. ("NIO US") (formerly known as NextEV USA, Inc.) | 100% | United States, November 2015 | Technology development |
| XPT Limited ("XPT") | 100% | Hong Kong, December 2015 | Investment holding |
| XPT (Jiangsu) Investment Co., Ltd. ("XPT Jiangsu") | 100% | Jiangsu, PRC, May 2016 | Investment holding |
| Shanghai XPT Technology Limited | 100% | Shanghai, PRC, May 2016 | Technology development |
| XPT (Nanjing) E-Powertrain Technology Co., Ltd. ("XPT NJEP") | 100% | Nanjing, PRC, July 2016 | Manufacturing of E-Powertrain |
| XPT (Nanjing) Energy Storage System Co., Ltd. ("XPT NJES") | 100% | Nanjing, PRC, October 2016 | Manufacturing of battery |
| NIO Power Express Limited ("PE HK") | 100% | Hong Kong, January 2017 | Investment holding |
| NIO User Enterprise Limited ("UE HK") | 100% | Hong Kong, February 2017 | Investment holding |
| NIO Sales and Services Co., Ltd. ("UE CNHC") (formerly known as Shanghai NIO Sales and Service Co., Ltd. ) | 100% | Shanghai, PRC, March 2017 | Investment holding and sales and after sales management |
| NIO Energy Investment (Hubei) Co., Ltd. ("PE CNHC") | 100% | Wuhan PRC, April 2017 | Investment holding |
| Wuhan NIO Energy Co., Ltd. ("PE WHJV") | 100% | Wuhan, PRC, May 2017 | Investment holding |
| NIO Holding Co., Ltd. ("NIO China") (formerly known as NIO (Anhui) Holding Co., Ltd.) (Note (a)) | 100% | Anhui, PRC, November 2017 | Headquarter and technology development |
| XPT (Jiangsu) Automotive Technology Co., Ltd. ("XPT AUTO") | 100% | Nanjing, PRC, May 2018 | Investment holding |
| NIO Financial Leasing Co., Ltd. ("NIO Leasing") | 100% | Shanghai, PRC, August 2018 | Financial Leasing |
| NIO (Anhui) Co., Ltd. ("NIO AH") | 100% | Anhui, PRC, August 2020 | Industrialization and technology development |
| NIO Technology (Anhui) Co., Ltd. ("NIO R&D") | 100% | Anhui, PRC, August 2020 | Design and technology development |
| NIO Nextev Europe Holding B.V.("NIO NL") | 100% | Netherlands, December 2020 | Investment holding |
| NEU Battery Asset Co., Ltd. ("BAC Cayman") | 100% | Cayman Islands, May 2021 | Investment holding |
| Instant Power Europe B.V. ("BAC NL") Co., Limited | 100% | Netherlands, June 2021 | Battery Subscription Service |
| NEU Battery Asset (Hong Kong) Co.Limited ("BAC HK") | 100% | Hong Kong, July 2021 | Investment holding |
| NIO AI Technology Limited ("NIO AI Technology") | 96.970% | Cayman Islands, March 2021 | Investment holding |
| NIO AI Technology Limited | 96.970% | Hong Kong, May 2021 | Investment holding |
| Anhui NIO Autonomous Driving Technology Co., Ltd. ("Anhui NIO AD") | 96.970% | Anhui, PRC, June 2021 | Technology development |
| XTRONICS (Nanjing) Automotive Intelligent Technologies Co. Ltd. ("XPT NJWL") (Note (b)) | 50% | Nanjing, PRC, June 2017 | Manufacturing of components |

| VIEs | Place and Date of incorporation or date of acquisition |
|---|---|
| Prime Hubs Limited ("Prime Hubs") | BVI, October 2014 |
| Beijing NIO Network Technology Co., Ltd. ("Beijing NIO") | Beijing, PRC, July 2017 |
| Anhui NIO AI Technology Co., Ltd. ("Anhui NIO AT") | Anhui, PRC, April 2021 |
| Anhui NIO Data Technology Co., Ltd. ("Anhui NIO DT") | Anhui, PRC, October 2022 |

F-11

Table of Contents

**NIO INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(All amounts in thousands, except for share and per share data)**

The Group has tax losses arising in Mainland China of RMB37,979,030 that will expire in one to ten years for deduction against future taxable profit.

| | |
|---|---|
| Loss expiring in 2023 | 1,213,835 |
| Loss expiring in 2024 | 2,356,711 |
| Loss expiring in 2025 | 4,094,099 |
| Loss expiring in 2026 | 7,191,472 |
| Loss expiring in 2027 | 9,090,262 |
| Loss expiring in 2028 | 1,606,792 |
| Loss expiring in 2029 | 5,334,423 |
| Loss expiring in 2030 | - |
| Loss expiring in 2031 | - |
| Loss expiring in 2032 | 7,091,436 |
| Total | 37,979,030 |

The Group has tax losses arising in Hong Kong of RMB2,958,339 for which could be carried forward indefinitely against future taxable income. The Group has tax losses arising in United States of RMB4,124, RMB566,143 and RMB1,650,179 that will expire in fourteen, fifteen and infinite years for deduction against future taxable income. As of December 31, 2021 and 2022, the Group provided full valuation allowances for above net operating loss carry-forwards.

*Uncertain Tax Position*

The Group did not identify any significant unrecognized tax benefits for each of the periods presented. The Group did not incur any interest related to unrecognized tax benefits, did not recognize any penalties as income tax expense and also does not anticipate any significant change in unrecognized tax benefits within 12 months from December 31, 2022.

*Tax years subject to examination by major jurisdictions*

In general, the PRC tax authorities have up to five years to review a company's tax filings. Accordingly, tax filings of the Company's PRC subsidiaries and VIEs for tax years 2018 through 2022 remain subject to the review by the relevant PRC tax authorities.

**25. Loss Per Share**

Basic loss per share and diluted loss per share have been calculated in accordance with ASC 260 on computation of earnings per share for the years ended December 31, 2020, 2021 and 2022 as follows:

| | For the Year Ended December 31, | | |
|---|---|---|---|
| | 2020 | 2021 | 2022 |
| **Numerator:** | | | |
| Net loss | (5,304,082) | (4,016,949) | (14,437,104) |
| Accretion on redeemable non-controlling interests to redemption value | (311,670) | (6,586,579) | (279,355) |
| Net loss attributable to non-controlling interests | 4,962 | 31,219 | 157,014 |
| Net loss attributable to ordinary shareholders of NIO Inc. for basic/dilutive net loss per share | (5,610,790) | (10,572,309) | (14,559,445) |
| **Denominator:** | | | |
| Weighted-average number of ordinary shares outstanding - basic and diluted | 1,182,660,948 | 1,572,702,112 | 1,636,999,280 |
| Basic and diluted net loss per share attributable to ordinary shareholders of NIO Inc. | (4.74) | (6.72) | (8.89) |

F-54

Table of Contents

**NIO INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(All amounts in thousands, except for share and per share data)**

For the years ended December 31, 2020, 2021 and 2022, the Company had potential ordinary shares, including non-vested restricted shares, option granted and convertible notes. As the Group incurred losses for the years ended December 31, 2020, 2021 and 2022, these potential ordinary shares were anti-dilutive and excluded from the calculation of diluted net loss per share of the Company. The weighted average numbers of these potential ordinary shares outstanding are as following:

|  | For the Year Ended December 31, | | |
| --- | --- | --- | --- |
|  | 2020 | 2021 | 2022 |
| Restricted shares | - | 1,358,110 | 4,051,753 |
| Outstanding weighted average options granted | 52,558,756 | 56,768,907 | 55,132,378 |
| Convertible notes | 183,942,782 | 45,323,169 | 37,671,003 |
| Total | 236,501,538 | 103,450,186 | 96,855,134 |

**26. Related Party Balances and Transactions**

The principal related parties with which the Group had transactions during the years presented are as follows:

| Name of Entity or Individual | Relationship with the Company |
| --- | --- |
| Kunshan Siwopu Intelligent Equipment Co., Ltd. | An investee of the Group |
| Nanjing Weibang Transmission Technology Co., Ltd. | An investee of the Group |
| Wuhan Weineng Battery Assets Co., Ltd. | An investee of the Group |
| Xunjie Energy (Wuhan) Co., Ltd. | An investee of the Group |
| Jianglai Advanced Manufacturing Technology (Anhui) Co., Ltd. | An investee of the Group |
| Beijing Bit Ep Information Technology Co., Ltd. | Controlled by Principal Shareholder |
| Beijing Weixu Business Consulting Co., Ltd. | Significantly influenced by Principal Shareholder |
| Beijing Yiche Information Science and Technology Co., Ltd. | Controlled by Principal Shareholder |
| Beijing Yiche Interactive Advertising Co., Ltd. | Controlled by Principal Shareholder |
| Hefei Chuangwei Information Consultation Co., Ltd. | Controlled by Principal Shareholder |
| Huang River Investment Limited | Controlled by Principal Shareholder |
| Ningbo Meishan Bonded Port Area Weilan Investment Co., Ltd. | Controlled by Principal Shareholder |
| Ningbo Meishan Free Trade Port Weilai Xinneng Investment Management Co., Ltd. | Significantly influenced by Principal Shareholder |
| Serene View Investment Limited | Controlled by Principal Shareholder |
| Shanghai Weishang Business Consulting Co., Ltd. | Significantly influenced by Principal Shareholder |
| Shanghai Yiju Information Technology Co., Ltd. | Controlled by Principal Shareholder |
| Tianjin Boyou Information Technology Co., Ltd. | Controlled by Principal Shareholder |
| Wistron Info Comm (Kunshan) Co., Ltd. | Non-controlling shareholder of subsidiary |
| Xtronics Innovation Ltd. | Non-controlling shareholder of subsidiary |

In December 2020, Mr. Bin Li resigned as chairman of the Board in Beijing Bitauto Interactive Technology Co., Ltd.. Since then, Beijing Bitauto Interactive Technology Co., Ltd., Beijing Xinyi Hudong Guanggao Co., Ltd., Bite Shijie (Beijing) Keji Co., Ltd. and Beijing Chehui Hudong Guanggao Co., Ltd. were no longer controlled by Mr. Bin Li, and were no longer the Group's related parties.

In February 2022, the Group disposed its equity interests in Suzhou Zenlead XPT New Energy Technologies Co., Ltd.. Since then, Suzhou Zenlead was no longer the Group's related party.

F-55

Table of Contents

**NIO INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(All amounts in thousands, except for share and per share data)**

***(a) The Group entered into the following significant related party transactions:***

*(i) Provision of service*

For the years ended December 31, 2020, 2021 and 2022, service income was primarily generated from property management, administrative support, research and development services and BaaS battery buy-out services the Group provided to its related parties.

| | For the Year Ended December 31, | | |
|---|---|---|---|
| | 2020 | 2021 | 2022 |
| Wuhan Weineng Battery Assets Co., Ltd. | 38 | 56,095 | 120,967 |
| Nanjing Weibang Transmission Technology Co., Ltd. | 1,523 | 1,586 | 1,683 |
| Beijing Weixu Business Consulting Co., Ltd. | - | 220 | 37 |
| Total | 1,561 | 57,901 | 122,687 |

*(ii) Acceptance of advertising and IT support services*

| | For the Year Ended December 31, | | |
|---|---|---|---|
| | 2020 | 2021 | 2022 |
| Tianjin Boyou Information Technology Co., Ltd. | 1,594 | 217 | 8,984 |
| Beijing Bit Ep Information Technology Co., Ltd. | 4,159 | 4,533 | - |
| Beijing Yiche Interactive Advertising Co., Ltd. | - | 472 | - |
| Beijing Chehui Hudong Guanggao Co., Ltd. | 92,356 | - | - |
| Beijing Xinyi Hudong Guanggao Co., Ltd. | 39,919 | - | - |
| Beijing Yiche Information Science and Technology Co., Ltd. | 280 | - | - |
| Shanghai Yiju Information Technology Co., Ltd. | 142 | - | - |
| Bite Shijie (Beijing) Keji Co., Ltd. | 47 | - | - |
| Total | 138,497 | 5,222 | 8,984 |

*(iii) Cost of manufacturing consignment*

| | For the Year Ended December 31, | | |
|---|---|---|---|
| | 2020 | 2021 | 2022 |
| Suzhou Zenlead XPT New Energy Technologies Co., Ltd. | 174,680 | 89,286 | - |

In February 2022, Suzhou Zenlead XPT New Energy Technologies Co., Ltd. paid considerations of RMB 46,610 to the Group to settle the outstanding warranty obligations to the Group in connection with the manufacturing consignment of batteries for the Group.

*(iv) Purchase of raw material or property, plant and equipment*

| | For the Year Ended December 31, | | |
|---|---|---|---|
| | 2020 | 2021 | 2022 |
| Kunshan Siwopu Intelligent Equipment Co., Ltd. | 22,797 | 876,510 | 728,096 |
| Nanjing Weibang Transmission Technology Co., Ltd. | 114,329 | 213,867 | 248,604 |
| Xunjie Energy (Wuhan) Co., Ltd. | 460 | 67,350 | 90,132 |
| Total | 137,586 | 1,157,727 | 1,066,832 |

Table of Contents

**NIO INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(All amounts in thousands, except for share and per share data)**

*(v) Sales of goods*

| | For the Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2020 | 2021 | 2022 |
| Wuhan Weineng Battery Assets Co., Ltd. | 290,135 | 4,138,187 | 3,103,871 |
| Hefei Chuangwei Information Consultation Co., Ltd. | - | - | 1,798 |
| Shanghai Weishang Business Consulting Co., Ltd. | - | 157 | 229 |
| Beijing Yiche Interactive Advertising Co., Ltd. | 1,453 | 485 | - |
| Kunshan Siwopu Intelligent Equipment Co., Ltd. | - | 370 | - |
| Beijing Bit Ep Information Technology Co., Ltd. | 4,402 | - | - |
| Beijing Bitauto Interactive Technology Co., Ltd. | 1,974 | - | - |
| Beijing Yiche Information Science and Technology Co., Ltd. | 525 | - | - |
| Total | 298,489 | 4,139,199 | 3,105,898 |

*(vi) Acceptance of R&D and maintenance service*

| | For the Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2020 | 2021 | 2022 |
| Jianglai Advanced Manufacturing Technology (Anhui) Co., Ltd. | - | - | 107,144 |
| Kunshan Siwopu Intelligent Equipment Co., Ltd. | 1,449 | 7,265 | 13,956 |
| Wuhan Weineng Battery Assets Co., Ltd. | - | - | 8,508 |
| Xunjie Energy (Wuhan) Co., Ltd. | - | 929 | 3,735 |
| Ningbo Meishan Free Trade Port Weilai Xinneng Investment Management Co., Ltd. | - | - | 3,015 |
| Suzhou Zenlead XPT New Energy Technologies Co., Ltd. | 1,953 | - | - |
| Total | 3,402 | 8,194 | 136,358 |

*(vii) Loan from related party*

| | For the Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2020 | 2021 | 2022 |
| Beijing Bitauto Interactive Technology Co., Ltd. | 260,000 | - | - |

In 2020, the Company signed loan agreements with Beijing Bitauto Interactive Technology Co., Ltd. for an aggregate loan amount of RMB260,000 at an interest rate of 6%. As of December 31, 2021, the loans have been fully repaid by the Company.

*(viii) Sale of raw material or property, plant and equipment*

| | For the Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2020 | 2021 | 2022 |
| Wuhan Weineng Battery Assets Co., Ltd. | 120 | - | 1,012 |
| Wistron Info Comm (Kunshan) Co., Ltd. | 358 | - | - |
| Total | 478 | - | 1,012 |

*(ix) Convertible notes issued to related parties and interest accrual*

| | For the Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2020 | 2021 | 2022 |
| Huang River Investment Limited | 22,018 | 15,316 | 13,712 |
| Serene View Investment Limited | 101,927 | - | - |
| Total | 123,945 | 15,316 | 13,712 |

Table of Contents

**NIO INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(All amounts in thousands, except for share and per share data)**

*(x) Purchase of equity investee*

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2020 | 2021 | 2022 |
| Weilan (Note 9) | - | 50,000 | - |

***(b) The Group had the following significant related party balances:***

*(i) Amounts due from related parties*

| | As of December 31, | |
| --- | --- | --- |
| | 2021 | 2022 |
| Wuhan Weineng Battery Assets Co., Ltd. | 1,563,757 | 1,376,584 |
| Kunshan Siwopu Intelligent Equipment Co., Ltd. | - | 8,647 |
| Hefei Chuangwei Information Consultation Co., Ltd. | - | 2,032 |
| Nanjing Weibang Transmission Technology Co., Ltd. | 268 | 283 |
| Shanghai Weishang Business Consulting Co., Ltd. | - | 148 |
| Total | 1,564,025 | 1,387,694 |

*(ii) Amounts due to related parties*

| | As of December 31, | |
| --- | --- | --- |
| | 2021 | 2022 |
| Kunshan Siwopu Intelligent Equipment Co., Ltd. | 426,420 | 262,712 |
| Wuhan Weineng Battery Assets Co., Ltd. | - | 58,497 |
| Jianglai Advanced Manufacturing Technology (Anhui) Co., Ltd. | - | 23,279 |
| Nanjing Weibang Transmission Technology Co., Ltd. | 58,025 | 22,293 |
| Xunjie Energy (Wuhan) Co., Ltd. | 32,186 | 14,517 |
| Ningbo Meishan Free Trade Port Weilai Xinneng Investment Management Co., Ltd. | - | 3,015 |
| Wistron Info Comm (Kunshan) Co., Ltd. | 2,339 | 167 |
| Xtronics Innovation Ltd. | 1,161 | 83 |
| Tianjin Boyou Information Technology Co., Ltd. | - | 48 |
| Suzhou Zenlead XPT New Energy Technologies Co., Ltd. | 165,219 | - |
| Beijing Bit Ep Information Technology Co., Ltd. | 1,350 | - |
| Beijing Yiche Interactive Advertising Co., Ltd. | 500 | - |
| Total | 687,200 | 384,611 |

*(iii) Short-term borrowing and interest payable*

| | As of December 31, | |
| --- | --- | --- |
| | 2021 | 2022 |
| Huang River Investment Limited | 381,785 | 3,918 |

*(iv) Long-term borrowing*

| | As of December 31, | |
| --- | --- | --- |
| | 2021 | 2022 |
| Huang River Investment Limited | - | 208,938 |

F-58