# Exhibit L

| NIO Inc. (NIO) August 11, 2020 – February 28, 2023 Source: Yahoo! Finance | | |
|---|---|---|
| **Date** | **Adjusted Closing Price** | **Volume** |
| August 11, 2020 | $12.99 | 181,311,500 |
| August 12, 2020 | $13.36 | 77,260,200 |
| August 13, 2020 | $13.36 | 50,093,500 |
| August 14, 2020 | $13.10 | 63,250,700 |
| August 17, 2020 | $14.05 | 78,340,500 |
| August 18, 2020 | $14.30 | 69,962,400 |
| August 19, 2020 | $14.06 | 41,966,800 |
| August 20, 2020 | $13.78 | 50,072,800 |
| August 21, 2020 | $14.12 | 70,189,900 |
| August 24, 2020 | $14.97 | 98,697,700 |
| August 25, 2020 | $17.84 | 299,047,800 |
| August 26, 2020 | $20.44 | 364,104,600 |
| August 27, 2020 | $19.88 | 199,850,300 |
| August 28, 2020 | $18.50 | 154,799,800 |
| August 31, 2020 | $19.03 | 226,610,900 |
| September 1, 2020 | $20.12 | 137,226,000 |
| September 2, 2020 | $19.90 | 153,460,600 |
| September 3, 2020 | $18.70 | 128,358,400 |
| September 4, 2020 | $17.98 | 163,329,800 |
| September 8, 2020 | $17.03 | 89,624,600 |
| September 9, 2020 | $18.09 | 90,988,400 |
| September 10, 2020 | $17.74 | 79,679,800 |
| September 11, 2020 | $17.97 | 55,373,500 |
| September 14, 2020 | $18.73 | 68,234,900 |
| September 15, 2020 | $19.19 | 111,630,500 |
| September 16, 2020 | $19.01 | 57,671,000 |
| September 17, 2020 | $19.30 | 55,186,600 |
| September 18, 2020 | $19.41 | 54,885,500 |
| September 21, 2020 | $18.81 | 75,969,500 |
| September 22, 2020 | $19.23 | 61,061,100 |
| September 23, 2020 | $17.96 | 70,568,100 |
| September 24, 2020 | $17.85 | 71,069,500 |
| September 25, 2020 | $18.32 | 44,122,100 |
| September 28, 2020 | $18.81 | 42,786,200 |
| September 29, 2020 | $20.85 | 163,159,200 |
| September 30, 2020 | $21.22 | 183,530,500 |
| October 1, 2020 | $21.76 | 79,117,100 |
| October 2, 2020 | $21.18 | 92,713,600 |

| Date | Adjusted Closing Price | Volume |
| --- | --- | --- |
| October 5, 2020 | $21.59 | 60,860,100 |
| October 6, 2020 | $20.67 | 73,217,100 |
| October 7, 2020 | $21.56 | 59,354,300 |
| October 8, 2020 | $21.44 | 77,719,600 |
| October 9, 2020 | $21.47 | 37,329,000 |
| October 12, 2020 | $21.85 | 45,476,800 |
| October 13, 2020 | $21.62 | 42,581,500 |
| October 14, 2020 | $26.50 | 382,663,200 |
| October 15, 2020 | $28.07 | 385,210,600 |
| October 16, 2020 | $28.48 | 186,764,700 |
| October 19, 2020 | $27.63 | 115,708,700 |
| October 20, 2020 | $27.96 | 105,233,400 |
| October 21, 2020 | $27.86 | 65,357,900 |
| October 22, 2020 | $27.38 | 72,173,300 |
| October 23, 2020 | $27.16 | 51,784,000 |
| October 26, 2020 | $26.01 | 72,610,300 |
| October 27, 2020 | $28.44 | 104,257,700 |
| October 28, 2020 | $27.51 | 89,374,900 |
| October 29, 2020 | $31.99 | 214,034,700 |
| October 30, 2020 | $30.58 | 136,607,400 |
| November 2, 2020 | $33.32 | 265,719,900 |
| November 3, 2020 | $35.50 | 217,608,100 |
| November 4, 2020 | $37.71 | 339,385,900 |
| November 5, 2020 | $42.35 | 302,472,600 |
| November 6, 2020 | $41.63 | 288,784,300 |
| November 9, 2020 | $44.02 | 218,733,300 |
| November 10, 2020 | $41.55 | 237,403,600 |
| November 11, 2020 | $43.08 | 179,581,200 |
| November 12, 2020 | $48.30 | 345,932,900 |
| November 13, 2020 | $44.56 | 577,185,100 |
| November 16, 2020 | $45.58 | 306,209,100 |
| November 17, 2020 | $46.59 | 345,578,500 |
| November 18, 2020 | $45.06 | 271,678,300 |
| November 19, 2020 | $48.45 | 233,779,100 |
| November 20, 2020 | $49.25 | 209,106,300 |
| November 23, 2020 | $55.38 | 270,203,000 |
| November 24, 2020 | $53.51 | 243,669,700 |
| November 25, 2020 | $53.69 | 204,508,500 |
| November 27, 2020 | $54.00 | 105,795,100 |
| November 30, 2020 | $50.53 | 179,765,400 |

| Date | Adjusted Closing Price | Volume |
|---|---|---|
| December 1, 2020 | $45.36 | 246,472,300 |
| December 2, 2020 | $47.98 | 313,028,300 |
| December 3, 2020 | $45.35 | 173,424,000 |
| December 4, 2020 | $43.04 | 191,969,900 |
| December 7, 2020 | $45.11 | 165,048,500 |
| December 8, 2020 | $46.56 | 115,799,600 |
| December 9, 2020 | $44.01 | 121,387,900 |
| December 10, 2020 | $45.22 | 107,376,800 |
| December 11, 2020 | $41.98 | 147,076,100 |
| December 14, 2020 | $40.98 | 171,598,200 |
| December 15, 2020 | $43.50 | 132,336,900 |
| December 16, 2020 | $44.67 | 120,109,600 |
| December 17, 2020 | $46.00 | 130,003,700 |
| December 18, 2020 | $46.72 | 126,251,100 |
| December 21, 2020 | $48.95 | 132,558,100 |
| December 22, 2020 | $47.58 | 117,118,300 |
| December 23, 2020 | $47.01 | 81,247,900 |
| December 24, 2020 | $45.77 | 60,582,500 |
| December 28, 2020 | $44.06 | 105,078,000 |
| December 29, 2020 | $46.14 | 120,689,900 |
| December 30, 2020 | $48.38 | 116,691,700 |
| December 31, 2020 | $48.74 | 129,344,300 |
| January 4, 2021 | $53.49 | 213,109,700 |
| January 5, 2021 | $53.20 | 147,474,800 |
| January 6, 2021 | $50.50 | 176,397,700 |
| January 7, 2021 | $54.28 | 119,429,200 |
| January 8, 2021 | $58.92 | 218,512,800 |
| January 11, 2021 | $62.70 | 279,770,300 |
| January 12, 2021 | $62.04 | 184,319,300 |
| January 13, 2021 | $62.15 | 116,059,200 |
| January 14, 2021 | $60.87 | 99,338,400 |
| January 15, 2021 | $56.27 | 132,247,900 |
| January 19, 2021 | $58.44 | 99,561,100 |
| January 20, 2021 | $57.71 | 94,983,600 |
| January 21, 2021 | $58.34 | 73,119,500 |
| January 22, 2021 | $61.95 | 133,918,100 |
| January 25, 2021 | $59.99 | 111,986,400 |
| January 26, 2021 | $60.31 | 70,393,300 |
| January 27, 2021 | $57.15 | 73,078,300 |
| January 28, 2021 | $58.37 | 73,955,100 |

| Date | Adjusted Closing Price | Volume |
|---|---|---|
| January 29, 2021 | $57.00 | 78,678,200 |
| February 1, 2021 | $56.99 | 79,878,700 |
| February 2, 2021 | $55.77 | 66,234,100 |
| February 3, 2021 | $57.98 | 80,122,300 |
| February 4, 2021 | $57.60 | 48,667,900 |
| February 5, 2021 | $56.67 | 43,057,500 |
| February 8, 2021 | $59.07 | 64,030,100 |
| February 9, 2021 | $62.84 | 97,246,500 |
| February 10, 2021 | $61.26 | 90,366,700 |
| February 11, 2021 | $60.27 | 55,732,800 |
| February 12, 2021 | $59.85 | 40,233,100 |
| February 16, 2021 | $59.23 | 55,084,100 |
| February 17, 2021 | $57.32 | 64,196,800 |
| February 18, 2021 | $54.43 | 62,505,700 |
| February 19, 2021 | $55.04 | 43,020,700 |
| February 22, 2021 | $50.68 | 68,831,300 |
| February 23, 2021 | $49.11 | 142,544,300 |
| February 24, 2021 | $51.86 | 82,488,600 |
| February 25, 2021 | $46.81 | 95,513,800 |
| February 26, 2021 | $45.78 | 100,315,500 |
| March 1, 2021 | $49.76 | 94,238,500 |
| March 2, 2021 | $43.29 | 161,334,000 |
| March 3, 2021 | $41.53 | 107,863,400 |
| March 4, 2021 | $39.28 | 205,872,700 |
| March 5, 2021 | $38.11 | 270,803,200 |
| March 8, 2021 | $35.21 | 143,074,800 |
| March 9, 2021 | $41.35 | 176,602,600 |
| March 10, 2021 | $41.32 | 190,801,800 |
| March 11, 2021 | $46.03 | 134,788,000 |
| March 12, 2021 | $45.50 | 113,460,100 |
| March 15, 2021 | $44.93 | 74,013,600 |
| March 16, 2021 | $43.68 | 84,361,400 |
| March 17, 2021 | $44.76 | 96,150,000 |
| March 18, 2021 | $41.63 | 71,159,900 |
| March 19, 2021 | $43.35 | 97,657,200 |
| March 22, 2021 | $42.94 | 72,838,500 |
| March 23, 2021 | $41.18 | 58,542,300 |
| March 24, 2021 | $36.96 | 130,695,000 |
| March 25, 2021 | $37.94 | 118,082,000 |
| March 26, 2021 | $36.13 | 163,039,700 |

| Date | Adjusted Closing Price | Volume |
|---|---|---|
| March 29, 2021 | $35.51 | 83,188,200 |
| March 30, 2021 | $37.55 | 106,153,500 |
| March 31, 2021 | $38.98 | 98,298,400 |
| April 1, 2021 | $39.66 | 116,305,500 |
| April 5, 2021 | $39.31 | 71,418,400 |
| April 6, 2021 | $40.00 | 67,969,400 |
| April 7, 2021 | $37.27 | 80,022,800 |
| April 8, 2021 | $38.70 | 63,692,000 |
| April 9, 2021 | $38.12 | 69,272,700 |
| April 12, 2021 | $37.14 | 53,428,100 |
| April 13, 2021 | $38.48 | 62,005,700 |
| April 14, 2021 | $37.02 | 78,454,000 |
| April 15, 2021 | $35.66 | 100,437,400 |
| April 16, 2021 | $36.09 | 84,477,400 |
| April 19, 2021 | $36.78 | 92,190,700 |
| April 20, 2021 | $36.93 | 71,208,600 |
| April 21, 2021 | $38.90 | 77,449,200 |
| April 22, 2021 | $39.57 | 115,802,700 |
| April 23, 2021 | $41.08 | 70,342,400 |
| April 26, 2021 | $42.62 | 88,233,500 |
| April 27, 2021 | $41.21 | 69,998,800 |
| April 28, 2021 | $41.19 | 57,639,600 |
| April 29, 2021 | $38.99 | 82,660,700 |
| April 30, 2021 | $39.84 | 116,728,700 |
| May 3, 2021 | $39.54 | 80,089,600 |
| May 4, 2021 | $37.93 | 78,256,800 |
| May 5, 2021 | $37.71 | 56,336,200 |
| May 6, 2021 | $36.68 | 71,656,000 |
| May 7, 2021 | $36.94 | 55,551,700 |
| May 10, 2021 | $34.33 | 92,293,900 |
| May 11, 2021 | $34.87 | 113,418,900 |
| May 12, 2021 | $33.68 | 75,993,700 |
| May 13, 2021 | $31.22 | 113,686,700 |
| May 14, 2021 | $33.42 | 80,214,300 |
| May 17, 2021 | $33.81 | 64,020,000 |
| May 18, 2021 | $34.19 | 64,929,500 |
| May 19, 2021 | $33.46 | 68,799,800 |
| May 20, 2021 | $34.33 | 48,991,700 |
| May 21, 2021 | $34.06 | 49,568,800 |
| May 24, 2021 | $35.89 | 67,244,400 |

5

| Date | Adjusted Closing Price | Volume |
|---|---|---|
| May 25, 2021 | $36.07 | 76,628,000 |
| May 26, 2021 | $37.76 | 55,929,000 |
| May 27, 2021 | $38.91 | 53,064,400 |
| May 28, 2021 | $38.62 | 58,236,000 |
| June 1, 2021 | $42.34 | 101,544,100 |
| June 2, 2021 | $41.16 | 66,383,500 |
| June 3, 2021 | $40.90 | 62,437,200 |
| June 4, 2021 | $41.94 | 40,993,600 |
| June 7, 2021 | $43.68 | 53,261,300 |
| June 8, 2021 | $43.56 | 50,332,300 |
| June 9, 2021 | $42.74 | 36,364,000 |
| June 10, 2021 | $42.76 | 34,757,300 |
| June 11, 2021 | $45.68 | 85,733,900 |
| June 14, 2021 | $46.55 | 65,288,400 |
| June 15, 2021 | $45.15 | 44,755,600 |
| June 16, 2021 | $45.02 | 47,381,500 |
| June 17, 2021 | $47.36 | 64,895,500 |
| June 18, 2021 | $46.91 | 90,778,400 |
| June 21, 2021 | $46.51 | 44,475,700 |
| June 22, 2021 | $44.10 | 61,387,300 |
| June 23, 2021 | $45.41 | 39,493,500 |
| June 24, 2021 | $45.46 | 37,680,700 |
| June 25, 2021 | $45.07 | 32,605,400 |
| June 28, 2021 | $49.40 | 90,202,800 |
| June 29, 2021 | $50.34 | 64,800,100 |
| June 30, 2021 | $53.20 | 92,031,100 |
| July 1, 2021 | $50.90 | 124,253,000 |
| July 2, 2021 | $50.40 | 78,631,100 |
| July 6, 2021 | $50.29 | 67,705,500 |
| July 7, 2021 | $46.04 | 85,812,800 |
| July 8, 2021 | $45.60 | 93,774,800 |
| July 9, 2021 | $45.53 | 64,622,800 |
| July 12, 2021 | $46.34 | 54,668,300 |
| July 13, 2021 | $44.96 | 44,689,100 |
| July 14, 2021 | $43.05 | 56,805,800 |
| July 15, 2021 | $43.68 | 55,860,400 |
| July 16, 2021 | $42.80 | 49,929,500 |
| July 19, 2021 | $43.35 | 65,290,100 |
| July 20, 2021 | $44.17 | 37,932,300 |
| July 21, 2021 | $46.77 | 59,851,700 |

| Date | Adjusted Closing Price | Volume |
|---|---|---|
| July 22, 2021 | $46.07 | 38,936,400 |
| July 23, 2021 | $43.99 | 49,559,100 |
| July 26, 2021 | $43.17 | 54,759,200 |
| July 27, 2021 | $39.36 | 102,714,000 |
| July 28, 2021 | $41.84 | 59,207,200 |
| July 29, 2021 | $42.62 | 46,847,600 |
| July 30, 2021 | $44.68 | 66,262,700 |
| August 2, 2021 | $45.85 | 68,453,300 |
| August 3, 2021 | $44.57 | 46,029,300 |
| August 4, 2021 | $45.09 | 35,453,600 |
| August 5, 2021 | $45.60 | 33,362,600 |
| August 6, 2021 | $43.84 | 38,016,400 |
| August 9, 2021 | $45.21 | 30,548,700 |
| August 10, 2021 | $44.22 | 29,572,800 |
| August 11, 2021 | $43.97 | 33,805,200 |
| August 12, 2021 | $42.47 | 50,685,600 |
| August 13, 2021 | $41.03 | 39,161,100 |
| August 16, 2021 | $38.62 | 66,407,900 |
| August 17, 2021 | $38.10 | 60,838,000 |
| August 18, 2021 | $38.86 | 48,277,600 |
| August 19, 2021 | $36.29 | 56,718,000 |
| August 20, 2021 | $36.92 | 43,491,300 |
| August 23, 2021 | $38.17 | 39,610,100 |
| August 24, 2021 | $38.94 | 37,927,500 |
| August 25, 2021 | $38.95 | 25,641,300 |
| August 26, 2021 | $38.26 | 34,432,000 |
| August 27, 2021 | $38.05 | 23,496,700 |
| August 30, 2021 | $37.80 | 38,128,000 |
| August 31, 2021 | $39.31 | 44,942,200 |
| September 1, 2021 | $39.08 | 56,911,500 |
| September 2, 2021 | $40.35 | 43,827,700 |
| September 3, 2021 | $40.37 | 30,353,900 |
| September 7, 2021 | $40.59 | 35,292,600 |
| September 8, 2021 | $38.14 | 51,800,000 |
| September 9, 2021 | $38.45 | 33,812,000 |
| September 10, 2021 | $37.98 | 29,273,600 |
| September 13, 2021 | $38.39 | 38,410,000 |
| September 14, 2021 | $37.89 | 30,857,200 |
| September 15, 2021 | $38.03 | 27,049,400 |
| September 16, 2021 | $37.09 | 33,023,100 |

| Date | Adjusted Closing Price | Volume |
|---|---|---|
| September 17, 2021 | $37.51 | 29,557,200 |
| September 20, 2021 | $35.17 | 57,611,700 |
| September 21, 2021 | $34.90 | 31,706,600 |
| September 22, 2021 | $35.70 | 26,608,000 |
| September 23, 2021 | $36.01 | 27,152,700 |
| September 24, 2021 | $35.38 | 23,755,100 |
| September 27, 2021 | $36.77 | 36,093,000 |
| September 28, 2021 | $35.05 | 37,507,900 |
| September 29, 2021 | $35.13 | 33,553,400 |
| September 30, 2021 | $35.63 | 25,768,500 |
| October 1, 2021 | $35.38 | 34,919,900 |
| October 4, 2021 | $33.40 | 40,823,100 |
| October 5, 2021 | $33.87 | 26,441,300 |
| October 6, 2021 | $33.66 | 22,885,100 |
| October 7, 2021 | $35.99 | 67,945,200 |
| October 8, 2021 | $35.83 | 31,959,800 |
| October 11, 2021 | $35.64 | 25,400,100 |
| October 12, 2021 | $35.51 | 26,592,000 |
| October 13, 2021 | $36.24 | 33,439,600 |
| October 14, 2021 | $36.28 | 29,898,400 |
| October 15, 2021 | $37.71 | 48,169,000 |
| October 18, 2021 | $39.61 | 43,499,400 |
| October 19, 2021 | $40.03 | 37,820,000 |
| October 20, 2021 | $39.78 | 25,120,700 |
| October 21, 2021 | $39.97 | 25,389,100 |
| October 22, 2021 | $38.88 | 28,015,500 |
| October 25, 2021 | $41.27 | 46,935,600 |
| October 26, 2021 | $40.47 | 55,875,400 |
| October 27, 2021 | $39.31 | 28,750,900 |
| October 28, 2021 | $40.79 | 32,774,200 |
| October 29, 2021 | $39.41 | 33,423,100 |
| November 1, 2021 | $40.84 | 53,062,500 |
| November 2, 2021 | $41.30 | 46,243,600 |
| November 3, 2021 | $41.50 | 34,202,100 |
| November 4, 2021 | $43.12 | 53,634,400 |
| November 5, 2021 | $42.29 | 33,048,700 |
| November 8, 2021 | $43.20 | 38,487,900 |
| November 9, 2021 | $40.64 | 49,158,000 |
| November 10, 2021 | $39.55 | 48,507,300 |
| November 11, 2021 | $42.20 | 39,934,000 |

| Date | Adjusted Closing Price | Volume |
|---|---|---|
| November 12, 2021 | $42.67 | 34,743,100 |
| November 15, 2021 | $40.57 | 47,571,700 |
| November 16, 2021 | $40.67 | 37,099,000 |
| November 17, 2021 | $39.67 | 35,829,900 |
| November 18, 2021 | $38.41 | 42,260,200 |
| November 19, 2021 | $38.66 | 30,069,100 |
| November 22, 2021 | $41.49 | 70,987,500 |
| November 23, 2021 | $42.04 | 55,094,300 |
| November 24, 2021 | $41.42 | 33,467,200 |
| November 26, 2021 | $39.99 | 30,468,500 |
| November 29, 2021 | $40.46 | 35,113,900 |
| November 30, 2021 | $39.13 | 47,970,900 |
| December 1, 2021 | $38.31 | 48,006,000 |
| December 2, 2021 | $36.20 | 85,263,200 |
| December 3, 2021 | $32.15 | 106,366,600 |
| December 6, 2021 | $32.34 | 70,041,700 |
| December 7, 2021 | $33.12 | 51,769,700 |
| December 8, 2021 | $35.05 | 48,881,000 |
| December 9, 2021 | $34.05 | 36,271,400 |
| December 10, 2021 | $34.26 | 32,196,300 |
| December 13, 2021 | $33.66 | 31,857,900 |
| December 14, 2021 | $32.30 | 45,998,500 |
| December 15, 2021 | $30.79 | 80,802,100 |
| December 16, 2021 | $30.07 | 42,744,100 |
| December 17, 2021 | $30.00 | 54,537,300 |
| December 20, 2021 | $28.16 | 56,945,600 |
| December 21, 2021 | $30.16 | 73,653,200 |
| December 22, 2021 | $29.85 | 38,368,900 |
| December 23, 2021 | $30.52 | 38,379,700 |
| December 27, 2021 | $29.96 | 36,081,100 |
| December 28, 2021 | $29.63 | 28,807,200 |
| December 29, 2021 | $28.25 | 51,169,700 |
| December 30, 2021 | $32.42 | 137,245,800 |
| December 31, 2021 | $31.68 | 67,569,200 |
| January 3, 2022 | $33.47 | 64,286,500 |
| January 4, 2022 | $31.58 | 47,866,800 |
| January 5, 2022 | $29.88 | 42,442,700 |
| January 6, 2022 | $29.31 | 48,723,200 |
| January 7, 2022 | $29.30 | 40,781,500 |
| January 10, 2022 | $28.91 | 44,833,600 |

| Date | Adjusted Closing Price | Volume |
|---|---|---|
| January 11, 2022 | $30.02 | 41,475,700 |
| January 12, 2022 | $31.68 | 54,271,700 |
| January 13, 2022 | $30.48 | 35,401,300 |
| January 14, 2022 | $30.95 | 34,862,600 |
| January 18, 2022 | $29.61 | 33,258,200 |
| January 19, 2022 | $28.63 | 34,011,800 |
| January 20, 2022 | $29.13 | 45,217,100 |
| January 21, 2022 | $27.35 | 60,210,500 |
| January 24, 2022 | $24.87 | 94,119,800 |
| January 25, 2022 | $23.79 | 53,047,000 |
| January 26, 2022 | $22.66 | 72,125,700 |
| January 27, 2022 | $21.11 | 78,287,900 |
| January 28, 2022 | $20.90 | 96,701,100 |
| January 31, 2022 | $24.51 | 96,028,800 |
| February 1, 2022 | $24.84 | 81,994,300 |
| February 2, 2022 | $23.76 | 60,475,400 |
| February 3, 2022 | $23.13 | 55,361,300 |
| February 4, 2022 | $23.96 | 45,771,700 |
| February 7, 2022 | $23.99 | 39,661,800 |
| February 8, 2022 | $24.69 | 42,607,200 |
| February 9, 2022 | $26.10 | 56,547,700 |
| February 10, 2022 | $25.35 | 54,337,700 |
| February 11, 2022 | $24.10 | 47,870,100 |
| February 14, 2022 | $23.79 | 41,441,600 |
| February 15, 2022 | $25.79 | 47,215,200 |
| February 16, 2022 | $25.61 | 32,627,200 |
| February 17, 2022 | $24.72 | 34,541,600 |
| February 18, 2022 | $23.21 | 52,112,700 |
| February 22, 2022 | $21.77 | 56,038,200 |
| February 23, 2022 | $20.46 | 49,465,100 |
| February 24, 2022 | $21.22 | 77,198,400 |
| February 25, 2022 | $20.94 | 56,994,000 |
| February 28, 2022 | $22.84 | 83,996,600 |
| March 1, 2022 | $21.87 | 50,402,000 |
| March 2, 2022 | $21.77 | 47,212,000 |
| March 3, 2022 | $19.88 | 69,419,400 |
| March 4, 2022 | $18.63 | 68,403,300 |
| March 7, 2022 | $18.12 | 79,649,600 |
| March 8, 2022 | $17.98 | 74,932,400 |
| March 9, 2022 | $20.17 | 84,306,700 |

| Date | Adjusted Closing Price | Volume |
|---|---|---|
| March 10, 2022 | $17.77 | 105,883,600 |
| March 11, 2022 | $16.07 | 93,265,200 |
| March 14, 2022 | $14.10 | 115,290,300 |
| March 15, 2022 | $14.93 | 139,771,600 |
| March 16, 2022 | $18.75 | 168,011,700 |
| March 17, 2022 | $18.82 | 93,328,900 |
| March 18, 2022 | $20.86 | 128,531,700 |
| March 21, 2022 | $20.26 | 89,586,400 |
| March 22, 2022 | $21.77 | 79,808,500 |
| March 23, 2022 | $21.87 | 88,922,000 |
| March 24, 2022 | $21.98 | 97,155,000 |
| March 25, 2022 | $19.91 | 106,936,200 |
| March 28, 2022 | $21.21 | 75,247,200 |
| March 29, 2022 | $21.88 | 65,946,100 |
| March 30, 2022 | $22.17 | 114,646,500 |
| March 31, 2022 | $21.05 | 77,641,400 |
| April 1, 2022 | $21.93 | 110,169,300 |
| April 4, 2022 | $23.85 | 101,280,500 |
| April 5, 2022 | $22.47 | 69,772,000 |
| April 6, 2022 | $21.68 | 73,501,100 |
| April 7, 2022 | $20.36 | 82,617,000 |
| April 8, 2022 | $20.00 | 59,574,300 |
| April 11, 2022 | $19.70 | 93,693,800 |
| April 12, 2022 | $19.46 | 51,210,800 |
| April 13, 2022 | $20.42 | 57,163,200 |
| April 14, 2022 | $19.65 | 43,937,500 |
| April 18, 2022 | $19.17 | 40,647,500 |
| April 19, 2022 | $19.87 | 43,395,000 |
| April 20, 2022 | $18.15 | 53,336,400 |
| April 21, 2022 | $17.15 | 61,501,400 |
| April 22, 2022 | $17.18 | 60,727,300 |
| April 25, 2022 | $17.31 | 54,990,900 |
| April 26, 2022 | $16.36 | 52,771,600 |
| April 27, 2022 | $16.76 | 56,633,000 |
| April 28, 2022 | $16.93 | 53,118,500 |
| April 29, 2022 | $16.70 | 62,933,900 |
| May 2, 2022 | $17.50 | 56,156,200 |
| May 3, 2022 | $17.53 | 44,062,200 |
| May 4, 2022 | $18.13 | 53,869,900 |
| May 5, 2022 | $15.38 | 95,761,700 |

| Date | Adjusted Closing Price | Volume |
|---|---|---|
| May 6, 2022 | $14.92 | 57,655,100 |
| May 9, 2022 | $13.55 | 63,121,000 |
| May 10, 2022 | $13.44 | 77,181,800 |
| May 11, 2022 | $12.71 | 86,081,300 |
| May 12, 2022 | $13.10 | 83,180,600 |
| May 13, 2022 | $14.31 | 63,558,000 |
| May 16, 2022 | $14.55 | 82,270,000 |
| May 17, 2022 | $16.63 | 93,233,100 |
| May 18, 2022 | $15.83 | 72,865,500 |
| May 19, 2022 | $16.66 | 61,191,000 |
| May 20, 2022 | $16.44 | 86,108,900 |
| May 23, 2022 | $16.00 | 65,594,700 |
| May 24, 2022 | $14.63 | 48,413,500 |
| May 25, 2022 | $14.64 | 44,911,100 |
| May 26, 2022 | $16.03 | 64,243,800 |
| May 27, 2022 | $16.57 | 51,414,800 |
| May 31, 2022 | $17.39 | 96,583,300 |
| June 1, 2022 | $17.57 | 92,493,700 |
| June 2, 2022 | $18.85 | 77,825,000 |
| June 3, 2022 | $18.08 | 57,620,700 |
| June 6, 2022 | $19.18 | 68,726,800 |
| June 7, 2022 | $19.65 | 49,357,200 |
| June 8, 2022 | $20.38 | 65,311,600 |
| June 9, 2022 | $18.82 | 73,635,000 |
| June 10, 2022 | $18.14 | 61,204,800 |
| June 13, 2022 | $15.99 | 60,529,400 |
| June 14, 2022 | $18.66 | 105,582,700 |
| June 15, 2022 | $20.11 | 121,426,000 |
| June 16, 2022 | $19.18 | 77,244,500 |
| June 17, 2022 | $20.77 | 82,067,300 |
| June 21, 2022 | $22.66 | 90,287,700 |
| June 22, 2022 | $22.55 | 81,297,100 |
| June 23, 2022 | $23.05 | 77,502,800 |
| June 24, 2022 | $24.08 | 67,062,600 |
| June 27, 2022 | $22.95 | 61,701,600 |
| June 28, 2022 | $22.36 | 76,228,500 |
| June 29, 2022 | $21.86 | 71,582,000 |
| June 30, 2022 | $21.72 | 53,074,100 |
| July 1, 2022 | $21.36 | 56,855,500 |
| July 5, 2022 | $22.18 | 50,537,400 |

| Date | Adjusted Closing Price | Volume |
|---|---|---|
| July 6, 2022 | $20.83 | 58,981,700 |
| July 7, 2022 | $22.50 | 72,102,000 |
| July 8, 2022 | $22.60 | 48,917,200 |
| July 11, 2022 | $20.57 | 54,656,800 |
| July 12, 2022 | $20.87 | 49,780,800 |
| July 13, 2022 | $21.09 | 50,089,200 |
| July 14, 2022 | $21.05 | 39,870,500 |
| July 15, 2022 | $20.72 | 41,337,800 |
| July 18, 2022 | $20.84 | 40,382,300 |
| July 19, 2022 | $20.20 | 63,211,700 |
| July 20, 2022 | $20.37 | 40,381,200 |
| July 21, 2022 | $20.68 | 39,842,100 |
| July 22, 2022 | $19.24 | 55,606,900 |
| July 25, 2022 | $19.33 | 30,357,200 |
| July 26, 2022 | $19.04 | 27,669,900 |
| July 27, 2022 | $19.38 | 32,854,100 |
| July 28, 2022 | $19.49 | 31,078,800 |
| July 29, 2022 | $19.73 | 36,943,000 |
| August 1, 2022 | $20.18 | 54,375,800 |
| August 2, 2022 | $20.18 | 51,262,000 |
| August 3, 2022 | $20.30 | 44,049,900 |
| August 4, 2022 | $20.90 | 37,737,400 |
| August 5, 2022 | $20.22 | 34,056,400 |
| August 8, 2022 | $20.17 | 29,584,800 |
| August 9, 2022 | $19.17 | 38,118,400 |
| August 10, 2022 | $20.05 | 35,345,700 |
| August 11, 2022 | $20.82 | 56,333,100 |
| August 12, 2022 | $21.11 | 34,953,500 |
| August 15, 2022 | $21.30 | 36,347,500 |
| August 16, 2022 | $20.91 | 32,103,200 |
| August 17, 2022 | $20.08 | 26,455,900 |
| August 18, 2022 | $19.91 | 21,640,100 |
| August 19, 2022 | $19.05 | 24,262,600 |
| August 22, 2022 | $18.95 | 27,327,900 |
| August 23, 2022 | $18.29 | 34,210,200 |
| August 24, 2022 | $18.87 | 29,271,000 |
| August 25, 2022 | $20.08 | 42,455,900 |
| August 26, 2022 | $19.92 | 61,525,400 |
| August 29, 2022 | $19.81 | 33,245,000 |
| August 30, 2022 | $19.83 | 29,823,800 |

13

| Date | Adjusted Closing Price | Volume |
|---|---|---|
| August 31, 2022 | $19.91 | 39,383,500 |
| September 1, 2022 | $18.79 | 47,665,700 |
| September 2, 2022 | $17.73 | 44,132,000 |
| September 6, 2022 | $17.11 | 32,485,200 |
| September 7, 2022 | $17.48 | 58,645,900 |
| September 8, 2022 | $17.68 | 30,487,800 |
| September 9, 2022 | $19.16 | 54,913,900 |
| September 12, 2022 | $21.75 | 86,994,000 |
| September 13, 2022 | $21.97 | 77,974,400 |
| September 14, 2022 | $21.94 | 47,206,700 |
| September 15, 2022 | $21.51 | 43,787,900 |
| September 16, 2022 | $20.15 | 65,778,700 |
| September 19, 2022 | $20.90 | 36,244,000 |
| September 20, 2022 | $20.41 | 29,290,000 |
| September 21, 2022 | $18.30 | 64,553,200 |
| September 22, 2022 | $18.35 | 36,823,100 |
| September 23, 2022 | $17.64 | 39,484,400 |
| September 26, 2022 | $17.62 | 42,024,500 |
| September 27, 2022 | $17.19 | 40,675,200 |
| September 28, 2022 | $17.33 | 37,295,600 |
| September 29, 2022 | $15.58 | 51,517,700 |
| September 30, 2022 | $15.77 | 39,341,300 |
| October 3, 2022 | $15.49 | 38,423,000 |
| October 4, 2022 | $16.73 | 45,093,600 |
| October 5, 2022 | $16.04 | 39,737,500 |
| October 6, 2022 | $14.77 | 67,739,000 |
| October 7, 2022 | $13.76 | 53,268,900 |
| October 10, 2022 | $13.28 | 48,731,700 |
| October 11, 2022 | $12.83 | 51,761,500 |
| October 12, 2022 | $12.88 | 50,001,300 |
| October 13, 2022 | $12.78 | 53,451,100 |
| October 14, 2022 | $11.75 | 59,846,600 |
| October 17, 2022 | $12.21 | 51,097,200 |
| October 18, 2022 | $12.21 | 58,185,400 |
| October 19, 2022 | $10.92 | 99,014,200 |
| October 20, 2022 | $10.97 | 47,109,300 |
| October 21, 2022 | $11.21 | 42,496,300 |
| October 24, 2022 | $9.45 | 166,523,700 |
| October 25, 2022 | $10.63 | 98,189,000 |
| October 26, 2022 | $10.81 | 79,102,800 |

14

| Date | Adjusted Closing Price | Volume |
|---|---|---|
| October 27, 2022 | $9.98 | 64,014,700 |
| October 28, 2022 | $9.69 | 74,420,600 |
| October 31, 2022 | $9.67 | 46,879,600 |
| November 1, 2022 | $9.71 | 56,233,200 |
| November 2, 2022 | $9.49 | 76,033,400 |
| November 3, 2022 | $9.94 | 64,660,300 |
| November 4, 2022 | $11.68 | 125,406,400 |
| November 7, 2022 | $10.98 | 84,143,600 |
| November 8, 2022 | $10.56 | 61,734,900 |
| November 9, 2022 | $9.25 | 81,211,800 |
| November 10, 2022 | $10.34 | 84,026,800 |
| November 11, 2022 | $11.56 | 100,635,600 |
| November 14, 2022 | $11.17 | 62,563,000 |
| November 15, 2022 | $11.51 | 63,244,200 |
| November 16, 2022 | $10.53 | 49,624,900 |
| November 17, 2022 | $10.67 | 62,563,500 |
| November 18, 2022 | $10.47 | 49,320,200 |
| November 21, 2022 | $10.02 | 53,072,100 |
| November 22, 2022 | $10.01 | 36,096,300 |
| November 23, 2022 | $10.56 | 49,399,100 |
| November 25, 2022 | $10.17 | 23,487,600 |
| November 28, 2022 | $10.12 | 39,047,000 |
| November 29, 2022 | $10.50 | 48,292,300 |
| November 30, 2022 | $12.78 | 173,185,000 |
| December 1, 2022 | $12.09 | 59,583,400 |
| December 2, 2022 | $13.13 | 106,291,200 |
| December 5, 2022 | $12.80 | 94,815,800 |
| December 6, 2022 | $13.24 | 62,747,600 |
| December 7, 2022 | $12.58 | 52,840,500 |
| December 8, 2022 | $13.41 | 52,377,700 |
| December 9, 2022 | $12.63 | 44,101,100 |
| December 12, 2022 | $12.49 | 35,211,100 |
| December 13, 2022 | $12.31 | 52,084,300 |
| December 14, 2022 | $12.10 | 33,251,900 |
| December 15, 2022 | $11.88 | 41,620,900 |
| December 16, 2022 | $11.60 | 46,476,300 |
| December 19, 2022 | $11.06 | 40,564,600 |
| December 20, 2022 | $11.09 | 44,765,300 |
| December 21, 2022 | $11.61 | 34,244,000 |
| December 22, 2022 | $11.29 | 32,468,900 |

| Date | Adjusted Closing Price | Volume |
|---|---|---|
| December 23, 2022 | $10.97 | 33,666,100 |
| December 27, 2022 | $10.06 | 54,165,700 |
| December 28, 2022 | $9.80 | 42,225,300 |
| December 29, 2022 | $9.99 | 49,380,200 |
| December 30, 2022 | $9.75 | 40,863,800 |
| January 3, 2023 | $9.63 | 54,095,600 |
| January 4, 2023 | $10.63 | 63,723,800 |
| January 5, 2023 | $10.86 | 37,262,700 |
| January 6, 2023 | $10.37 | 70,946,700 |
| January 9, 2023 | $10.76 | 42,870,100 |
| January 10, 2023 | $11.24 | 44,315,500 |
| January 11, 2023 | $11.51 | 42,554,500 |
| January 12, 2023 | $11.81 | 40,125,300 |
| January 13, 2023 | $11.80 | 41,631,500 |
| January 17, 2023 | $11.41 | 48,895,600 |
| January 18, 2023 | $11.01 | 43,306,200 |
| January 19, 2023 | $10.77 | 33,638,100 |
| January 20, 2023 | $11.07 | 39,012,500 |
| January 23, 2023 | $12.06 | 64,034,100 |
| January 24, 2023 | $11.68 | 37,478,600 |
| January 25, 2023 | $11.63 | 26,348,900 |
| January 26, 2023 | $12.17 | 51,635,100 |
| January 27, 2023 | $12.71 | 69,734,400 |
| January 30, 2023 | $12.02 | 54,970,000 |
| January 31, 2023 | $12.07 | 45,863,100 |
| February 1, 2023 | $12.10 | 65,907,200 |
| February 2, 2023 | $11.96 | 68,872,800 |
| February 3, 2023 | $11.19 | 55,798,800 |
| February 6, 2023 | $10.93 | 45,482,600 |
| February 7, 2023 | $10.92 | 35,350,700 |
| February 8, 2023 | $10.65 | 28,370,200 |
| February 9, 2023 | $10.47 | 40,466,300 |
| February 10, 2023 | $10.31 | 38,377,100 |
| February 13, 2023 | $10.31 | 30,815,800 |
| February 14, 2023 | $10.31 | 38,028,600 |
| February 15, 2023 | $10.50 | 35,660,100 |
| February 16, 2023 | $10.19 | 38,647,000 |
| February 17, 2023 | $10.19 | 37,467,000 |
| February 21, 2023 | $10.03 | 35,046,700 |
| February 22, 2023 | $10.18 | 34,099,400 |

| Date | Adjusted Closing Price | Volume |
|---|---|---|
| February 23, 2023 | $9.79 | 50,261,600 |
| February 24, 2023 | $9.30 | 56,808,900 |
| February 27, 2023 | $9.33 | 42,356,400 |
| February 28, 2023 | $9.39 | 53,310,800 |