# Exhibit O



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

DIVISION OF
CORPORATION FINANCE

November 29, 2022

Steven Feng
Chief Financial Officer
NIO Inc.
Building 20, 56 Antuo Road
Jiading District, Shanghai 201804
People's Republic of China

>      **Re:  NIO Inc.**
>           **Form 20-F for the period ended December 31, 2021**
>           **File No. 1-38638**

Dear Steven Feng:

    We have completed our review of your filing.  We remind you that the company and its management are responsible for the accuracy and adequacy of their disclosures, notwithstanding any review, comments, action or absence of action by the staff.

>                     Sincerely,
>
>                     Division of Corporation Finance
>                     Office of Manufacturing