**EXHIBIT D**



27/F, Building A, Phoenix Plaza
5 Shuguang Xili,
Chaoyang Beijing 100028,
P.R. China
Tel: 86 10 85321720
Fax: 8610 65323270
www.china.acclime.com

Business Credit Report

Wuhan Weineng Battery Asset Co., Ltd.

(Mirattery Co., Ltd. Given by Official Sources)

Your Enquiry:     Wuhan Weineng Battery Asset Co., Ltd.
Date of Enquiry: Jan. 19, 2023
Report Type:      Business Credit Report

**INVESTIGATION NOTES**

Subject's fax number was not acquired from various sources.

New commercial registration system was implemented since Mar. 2014, paid-up capital is not required for registration, so paid-up ratio of registered capital cannot be provided in the report.

The report shall not be provided to any third party.



27/F, Building A, Phoenix Plaza
5 Shuguang Xili,
Chaoyang Beijing 100028,
P.R. China
Tel: 86 10 85321720
Fax: 8610 65323270
www.china.acclime.com

## PROFILE

| | |
|---|---|
| Subject Name: | Wuhan Weineng Battery Asset Co., Ltd. |
| AIC No.: | 420100400108337 |
| Unified Social Credit Code: | 91420100MA49JKY15E |
| N.O.C.: | MA49JKY15 |
| Tax File No.: | 91420100MA49JKY15E |
| Address: | 36/F, T1 Office Building, Changchenghui, 9 Zhongbei Road<br>Wuchang District<br>Wuhan City<br>Hubei Province |
| Zip Code: | 430064 |
| Telephone: | (86) 27 - 86657960 |

## SUMMARY

| | |
|---|---|
| Establishment Date: | Aug. 18, 2020 |
| Legal Status: | Limited liability company |
| Organization Type: | Corporate enterprise |
| Debt Issued or Not: | Yes |
| Debt Issuance Status: | Normal |
| Listed or Not: | No |
| Layers of Shareholding: | 1 |
| External Investment or Not: | No |
| Legal Rep.: | SHEN Fei |
| Availability of Main Executive Background: | Yes |
| Registered Capital: | 1,872,761,722 (RMB) |
| Sales: | 753,678,000 (2022) |
| Net Profit: | 48,880,000 (2022) |
| Total Assets: | 7,410,194,000 (Sep. 30, 2022) |
| Net Worth: | 2,178,308,000 (Sep. 30, 2022) |
| Employees: | 47 |
| I/E License: | Yes |
| Litigation Records: | Yes |
| Credit Records: | No |
| Public Records: | No |
| Mortgage/Pledge: | Yes |

Currency in this report is Chinese Yuan (RMB) unless otherwise stated. "--" in this report indicates "unavailable" or "no comments" due to insufficient information.

## CREDIT ASSESSMENT

| Major Indicators | Score | Rating |
|---|---|---|
| Business Size: | 58 | Medium |
| Company Background: | 53 | Average |
| Financial Position: | 60 | Average |
| Industry Outlook: | 73 | Fairly Strong |

The report shall not be provided to any third party.

## RATING DISTRIBUTION IN OUR DATABASE





27/F, Building A, Phoenix Plaza
5 Shuguang Xili,
Chaoyang Beijing 100028,
P.R. China
Tel: 86 10 85321720
Fax: 8610 65323270
www.china.acclime.com

| Credit Rating: | 61 | CR4 |
|---|---|---|
| Base Credit Limit: | | 50,000,000 |

## MAIN BUSINESS & INDUSTRY CLASSIFICATION

| | |
|---|---|
| Main Business: | Power battery leasing, repair, wholesale and retail |
| Chinese SIC: | 7119,Renting of other machinery and equipment |
| ISIC: | 7730,Renting and leasing of other machinery, equipment and tangible goods |
| NACE: | 77.39,Renting and leasing of other machinery, equipment and tangible goods n.e.c. |

More information about Subject's lines of business can be found in OPERATIONS

The report shall not be provided to any third party.



27/F, Building A, Phoenix Plaza
5 Shuguang Xili,
Chaoyang Beijing 100028,
P.R. China
Tel: 86 10 85321720
Fax: 8610 65323270
www.china.acclime.com

## FINANCIAL SUMMARY

|  | 2021 | 2020 |
| --- | --- | --- |
| Sales | 352,903,000 | 5,121,000 |
| Total profit | 76,484,000 | 5,450,000 |
| Net profit | 57,294,000 | 4,084,000 |
| Total assets | 5,267,982,000 | 689,660,000 |
| Total liabilities | 3,237,314,000 | 87,982,000 |
| Total shareholders' equity | 2,030,668,000 | 601,678,000 |
| Total current assets | 929,739,000 | 253,646,000 |
| Total current liabilities | 2,588,217,000 | 87,862,000 |
| Working capital | -1,658,478,000 | 165,784,000 |
| Total fixed assets | 4,179,358,000 | 265,759,000 |
| Return on net assets (%) | 2.82 | 0.68 |
| Net profit margin (%) | 16.24 | 79.75 |
| Turnover of total assets | 0.07 | 0.01 |
| Turnover of accounts receivable (days) | 34.10 | 117.19 |
| Liabilities/assets ratio (%) | 61.45 | 12.76 |
| Current ratio | 0.36 | 2.89 |
| Sales growth (%) | 6,791.29 | -- |
| Gross profit growth (%) | 4,714.44 | -- |
| Total assets growth (%) | 663.85 | -- |

## IMPORTANT EVENTS

COVID-19 Impacts Assessment:
Impact on the Industry: Low
Impact on the Region:Medium
Utilization Rate:80%-100%
Overall Impacts Assessment:Low

## GENERAL COMMENTS

Established in August 2020, Subject is mainly engaged in power battery leasing, repair, wholesale and retail. Through development of recent years, the company has accumulated certain industry experience. In view of financial data, Subject sees mediocre overall operation.

Seen from financial data available, sales for 2021 increased largely year-on-year, denoting Subject had some profit margin and profitability was strong. Turnover of accounts receivable (days) for 2021 was about 35 days, reflecting strong accounts receivable management ability. Liabilities/assets ratio for 2021 reported 61.45%, indicating small long-term solvency pressure.

The report shall not be provided to any third party.



27/F, Building A, Phoenix Plaza
5 Shuguang Xili,
Chaoyang Beijing 100028,
P.R. China
Tel: 86 10 85321720
Fax: 8610 65323270
www.china.acclime.com

## REGISTRATION

| | |
|---|---|
| Establishment Date: | Aug. 18, 2020 |
| Registered Address: | Room 263, 2/F, Building 1, Phase I Workshop, Optoelectronic Supporting Industrial Park, No.117 Zuoling Road, Zuoling Town, Donghu New Technology Development Zone, Wuhan (Wuhan Area of Free Trade Zone) |
| Zip Code: | 430078 |
| Registry: | Wuhan Municipal Administration for Market Regulation Donghu New Technology Development Zone Branch |
| Legal Rep.: | SHEN Fei |
| AIC No.: | 420100400108337 |
| Unified Social Credit Code: | 91420100MA49JKY15E |
| Legal Status: | Limited liability company |
| Registered Capital: | 1,872,761,722 (RMB) |
| Business Scope: | General operations: power battery leasing, maintenance, wholesale and retail; waste battery recycling; recycling and step utilization of used power batteries for new energy vehicles (excluding hazardous waste management); technical services, testing services and consulting services of lithium batteries and related products; selling electricity; electric power engineering; enterprise management services; operation and management of new energy, electric power and other energy-related industries and products permitted for investment by the state; planning, research, development and design of electric vehicle power charging and replacement infrastructure; research, development, production, wholesale, sale, leasing and operation management of related equipment and parts of power changing station, charging piles and energy storage system; cloud platform and big data technology development, technology consultation, technology services and technology promotion; basic software services; mobile power charging and changing service (excluding power grid construction and operation) (excluding special management measures for foreign investment access) (except items requiring an approval according to law; operation shall be at the discretion of the enterprise according to license) |
| Duration of Operation: | From Aug. 18, 2020 To Aug. 17, 2070 |
| Latest Yearly Inspection: | 2021 |

## CHANGES IN REGISTRATION

| Date of Change | Change(s) | From | To |
|---|---|---|---|
| Dec. 30, 2020 | Registered Capital | RMB 800,000,000 | RMB 1,440,000,000 |
| Dec. 30, 2020 | Shareholder(s) | N/A | FutureX Innovation SPC, Guotai Junan Financial Products Co., Ltd. (Literal Translation), Taiping Financial Services Co., Ltd. (Literal Translation), Qingdao Ziming Hexing Equity Investment Partnership (Limited Partnership) (Literal Translation), Weilai Holding Co., Ltd. (Literal Translation), |

The report shall not be provided to any third party.



27/F, Building A, Phoenix Plaza
5 Shuguang Xili,
Chaoyang Beijing 100028,
P.R. China
Tel: 86 10 85321720
Fax: 8610 65323270
www.china.acclime.com

| | | | Hubei Science Technology Investment Group Co., Ltd., Shandong Weida Machinery Co., Ltd., CONTEMPORARY AMPEREX TECHNOLOGY CO., LIMITED, FutureX ICT Opportunity Fund II LP |
|---|---|---|---|
| May 28, 2021 | Registered Capital | RMB 1,440,000,000 | RMB 1,512,000,000 |
| May 28, 2021 | Shareholder(s) | FutureX Innovation SPC, Guotai Junan Financial Products Co., Ltd. (Literal Translation), Taiping Financial Services Co., Ltd. (Literal Translation), Qingdao Ziming Hexing Equity Investment Partnership (Limited Partnership) (Literal Translation), Weilai Holding Co., Ltd. (Literal Translation), Hubei Science Technology Investment Group Co., Ltd., Shandong Weida Machinery Co., Ltd., CONTEMPORARY AMPEREX TECHNOLOGY CO., LIMITED, FutureX ICT Opportunity Fund II LP | FutureX Innovation SPC, Guotai Junan Financial Products Co., Ltd. (Literal Translation), Taiping Financial Services Co., Ltd. (Literal Translation), Qingdao Ziming Hexing Equity Investment Partnership (Limited Partnership) (Literal Translation), Weilai Holding Co., Ltd. (Literal Translation), Hubei Science Technology Investment Group Co., Ltd., Shandong Weida Machinery Co., Ltd., CONTEMPORARY AMPEREX TECHNOLOGY CO., LIMITED, FutureX ICT Opportunity Fund II LP, Wuhan Qianlong Wuyong Enterprise Management Consulting Partnership (Limited Partnership) (Literal Translation), Suzhou Yuanxi No. 3 Venture Capital Partnership (Limited Partnership) (Literal Translation) |
| Aug. 16, 2021 | Registered Capital | RMB 1,512,000,000 | RMB 1,832,846,400 |
| Aug. 16, 2021 | Shareholder(s) | FutureX Innovation SPC, Guotai Junan Financial Products Co., Ltd. (Literal Translation), Taiping Financial Services Co., Ltd. (Literal Translation), Qingdao Ziming Hexing Equity Investment Partnership (Limited Partnership) (Literal Translation), Weilai Holding Co., Ltd. (Literal Translation), Hubei Science Technology Investment Group Co., Ltd., Shandong Weida Machinery Co., Ltd., CONTEMPORARY AMPEREX TECHNOLOGY CO., LIMITED, FutureX ICT Opportunity Fund II | FutureX Innovation SPC, FutureX Investment I Company Limited, Taiping Financial Services Co., Ltd. (Literal Translation), Qingdao Ziming Hexing Equity Investment Partnership (Limited Partnership) (Literal Translation), Wuhan Qianlong Wuyong Enterprise Management Consulting Partnership (Limited Partnership) (Literal Translation), Weilai Holding Co., Ltd. (Literal Translation), Hubei Science Technology |

The report shall not be provided to any third party.



27/F, Building A, Phoenix Plaza
5 Shuguang Xili,
Chaoyang Beijing 100028,
P.R. China
Tel: 86 10 85321720
Fax: 8610 65323270
www.china.acclime.com

| | | | |
|---|---|---|---|
| | | LP, Wuhan Qianlong Wuyong Enterprise Management Consulting Partnership (Limited Partnership) (Literal Translation), Suzhou Yuanxi No. 3 Venture Capital Partnership (Limited Partnership) (Literal Translation) | Investment Group Co., Ltd., Shandong Weida Machinery Co., Ltd., CONTEMPORARY AMPEREX TECHNOLOGY CO., LIMITED, Suzhou Yuanxi No. 3 Venture Capital Partnership (Limited Partnership) (Literal Translation), Angel Prosperity Investment HK I Limited, Xiamen Guomao Industrial Development Equity Investment Fund Partnership (Limited Partnership) (Literal Translation), Wuhan Tiantang Guigu Hengxin Venture Capital Fund Partnership (Limited Partnership) (Literal Translation), Hefei Tiantang Guigu Anbotong Hetai Equity Investment Partnership (Limited Partnership) (Literal Translation), Hangzhou Tiantang Guigu Yunpei Equity Investment Partnership (Limited Partnership) (Literal Translation), Shaoxing Keqiao Tiantang Guigu Lingxin Equity Investment Partnership (Limited Partnership) (Literal Translation), Changjiang Guanggu Xinneng Industrial Investment Fund (Hubei) Partnership (Limited Partnership) (Literal Translation), FutureX Phi Limited |
| Nov. 25, 2021 | Business Scope | Power battery leasing, maintenance, wholesale and retail; recycling of used batteries; selling electricity; power engineering; enterprise management services; operation and management of new energy, electric power and other energy-related industries and products permitted for investment by the state; planning, research, development and design of electric vehicle power charging and replacement infrastructure; | General operations: power battery leasing, maintenance, wholesale and retail; waste battery recycling; recycling and step utilization of used power batteries for new energy vehicles (excluding hazardous waste management); technical services, testing services and consulting services of lithium batteries and related products; selling electricity; electric power engineering; enterprise management services; operation and management of |

The report shall not be provided to any third party.



27/F, Building A, Phoenix Plaza
5 Shuguang Xili,
Chaoyang Beijing 100028,
P.R. China
Tel: 86 10 85321720
Fax: 8610 65323270
www.china.acclime.com

| | | | |
|---|---|---|---|
| | | research, development, production, wholesale, sale, leasing and operation management of related equipment and parts of power changing station, charging piles and energy storage system; cloud platform and big data technology development, technology consultation, technology services and technology promotion; basic software services; mobile power charging and changing service (excluding power grid construction and operation) (excluding special management measures for foreign investment access) (except items requiring an approval according to law; operation shall be at the discretion of the enterprise according to license) | new energy, electric power and other energy-related industries and products permitted for investment by the state; planning, research, development and design of electric vehicle power charging and replacement infrastructure; research, development, production, wholesale, sale, leasing and operation management of related equipment and parts of power changing station, charging piles and energy storage system; cloud platform and big data technology development, technology consultation, technology services and technology promotion; basic software services; mobile power charging and changing service (excluding power grid construction and operation) (excluding special management measures for foreign investment access) (except items requiring an approval according to law; operation shall be at the discretion of the enterprise according to license) |
| Jul. 13, 2022 | Registered Capital | RMB 1,832,846,400 | RMB 1,872,761,722 |
| Jul. 13, 2022 | Shareholder(s) | FutureX Innovation SPC, FutureX Investment I Company Limited, Taiping Financial Services Co., Ltd. (Literal Translation), Qingdao Ziming Hexing Equity Investment Partnership (Limited Partnership) (Literal Translation), Wuhan Qianlong Wuyong Enterprise Management Consulting Partnership (Limited Partnership) (Literal Translation), Weilai Holding Co., Ltd. (Literal Translation), Hubei Science Technology Investment Group Co., Ltd., Shandong Weida Machinery Co., Ltd., CONTEMPORARY AMPEREX TECHNOLOGY CO., LIMITED, | Weilai Holding Co., Ltd. (Literal Translation) 19.40%, Angel Prosperity Investment HK I Limited 12.75%, Qingdao Ziming Hexing Equity Investment Partnership (Limited Partnership) (Literal Translation) 10.68%, Hubei Science Technology Investment Group Co., Ltd. 10.68%, CONTEMPORARY AMPEREX TECHNOLOGY CO., LIMITED 10.68%, Shandong Weida Machinery Co., Ltd. 8.01%, FFutureX Innovation SPC 5.70%, Taiping Financial Services Co., Ltd. (Literal Translation) 4.81%, Wuhan Qianlong Wuyong Enterprise Management Consulting |

The report shall not be provided to any third party.



27/F, Building A, Phoenix Plaza
5 Shuguang Xili,
Chaoyang Beijing 100028,
P.R. China
Tel: 86 10 85321720
Fax: 8610 65323270
www.china.acclime.com

| | Suzhou Yuanxi No. 3 Venture Capital Partnership (Limited Partnership) (Literal Translation), Angel Prosperity Investment HK I Limited, Xiamen Guomao Industrial Development Equity Investment Fund Partnership (Limited Partnership) (Literal Translation), Wuhan Tiantang Guigu Hengxin Venture Capital Fund Partnership (Limited Partnership) (Literal Translation), Hefei Tiantang Guigu Anbotong Hetai Equity Investment Partnership (Limited Partnership) (Literal Translation), Hangzhou Tiantang Guigu Yunpei Equity Investment Partnership (Limited Partnership) (Literal Translation), Shaoxing Keqiao Tiantang Guigu Lingxin Equity Investment Partnership (Limited Partnership) (Literal Translation), Changjiang Guanggu Xinneng Industrial Investment Fund (Hubei) Partnership (Limited Partnership) (Literal Translation), FutureX Phi Limited | Partnership (Limited Partnership) (Literal Translation) 3.84%, FutureX Investment I Company Limited 3.28%, other shareholders 10.17% |
|---|---|---|

## SHAREHOLDERS AND SHARES

| Shareholders | Capital Subscribed | % of Total |
|---|---|---|
| Weilai Holding Co., Ltd.(Literal Translation) | 363,295,174 | 19.40 |
| Angel Prosperity Investment HK I Limited | 238,707,827 | 12.75 |
| Qingdao Ziming Hexing Equity Investment Partnership (Limited Partnership)(Literal Translation) | 199,999,715 | 10.68 |
| Hubei Science Technology Investment Group Co., Ltd. | 199,999,715 | 10.68 |
| CONTEMPORARY AMPEREX TECHNOLOGY CO., LIMITED | 199,999,715 | 10.68 |
| Shandong Weida Machinery Co., Ltd. | 150,000,723 | 8.01 |
| FFutureX Innovation SPC | 106,698,726 | 5.70 |
| Taiping Financial Services Co., Ltd.(Literal Translation) | 89,999,310 | 4.81 |
| Wuhan Qianlong Wuyong Enterprise Management Consulting Partnership (Limited Partnership)(Literal Translation) | 72,000,197 | 3.84 |
| FutureX Investment I Company Limited | 61,445,312 | 3.28 |
| Other shareholders | 190,615,306 | 10.17 |

The report shall not be provided to any third party.



27/F, Building A, Phoenix Plaza
5 Shuguang Xili,
Chaoyang Beijing 100028,
P.R. China
Tel: 86 10 85321720
Fax: 8610 65323270
www.china.acclime.com

| | ----------- | -------- |
|---|---|---|
| Total | 1,872,761,722 | 100.00 |

## BACKGROUND OF MAJOR SHAREHOLDERS

| | |
|---|---|
| Name: | Weilai Holding Co., Ltd.(Literal Translation) |
| Establishment Date: | Nov. 28, 2017 |
| Legal Rep.: | LI Bin |
| AIC No.: | 340194000173522 |
| Countries or Regions: | China |
| Legal Status: | Limited liability company (Hong Kong/Macao/Taiwan investor, non-wholly owned) |
| Registered Capital: | 6,428,815,699 |
| Address: | Shenzhen Road North, Susong Road West, Economic and Technological Development Zone (registered address)<br>Hefei City, Anhui Province |

| | |
|---|---|
| Name: | Angel Prosperity Investment HK I Limited |
| Countries or Regions: | Hong Kong, China |
| Address: | Hong Kong<br>Hong Kong Special Administrative Region |
| Other Information: | CR. No.: 3060942<br>Company name: Angel Prosperity Investment HK I Limited<br>Registration date: June 24, 2021<br>Legal form: Private joint stock limited company<br>Status: live |

| | |
|---|---|
| Name: | Qingdao Ziming Hexing Equity Investment Partnership (Limited Partnership)(Literal Translation) |
| SBD NO.: | 0480173667 |
| Establishment Date: | Dec. 07, 2020 |
| AIC No.: | 370282330193899 |
| Countries or Regions: | China |
| Legal Status: | Limited liability partnership enterprise |
| Registered Capital: | 217,820,000 |
| Listed or Not: | No |
| Address: | Gate 502, Entrance 1, Building 1, No. 224, Xinxing Road (Registered Address)<br>Jimo District, Qingdao City, Shandong Province |

| | |
|---|---|
| Name: | Hubei Science Technology Investment Group Co., Ltd. |
| SBD NO.: | 0243308997 |
| Establishment Date: | Jul. 28, 2005 |
| Legal Rep.: | QIN Jun |
| AIC No.: | 420100000004815 |
| Countries or Regions: | China |
| Legal Status: | Limited liability company (state-owned) |

The report shall not be provided to any third party.



27/F, Building A, Phoenix Plaza
5 Shuguang Xili,
Chaoyang Beijing 100028,
P.R. China
Tel: 86 10 85321720
Fax: 8610 65323270
www.china.acclime.com

| | |
|---|---|
| Registered Capital: | 40,000,000,000 |
| Debt Issued or Not: | Yes |
| Debt Issuance Status: | Normal |
| Listed or Not: | No |
| Address: | Building C5, Bio City, No. 666 Gaoxin Avenue, Donghu Development Zone, Wuhan (Registered Address) |
| | Wuhan City, Hubei Province |
| Website: | http://www.hbsti.com |
| Sales: | 962,744,000 (2015) |

| | |
|---|---|
| Name: | CONTEMPORARY AMPEREX TECHNOLOGY CO., LIMITED |
| SBD NO.: | 0342292003 |
| Establishment Date: | Dec. 16, 2011 |
| Legal Rep.: | ZENG Yuqun |
| AIC No.: | 350902100027641 |
| Countries or Regions: | China |
| Legal Status: | Joint stock limited company (listed; natural person-funded or -controlled) |
| Registered Capital: | 2,440,471,010 |
| Business Scope: | Development, production and sale of lithium ion batteries, lithium polymer batteries, fuel cells, power batteries, super large capacity energy storage batteries, supercapacitors, battery management systems, rechargeable battery packs, wind, optical and electricity energy storage systems and related equipment and instruments as well as provision of after-sales services; investment in new energy industry; technical service, testing service and consulting service concerning lithium batteries and related products (no operation is allowed unless an approval has been granted by related authority where stipulated by laws) |
| Debt Issued or Not: | Yes |
| Debt Issuance Status: | Normal |
| Listed or Not: | Yes |
| Listing Status: | Normal |
| Stock Code: | 300750 |
| Listing Location: | Shenzhen Stock Exchange |
| Address: | 2 Xingang Road, Zhangwan Town (registered address) |
| | Jiaocheng District, Ningde City, Fujian Province |
| Website: | www.catl.com |
| Sales: | 210,340,241,000 (2022) |

| | |
|---|---|
| Name: | Shandong Weida Machinery Co., Ltd. |
| SBD NO.: | 0071752957 |
| Establishment Date: | Jul. 08, 1998 |
| Legal Rep.: | YANG Mingyan |
| AIC No.: | 37000018012299 |
| Countries or Regions: | China |
| Legal Status: | Joint stock limited company (listed) |
| Registered Capital: | 420,098,420 |
| Debt Issued or Not: | No |

The report shall not be provided to any third party.



27/F, Building A, Phoenix Plaza
5 Shuguang Xili,
Chaoyang Beijing 100028,
P.R. China
Tel: 86 10 85321720
Fax: 8610 65323270
www.china.acclime.com

| | |
|---|---|
| Listed or Not: | Yes |
| Listing Status: | Normal |
| Stock Code: | 002026 |
| Listing Location: | Shenzhen Stock Exchange |
| Address: | No. 2, Zhonghan Road, Qingshan Town, Lingang Economic and Technological Development Zone (registered address) |
| | Weihai City, Shandong Province |
| Website: | http://www.weidapeacock.com |
| Sales: | 322,269,000 (2020) |

| | |
|---|---|
| Name: | FFutureX Innovation SPC |
| Countries or Regions: | Cayman Is. |
| Address: | Cayman Islands |

| | |
|---|---|
| Name: | Taiping Financial Services Co., Ltd.(Literal Translation) |
| Establishment Date: | Jul. 25, 2012 |
| Legal Rep.: | CHENG Zhiguo |
| AIC No.: | 440301503433746 |
| Countries or Regions: | China |
| Legal Status: | Limited liability company (Sino-foreign equity joint venture) |
| Registered Capital: | 1,270,833,333 |
| Address: | No. 1008, 10/F, Zhongtie Property Plaza, 165 Yingbin Road (registered address) |
| | Jiyang District, Sanya City, Hainan Province |

| | |
|---|---|
| Name: | Wuhan Qianlong Wuyong Enterprise Management Consulting Partnership (Limited Partnership)(Literal Translation) |
| SBD NO.: | 0471039012 |
| Establishment Date: | Mar. 01, 2021 |
| Legal Rep.: | LU Ronghua |
| Countries or Regions: | China |
| Legal Status: | Limited liability partnership enterprise |
| Registered Capital: | 72,000,000 |
| Listed or Not: | No |
| Address: | Room 274, 2/F, Building 1, Phase I Workshop, Optoelectronic Supporting Industrial Park, No.117 Zuoling Road, Zuoling Town, Donghu New Technology Development Zone, Wuhan (Wuhan Area of Free Trade Zone) |
| | Wuhan City, Hubei Province |

| | |
|---|---|
| Name: | FutureX Investment I Company Limited |
| Countries or Regions: | Hong Kong, China |
| Address: | Hong Kong |
| | Hong Kong Special Administrative Region |
| Other Information: | CR. No.: 3004645 |
| | Company name: FutureX Investment I Company Limited |
| | Registration date: December 24, 2020 |

The report shall not be provided to any third party.



27/F, Building A, Phoenix Plaza
5 Shuguang Xili,
Chaoyang Beijing 100028,
P.R. China
Tel: 86 10 85321720
Fax: 8610 65323270
www.china.acclime.com

Legal form: Private joint stock limited company
Status: live

Note: Information provided herein comes directly from our database and may contain obsolete information.

## LAYERS OF SHAREHOLDING



| | |
|---|---|
| Order of Layer: | 1 |
| Ultimate Controller: | Nio Nextev Limited |
| Address: | Hong Kong |
| | Hong Kong Special Administrative Region |
| % Ownership: | 71.71% |

Note: The information above comes directly from our database and may contain obsolete information. It is provided herein for reference only.

Note: A total of 1 layers of shareholding have been found in our database as of the completion date of this report.

*Please order Shareholder Background Report for complete layers of shareholding of Subject.*

## HISTORY

| | |
|---|---|
| Aug.2020 | Subject was registered and incorporated. |

## MAIN EXECUTIVE(S)

| | |
|---|---|
| Name: | SHEN Fei |
| Post: | Chairman of the Board |
| Working Experience: | Currently serves as Chairman of the Board of Subject |

The report shall not be provided to any third party.



27/F, Building A, Phoenix Plaza
5 Shuguang Xili,
Chaoyang Beijing 100028,
P.R. China
Tel: 86 10 85321720
Fax: 8610 65323270
www.china.acclime.com

No. of Invested and Appointed     29
Companies:

| Employer | Title | Establishment Date | Company Status |
|---|---|---|---|
| Xunjie Energy (Wuhan) Co., Ltd. | Chairman of the Board | Sep. 09, 2020 | Active |
| Kunshan Beisitai Intelligent Technology Co., Ltd. | Executive Director | Apr. 13, 2020 | Active |
| Haikou Weilan Energy Co., Ltd. | Executive Director | Dec. 14, 2018 | Active |
| Dalian Weilai Energy Co., Ltd. | Executive Director | Dec. 13, 2018 | Active |
| Xiamen Weilai Energy Co., Ltd. | Executive Director | Dec. 12, 2018 | Active |

Name:                                            LU Ronghua
Post:                                             Director and General Manager
Working Experience:                              Currently serves as Director and General Manager of Subject

Note:    The information above comes directly from our database and may contain obsolete information. It is provided herein for reference only.

*We provide in this report only 5 companies that employ the executive of Subject, Please order Report on Investments and Appointments of Executives for details on other companies which the main executives of Subject have invested in and been appointed to.*

**BOARD OF DIRECTORS**

Name:                    SHEN Fei
Post:                    Chairman of the Board

Name:                    LU Ronghua
Post:                    Director and General Manager

Name:                    LI Yan
Post:                    Director

Name:                    LIN Feng
Post:                    Director

Name:                    ZHANG Qian
Post:                    Director

Name:                    WU Jiayi
Post:                    Director

Name:                    CHEN Weifeng
Post:                    Director

The report shall not be provided to any third party.



27/F, Building A, Phoenix Plaza
5 Shuguang Xili,
Chaoyang Beijing 100028,
P.R. China
Tel: 86 10 85321720
Fax: 8610 65323270
www.china.acclime.com

| | |
|---|---|
| Name: | ZHU Wenhui |
| Post: | Director |

| | |
|---|---|
| Name: | YANG Mingyan |
| Post: | Director |

## BOARD OF SUPERVISORS

| | |
|---|---|
| Name: | TAN Liu |
| Post: | Supervisor |

| | |
|---|---|
| Name: | ZHAO Tong |
| Post: | Supervisor |

## NUMBER OF EMPLOYEES

Total Employees:      47

Above staff number is that covered by Subject's social insurance account of 2021.

## OFFICE FACILITIES

| | |
|---|---|
| Location: | 36/F, T1 Office Building, Changchenghui, 9 Zhongbei Road, Wuchang District, Wuhan City, Hubei Province |
| Area: | N/A |
| Property Ownership: | N/A |
| Traffic Convenience: | easy access to major traffic |

## OPERATIONS

| | |
|---|---|
| Main Business: | Power battery leasing, repair, wholesale and retail |
| Chinese SIC: | 7119,Renting of other machinery and equipment |
| | 5179,Wholesale of other mechanical equipment and electronic products |
| ISIC: | 7730,Renting and leasing of other machinery, equipment and tangible goods |
| | 4652,Wholesale of electronic and telecommunications equipment and parts |
| NACE: | 77.39,Renting and leasing of other machinery, equipment and tangible goods n.e.c. |
| | 46.52,Wholesale of electronic and telecommunications equipment and parts |

Subject is mainly engaged in power battery leasing, repair, wholesale and retail. Subject can provide comprehensive services of car battery separation, battery leasing and power charging, change and upgrading. The users do not need to buy battery packs when purchasing cars and can rent battery packs of different capacities according to their actual usage needs, monthly payment is required and the users enjoy the same battery replacement service and flexible battery upgrade service as battery buyers.

The report shall not be provided to any third party.



27/F, Building A, Phoenix Plaza
5 Shuguang Xili,
Chaoyang Beijing 100028,
P.R. China
Tel: 86 10 85321720
Fax: 8610 65323270
www.china.acclime.com

## TRADEMARKS & PATENTS

Our check with the Trademark Office of the State Administration for Industry and Commerce of the People's Republic of China finds no trademarks registered by Subject in the latest five years.

| Patent Type | Invention Patent | Utility Model Patent | Design Patent | Total |
|---|---|---|---|---|
| Total Patents | 24 | -- | -- | 24 |
| Patents Applied in 2022 | 13 | -- | -- | 13 |
| Patents Applied in 2021 | 11 | -- | -- | 11 |

| Patent No. | Patent Type | Publication Date |
|---|---|---|
| 202210927145.0 | Invention Patent | Sep. 16, 2022 |
| 202210351583.7 | Invention Patent | Aug. 19, 2022 |
| 202210481809.5 | Invention Patent | Jul. 26, 2022 |
| 202210453077.9 | Invention Patent | Jul. 08, 2022 |
| 202111565635.2 | Invention Patent | Apr. 05, 2022 |
| 202111564171.3 | Invention Patent | Mar. 25, 2022 |
| 202111559278.9 | Invention Patent | Mar. 25, 2022 |
| 202111247822.6 | Invention Patent | Feb. 11, 2022 |
| 202111564173.2 | Invention Patent | Feb. 11, 2022 |
| 202111487002.4 | Invention Patent | Feb. 08, 2022 |

Note: We provide in this report only the latest 10 patents whose publication date is within the latest 5 years.

## PURCHASING INFORMATION

Main Purchases:          Office equipment and supplies, business services
No. of Major Suppliers:  3 odd
Main Payment Terms:      Advance payment or Immediate payment or Credit payment

According to sources, Subject makes purchase totally at home, especially in Central China. Office supplies are sourced locally. Up to now, Subject has established relatively stable procurement channels.

Notes: The information above was confirmed by Subject's staff member in Jan.2023.

## SELLING INFORMATION

Domestic:                100%
Regions:                 Central China
Domestic Sales Terms:    Advance payment or Immediate payment or Credit payment

According to sources, Subject can provide comprehensive services of car battery separation, battery leasing and power charging, change and upgrading. Its business regions involve the whole country, focusing on Central China. At present, the company sees favorable business development.

The report shall not be provided to any third party.



27/F, Building A, Phoenix Plaza
5 Shuguang Xili,
Chaoyang Beijing 100028,
P.R. China
Tel: 86 10 85321720
Fax: 8610 65323270
www.china.acclime.com

Notes: The information above was confirmed by Subject's staff member in Jan.2023.

## IMPORT & EXPORT

I/E License:                Yes

## CREDIT RECORDS

Information of Subject's supplier was not acquired, so Subject's credit record cannot be provided in the report.

## MAJOR RANKS

As of the completion of this report, our check with open sources and major search engines has found no ranking lists involving Subject in the latest five years.

## LITIGATION RECORDS

### Court Announcements
1.
| | |
|---|---|
| Source: | Public source |
| Hearing Court: | Hubei Wuhan Hongshan District People's Court |
| Case Number: | (2022)E0111MC No. 12054 |
| Nature of Case: | Leasing contract dispute |
| Party Concerned: | ZHOU Ning<br>MIRATTERY CO., LTD. |
| Date of Hearing: | Dec. 11, 2022 |
| Date of Acquisition: | Jan. 17, 2023 |

2.
| | |
|---|---|
| Source: | Public source |
| Hearing Court: | Hubei Wuhan Hongshan District People's Court |
| Case Number: | (2021)E0111MC No.14635 |
| Nature of Case: | Leasing contract dispute |
| Plaintiff/Appellant | MIRATTERY CO., LTD. |
| Defendant/Appellee | MO Shuwen |
| Date of Hearing: | Jun. 23, 2022 |
| Date of Acquisition: | Jan. 16, 2023 |

In the absence of unitary and all-inclusive litigation databases in Chinese mainland, the litigation records herein may be not up-to-date or some cases have not been published by competent courts yet. The above information is provided for your reference only.

## PUBLIC RECORDS

As of the completion of this report, our check with open sources and major search engines has found no public records involving Subject in the latest five years.

Note: We provide herein litigation records, public rankings and other public records of the latest five years.

The report shall not be provided to any third party.



27/F, Building A, Phoenix Plaza
5 Shuguang Xili,
Chaoyang Beijing 100028,
P.R. China
Tel: 86 10 85321720
Fax: 8610 65323270
www.china.acclime.com

## MORTGAGE/PLEDGE DETAILS

| Item Registered | No. of Records |
|---|---|
| Chattel Mortgage | -- |
| Equity Pledge | -- |
| Accounts Receivable Pledge | 33 |
| Accounts Receivable Transfer | -- |
| Lease Registration | 44 |
| Ownership Retention Registration | -- |
| Deposit Pledge | -- |
| Warehouse Receipt Pledge | 2 |
| Others | 1 |
| **Total** | **80** |

1

| | |
|---|---|
| Item Registered: | Accounts Receivable Pledge |
| Type of Registration: | Initial Registration |
| Date of Registration: | Jan. 13, 2023 |
| Registration Expiry Date: | Jan. 12, 2029 |
| Pledger: | MIRATTERY CO., LTD. |
| Pledgee: | Everbright Financial Leasing Co., Ltd. |
| Principal Contract No.: | GDJRZL(2301)HZ No. 26-00001 |
| Principal Contract Value: | 60,000,000.00RMB |
| Pledge Contract No.: | GDJRZL(2301)ZZ No.26-00090 |
| Value of Pledged Assets: | 60,003,286.20RMB |

2

| | |
|---|---|
| Item Registered: | Accounts Receivable Pledge |
| Type of Registration: | Change Registration |
| Date of Registration: | Jan. 13, 2023 |
| Registration Expiry Date: | Jan. 12, 2029 |
| Pledger: | MIRATTERY CO., LTD. |
| Pledgee: | Everbright Financial Leasing Co., Ltd. |
| Principal Contract No.: | GDJRZL(2301)HZ No.26-00001 |
| Principal Contract Value: | 60,000,000.00RMB |
| Pledge Contract No.: | GDJRZL(2301)ZZ No. 26-00090 |
| Value of Pledged Assets: | 60,003,286.20RMB |

3

| | |
|---|---|
| Item Registered: | Accounts Receivable Pledge |
| Type of Registration: | Initial Registration |
| Date of Registration: | Jan. 13, 2023 |
| Registration Expiry Date: | Jan. 12, 2029 |

The report shall not be provided to any third party.



27/F, Building A, Phoenix Plaza
5 Shuguang Xili,
Chaoyang Beijing 100028,
P.R. China
Tel: 86 10 85321720
Fax: 8610 65323270
www.china.acclime.com

Pledger:                          MIRATTERY CO., LTD.
Pledgee:                          Everbright Financial Leasing Co., Ltd.
Principal Contract No.:           GDJRZL(2301)HZ No. 26-00001
Principal Contract Value:         60,000,000.00RMB
Pledge Contract No.:              GDJRZL(2301)ZZ No. 26-00090
Value of Pledged Assets:          60,003,286.20RMB

4
Item Registered:                  Accounts Receivable Pledge
Type of Registration:             Change Registration
Date of Registration:             Jan. 12, 2023
Registration Expiry Date:         Aug. 26, 2027
Pledger:                          MIRATTERY CO., LTD.
Pledgee:                          Bank of China Financial Leasing Co., Ltd.
Principal Contract No.:           GJZ(2022) ZZ No. (B-050)
Principal Contract Value:         34,236,000.00RMB
Pledge Contract No.:              GJZ(2022) ZZ No.(B-050)
Value of Pledged Assets:          28,149,600.00RMB

5
Item Registered:                  Accounts Receivable Pledge
Type of Registration:             Change Registration
Date of Registration:             Jan. 11, 2023
Registration Expiry Date:         Jan. 05, 2026
Pledger:                          MIRATTERY CO., LTD.
Pledgee:                          Xinxin Financial Leasing Co., Ltd. (Literal Translation)
Principal Contract No.:           SINOICL2022D08Y044-L-01
Principal Contract Value:         32,129,734.00RMB
Pledge Contract No.:              SINOICL2022D08Y044-M-01

6
Item Registered:                  Lease Registration
Date of Registration:             Change Registration
Type of Registration:             Jan. 16, 2023
Registration Expiry Date:         Aug. 24, 2024
Leasee:                           MIRATTERY CO., LTD.
Leaser:                           Citic Financial Leasing Co., Ltd.
Lease Contract No.:               CITICFL-C-2022-0005

7
Item Registered:                  Lease Registration
Date of Registration:             Initial Registration
Type of Registration:             Jan. 13, 2023
Registration Expiry Date:         Jan. 12, 2029
Leasee:                           MIRATTERY CO., LTD.

The report shall not be provided to any third party.



27/F, Building A, Phoenix Plaza
5 Shuguang Xili,
Chaoyang Beijing 100028,
P.R. China
Tel: 86 10 85321720
Fax: 8610 65323270
www.china.acclime.com

| | |
|---|---|
| Leaser: | Everbright Financial Leasing Co., Ltd. |
| Lease Contract No.: | GDJRZL(2301)HZ No. 26-00001 |

8

| | |
|---|---|
| Item Registered: | Lease Registration |
| Date of Registration: | Initial Registration |
| Type of Registration: | Jan. 13, 2023 |
| Registration Expiry Date: | Jan. 12, 2029 |
| Leasee: | MIRATTERY CO., LTD. |
| Leaser: | Everbright Financial Leasing Co., Ltd. |
| Lease Contract No.: | GDJRZL(2301)HZ No. 26-00001 |

9

| | |
|---|---|
| Item Registered: | Lease Registration |
| Date of Registration: | Change Registration |
| Type of Registration: | Jan. 13, 2023 |
| Registration Expiry Date: | Jan. 12, 2029 |
| Leasee: | MIRATTERY CO., LTD. |
| Leaser: | Everbright Financial Leasing Co., Ltd. |
| Lease Contract No.: | GDJRZL(2301)HZ No. 26-00001 |

10

| | |
|---|---|
| Item Registered: | Lease Registration |
| Date of Registration: | Change Registration |
| Type of Registration: | Jan. 12, 2023 |
| Registration Expiry Date: | Aug. 26, 2027 |
| Leasee: | MIRATTERY CO., LTD. |
| Leaser: | Bank of China Financial Leasing Co., Ltd. |
| Lease Contract No.: | GJZ(2022) ZZ No. (B-050) |

Notes: We provide in this report only the 10 latest registered mortgage/pledge records.

**FINANCE**

**Balance Sheet ('000):**

| | Sep. 30, 2022 (Consolidated) | Dec. 31, 2021 (Consolidated) | Dec. 31, 2020 (Consolidated) |
|---|---|---|---|
| Cash & bank | 530,024 | 225,029 | 217,931 |
| Held-for-trading financial assets | 159,512 | 155,304 | 0 |
| Accounts receivable | 53,416 | 33,424 | 1,667 |
| Advances to suppliers | 3,889 | 1,277 | 71 |
| Interest receivable | 0 | 0 | 372 |
| Other receivables | 92,771 | 5,397 | 111 |
| Non-current assets due within one year | 0 | 0 | 10,000 |

The report shall not be provided to any third party.



27/F, Building A, Phoenix Plaza
5 Shuguang Xili,
Chaoyang Beijing 100028,
P.R. China
Tel: 86 10 85321720
Fax: 8610 65323270
www.china.acclime.com

| | | | |
|---|---|---|---|
| Other current assets | 331,485 | 509,308 | 23,494 |
| **Total Current Assets** | 1,171,097 | 929,739 | 253,646 |
| Loans and advances to customers | 50,000 | 50,000 | 170,000 |
| Fixed assets | 6,000,453 | 4,179,358 | 265,759 |
| Intangible assets | 1,203 | 1,423 | 73 |
| Long-term prepaid & deferred expense | 31,329 | 1,412 | 0 |
| Other non-current assets | 156,112 | 106,050 | 182 |
| **Total Non-Current Assets** | 6,239,097 | 4,338,243 | 436,014 |
| **TOTAL ASSETS** | 7,410,194 | 5,267,982 | 689,660 |
| | | | |
| Short-term borrowings | 602,371 | 648,585 | 0 |
| Notes payable | 125,000 | 240,000 | 0 |
| Accounts payable | 1,751,012 | 1,466,642 | 83,244 |
| Advances from customers | 3,024 | 1,510 | 164 |
| Accrued payroll | 2,521 | 4,164 | 376 |
| Taxes payable | 3,769 | 666 | 1,374 |
| Other payables | 14,058 | 3,584 | 2,611 |
| Non-current liabilities due within one year | 933,012 | 223,066 | 93 |
| **Total Current Liabilities** | 3,434,767 | 2,588,217 | 87,862 |
| Long-term borrowings | 925,311 | 586,930 | 0 |
| Bonds payable | 205,723 | 0 | 0 |
| Long-term payables | 584,158 | 0 | 0 |
| Deferred income tax liabilities | 83 | 8,127 | 72 |
| Other non-current liabilities | 81,844 | 54,040 | 48 |
| **Total Non-Current Liabilities** | 1,797,119 | 649,097 | 120 |
| **TOTAL LIABILITIES** | 5,231,886 | 3,237,314 | 87,982 |
| Paid-up capital | 1,800,762 | 1,760,846 | 600,000 |
| Capital reserve | 269,694 | 210,850 | 0 |
| Surplus reserve | 11,026 | 6,138 | 409 |
| Undistributed profit | 96,826 | 52,834 | 1,269 |
| **TOTAL SHLDRS' EQUITY** | 2,178,308 | 2,030,668 | 601,678 |
| **TOTAL LIABILITIES & SHLDRS' EQUITY** | 7,410,194 | 5,267,982 | 689,660 |

**Income Statement ('000)**

| | **2022** | **2021** | **2020** |
|---|---|---|---|
| **Starting Date** | Jan. 01, 2022 | Jan. 01, 2021 | Jan. 01, 2020 |
| **Closing Date** | Sep. 30, 2022 | Dec. 31, 2021 | Dec. 31, 2020 |
| **Sales** | 753,678 | 352,903 | 5,121 |
| Less: Cost of sales | 564,464 | 245,829 | 2,709 |
| Business taxes and surcharges | 1,648 | 2,071 | 231 |
| **Gross Profit** | 187,566 | 105,003 | 2,181 |
| Administrative expenses | 45,861 | 16,496 | 1,239 |

The report shall not be provided to any third party.



27/F, Building A, Phoenix Plaza
5 Shuguang Xili,
Chaoyang Beijing 100028,
P.R. China
Tel: 86 10 85321720
Fax: 8610 65323270
www.china.acclime.com

| | | | |
|---|---|---|---|
| Financial expenses | 86,402 | 8,556 | -2,672 |
| Plus: Investment income | 1,369 | 4,273 | 1,836 |
| Net income from fair value change | 4,209 | 5,303 | 0 |
| **Operating Profit** | 60,881 | 89,527 | 5,450 |
| Plus: Non-operating income | 18 | 14 | 0 |
| Other profit | 4,476 | -13,057 | 0 |
| **Total profit** | 65,375 | 76,484 | 5,450 |
| Less: Income tax | 16,495 | 19,190 | 1,366 |
| **Net profit** | 48,880 | 57,294 | 4,084 |

**Cash Flow Statement ('000):**

| | 2022 | 2021 | 2020 |
|---|---|---|---|
| Net cash flow from operating activities | 1,122,345 | 318,674 | 5,486 |
| Net cash flow from investing activities | -2,539,761 | -3,114,618 | -387,676 |
| Net cash flow from financing activities | 1,762,185 | 2,595,007 | 600,121 |

## NOTES TO FINANCE

Due to lack of clear government policy regarding transparency of enterprise financial information, many financial items might be missing in the above financial statements, causing possible inequality between the sum of the provided items and the provided Total Number.

Paid-up capital differs for 2020, 2021 and the first three quarters of 2022 and is not consistent with present registered capital, because Subject's registered capital changed several times.

Sales for 2021 rose largely year-on-year, possibly due to good business expansion and substantial increase of orders.

Other profit of 2021 was negative, but the specific reason was not acquired.

"Financial expense" was negative in 2020, possibly due to deposit interest and exchange earnings.

The change in shareholders' equity does not equal net profit for 2021. It is possibly due to profit distribution.

**Change of Key Financials ('000)**

| | 2021 | Growth Rate (%) | 2020 |
|---|---|---|---|
| Sales | 352,903 | 6,791.29 | 5,121 |
| Net profit | 57,294 | 1,302.89 | 4,084 |
| Total assets | 5,267,982 | 663.85 | 689,660 |
| Total liabilities | 3,237,314 | 3,579.52 | 87,982 |
| Total shareholders' equity | 2,030,668 | 237.50 | 601,678 |
| Total current assets | 929,739 | 266.55 | 253,646 |
| Total current liabilities | 2,588,217 | 2,845.78 | 87,862 |

The report shall not be provided to any third party.



27/F, Building A, Phoenix Plaza
5 Shuguang Xili,
Chaoyang Beijing 100028,
P.R. China
Tel: 86 10 85321720
Fax: 8610 65323270
www.china.acclime.com

| | | | |
|---|---|---|---|
| Working capital | -1,658,478 | -1,100.38 | 165,784 |
| Total fixed assets | 4,179,358 | 1,472.61 | 265,759 |

**Important Ratios:**

| Profitability | 2021 | Year-on-year Comparison | 2020 |
|---|---|---|---|
| Return on net assets (%) | 2.82 | ↑ | 0.68 |
| Return on total assets (%) | 1.09 | ↑ | 0.59 |
| Gross profit margin (%) | 29.75 | ↓ | 42.59 |
| Net profit margin (%) | 16.24 | ↓ | 79.75 |

| Efficiency | 2021 | Year-on-year Comparison | 2020 |
|---|---|---|---|
| Turnover of total assets | 0.07 | ↑ | 0.01 |
| Turnover of current assets | 0.38 | ↑ | 0.02 |
| Turnover of accounts receivable (days) | 34.10 | ↓ | 117.19 |

| Solvency | 2021 | Year-on-year Comparison | 2020 |
|---|---|---|---|
| Liabilities/assets ratio (%) | 61.45 | ↑ | 12.76 |
| Current ratio | 0.36 | ↓ | 2.89 |

| Growth | 2021 | Year-on-year Comparison | 2020 |
|---|---|---|---|
| Sales growth (%) | 6,791.29 | -- | -- |
| Gross profit growth (%) | 4,714.44 | -- | -- |
| Total assets growth (%) | 663.85 | -- | -- |

## INDUSTRY PROFILE

5179,Wholesale of other mechanical equipment and electronic products

**Industry Definition:**
This industry refers to the wholesale of mechanical equipment and electronic products other than agricultural machinery, automobiles and spare parts, motorcycles and spare parts, hardware, computers and accessories, communication, radio, and television equipment.

**Industry Status & Trend:**
This industry offers metal products, general equipment, special equipment, railway transportation equipment, instruments, meters, etc. Under the guidance of ""Made in China 2025"" and related policies, the economic operation of the whole industry shows that production and marketing are basically stable, investment has been

The report shall not be provided to any third party.



27/F, Building A, Phoenix Plaza
5 Shuguang Xili,
Chaoyang Beijing 100028,
P.R. China
Tel: 86 10 85321720
Fax: 8610 65323270
www.china.acclime.com

improved, and foreign trade export is better than expected. However, as the structural adjustment, the industry is still faced with grim market environment for development and more arduous tasks of industrial transformation and upgrading.

According to the data published by National Bureau of Statistics, the added value of China's machinery industry increased by 19% year-on-year in the first 7 months of 2021, which was 4.6 percentage points higher than the average of industrial sectors and 3.6 percentage points higher than the growth of manufacturing sector, and the year-on-year growth in July was 1.9%. The added value of general-purpose equipment, special-purpose equipment, manufacture of automobiles and manufacture of electrical machinery and apparatuses, the main categories of machinery in national economy, increased by 21.5%, 17.8%, 16.7% and 26.2% year-on-year, and the growth impetus was strong.

2021 is the first year of China's 14th Five-Year Plan period and witnesses the launch of key projects and constructions. China will implement the new development paradigm that focuses on domestic economy and interaction between domestic and international markets, which will generate market demand for the stable development of machinery industry. Meanwhile, the machinery industry is striving to accelerate the pace of innovation to meet the upgraded demand, and progress has been achieved in the emerging industries such as wind power generation, photovoltaic power generation and other new energy equipment, new energy vehicles and industrial robots. The machinery companies are also vigorously promoting the digitization, networking and intelligentization in manufacturing and business operations and accumulating energy for high-quality development in future.

## INDUSTRY FINANCIAL RATIOS

7100,Renting activities

| 2021Year | Subject | Excellent | Average | Poor |
|---|---|---|---|---|
| Return on net assets (%) | 2.82 | 13.60 | 2.40 | -6.70 |
| Return on total assets (%) | 1.09 | 7.40 | 2.10 | -5.00 |
| Gross profit margin (%) | 29.75 | 18.30 | 7.20 | -12.70 |
| Net profit margin (%) | 16.24 | 24.67 | 7.00 | -16.67 |
| Turnover of total assets | 0.07 | 0.90 | 0.30 | 0.10 |
| Turnover of current assets | 0.38 | 1.30 | 0.40 | 0.20 |
| Turnover of accounts receivable (days) | 34.10 | 15.93 | 72.00 | 276.92 |
| Liabilities/assets ratio (%) | 61.45 | 53.00 | 63.00 | 88.00 |
| Current ratio | 0.36 | 2.16 | 1.67 | 0.87 |
| Quick ratio | -- | 1.35 | 1.04 | 0.54 |
| Sales growth (%) | 6,791.29 | 22.90 | 12.20 | -1.00 |
| Gross profit growth (%) | 4,714.44 | 13.40 | 4.50 | -10.40 |
| Total assets growth (%) | 663.85 | 18.50 | 8.00 | -6.90 |

| 2020Year | Subject | Excellent | Average | Poor |
|---|---|---|---|---|
| Return on net assets (%) | 0.68 | 12.00 | 2.90 | -6.10 |
| Return on total assets (%) | 0.59 | 9.20 | 2.30 | -5.10 |
| Gross profit margin (%) | 42.59 | 18.60 | 7.50 | -12.40 |
| Net profit margin (%) | 79.75 | 30.67 | 7.67 | -17.00 |
| Turnover of total assets | 0.01 | 1.90 | 0.30 | 0.10 |

The report shall not be provided to any third party.



27/F, Building A, Phoenix Plaza
5 Shuguang Xili,
Chaoyang Beijing 100028,
P.R. China
Tel: 86 10 85321720
Fax: 8610 65323270
www.china.acclime.com

| | | | | |
|---|---|---|---|---|
| Turnover of current assets | 0.02 | 2.80 | 0.50 | 0.20 |
| Turnover of accounts receivable (days) | 117.19 | 13.04 | 69.23 | 276.92 |
| Liabilities/assets ratio (%) | 12.76 | 53.30 | 63.30 | 88.30 |
| Current ratio | 2.89 | 2.16 | 1.67 | 1.03 |
| Quick ratio | -- | 1.35 | 1.04 | 0.64 |
| Sales growth (%) | -- | 15.80 | 1.00 | -10.30 |
| Gross profit growth (%) | -- | 13.30 | -1.20 | -10.30 |
| Total assets growth (%) | -- | 20.30 | 7.90 | -8.40 |

\* The above indicators come from industry statistics regularly published by the government.

**TREND CHART OF KEY INDICATORS**

7100,Renting activities

Trend of Gross Profit Margin (Average):



Trend of Net Profit Margin (Average):

The report shall not be provided to any third party.



27/F, Building A, Phoenix Plaza
5 Shuguang Xili,
Chaoyang Beijing 100028,
P.R. China
Tel: 86 10 85321720
Fax: 8610 65323270
www.china.acclime.com



Trend of Turnover of Accounts Receivable (Days) (Average):



Trend of Liabilities/assets Ratio (Average):

The report shall not be provided to any third party.



27/F, Building A, Phoenix Plaza
5 Shuguang Xili,
Chaoyang Beijing 100028,
P.R. China
Tel: 86 10 85321720
Fax: 8610 65323270
www.china.acclime.com



Trend of Sales Growth (Average):



## SEARCH RECORDS

|  | Recent 3 Months | Recent 6 Months | Recent 9 Months | Recent 12 Months |
|---|---|---|---|---|
| Search Count | 1 | 1 | 1 | 1 |

Note: The Search Count above is the number of times that the subject company has been searched in our databases.

## CREDIT RATING

The report shall not be provided to any third party.



27/F, Building A, Phoenix Plaza
5 Shuguang Xili,
Chaoyang Beijing 100028,
P.R. China
Tel: 86 10 85321720
Fax: 8610 65323270
www.china.acclime.com

CR4

In assessing credit status of a business,we take into consideration its size, history and background, financials and operations against industry average, credit history, etc. Indications of our credit ratings are as follows.

| Rating | Risk Level | Indications |
|---|---|---|
| CR1 | Very low | Credit can be extended on very loose terms. |
| CR2 | Low | Credit can be extended on fairly loose terms. |
| CR3 | Below average | Credit can be extended on normal terms. |
| CR4 | Average | Credit should be on closely monitoring basis. |
| CR5 | Above average | Credit should be avoided as much as possible. |
| CR6 | High | Credit should be on secured basis. |
| CR7 | Very high | Transaction should be on COD basis. |

## BASE CREDIT LIMIT

50,000,000

When calculating base credit limit, we presuppose that Subject purchases main commodities/services equally from many suppliers. Main factors considered include Net Assets, Total Assets, Total Sales, Profit, Credit Rating, etc. No consideration is given to the specific situation of your transaction with Subject. You may refer to the following recommendations when making credit decisions, but it is advisable that necessary adjustments be made in accordance with your sales strategies and credit policies.

| Annual Supply/Subject's Sales | Recommended Credit Limit |
|---|---|
| Above 40% | Above 4 times of base credit limit |
| 30%～40% | 3 to 4 times of base credit limit |
| 20%～30% | 2 to 3 times of base credit limit |
| 10%～20% | 1 to 2 times of base credit limit |
| Below 10% | Within base credit limit |

--------- End of the Report ---------

The report shall not be provided to any third party.